# United States Bankruptcy Court
## _____ District Of _____

In re  DESA IP LLC, _____

                Debtor

Case No. 08-13427 _____

Chapter _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 0.00 | | |
| B - Personal Property | Y | 78 | $ 13,087,209.19 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 2 | | $ 53,283,062.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 2 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | N | | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | N | | | | $ 0.00 |
| TOTAL | | 89 | $ 13,087,209.19 | $ 53,283,062.15 | |

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**In re: DESA IP LLC, Case No. 08-13427 (MFW)**

**Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Statement and Schedules**

DESA IP LLC (the "Debtor") submits its Statement of Financial Affairs (the "Statement") and Schedules of Assets and Liabilities (the "Schedules"), pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The following notes regarding the Statement and Schedules are fully incorporated into and made part of the Statement and Schedules. These notes comprise an integral part of the Statement and Schedules and should be referred to and considered in connection with any review of the Statement and Schedules. Unless otherwise noted, the financial and other information contained in the Statement and Schedules is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures.

The Debtor's bankruptcy petition was filed on December 29, 2008.

The Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of Chapter 11 of title 11 of the United States Code or other relevant non-bankruptcy laws.

Given the differences between the information to be submitted in the Statement and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statement and Schedules may not reflect the values and amounts that would be set forth in a balance sheet for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

It would be costly, unduly burdensome and time-consuming to obtain current market valuations of the Debtor's assets. Accordingly, unless otherwise indicated, net book values rather than current market values are reflected on the Statement and Schedules. Assets that have been fully depreciated or expensed for accounting purposes have no net book value. The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtor's bankruptcy. The reader therefore should not place undue reliance upon the book values associated with the assets listed.

The Debtor has not listed estimated values of its real estate leases.

**General Notes Regarding the Debtor's Statement and Schedules**

**1.  Financial Information.**
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtor as of December 29, 2008 (the "Petition Date") unless otherwise noted.

**2.  Unaudited Financial Information.**
The Statement and Schedules prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Statement and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statement and Schedules.

**3.  Claim Description.**
Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed."  The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves the right to amend its Schedules as necessary and appropriate.

**4.  Accuracy.**
While the Debtor has sought to file complete and accurate Statement and Schedules, inadvertent errors and omissions may exist.  The Debtor reserves the right to amend its Statement and Schedules as necessary or appropriate.

**5.  Liabilities.**
The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Statement and Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**6.  Market Value of Property Interests.**
Unless otherwise noted, the book value on the Debtor's books as of December 29, 2008, rather than current market value of the Debtor's interests in property, is reflected in the Statement and Schedules.

**7.  Specific Notes.**
These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

**Note to Schedule "B"**

As noted on Schedule "B," many of the assets listed are reflected at net book value.  The Debtor does not represent that such assets or the other assets listed in Schedule "B" are properly valued

at this time. Accounts receivable and royalty receivables in item 16 are listed at gross book value, and the Debtor does not represent that this is the actual value of these assets or represent future collections. The Debtor has not retained an appraiser to obtain market values for such assets or for the value of its intellectual property listed on item 22.

## Note to Schedule "E"

This value of claims contained in this section are based on a review of documentation and financial information that were available up to the time of the filing of these Schedules

### Wages

As of the Petition Date, certain employees of one or more of the Debtors were owed (i) wages, salaries and compensation, (ii) employee medical, workers' compensation and similar benefits, and (iii) reimbursable employee expenses. Pursuant to the *Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 363, and 507(a) for an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Commissions, Salaries, Employee Benefits, and Other Compensation or Reimbursements; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Certain Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Fund Transfer Requests (Docket No. 12),* the Debtor was authorized, among other things, to pay, and has paid, the priority wages. Thus, although the priority wages were outstanding as of the Petition Date, the outstanding amount per employee is not listed. The aggregate amount of accrued wages and PTO for all employees (but not on a per employee basis) is included in Schedule "E." Vacation and other PTO currently is being honored postpetition, but to the extent not so honored, employees may have a priority or non-priority claim for such vacation or other PTO, as the case may be. Some or all of the claims identified on Schedule "E" may not be entitled to priority in whole or in part, including, without limitation, because the claim amount exceeds the applicable priority cap, and the Debtor reserves the right to assert that claims identified on Schedule "E" are not entitled to priority in whole or in part.

### Taxes

Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental and quasi-governmental entities. The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under Section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims of governmental entities and/or that such claims are not entitled to priority.

## Note to Schedule "F"

This value of claims contained in this section are based on a review of prepetition invoices, and other documentation and financial information that were available up to the time of the filing of

these Schedules.

Whether or not noted on this attachment, prepetition claims relating to executory contracts and leases may be contingent by their very nature and are subject to change based on the Debtor's decision to assume, accept, reject or reclassify such contract or lease.

## Note to Schedule "G"

While reasonable efforts have been made to ensure the accuracy of the Schedule "G," the Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreement, or documents listed herein. The Debtor hereby reserves the right to dispute the validity, status, characterization, recharacterization (whether as a disguised financing or otherwise) or enforceability of any contracts, agreements or leases set forth herein and to amend or supplement this Schedule "G."

Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein. The leases listed on Schedule "G" may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule "G." Certain of the Debtor's executory agreements may not have been memorialized and could be subject to dispute. Schedule "G" does not include all purchase orders.

4

In re DESA IP LLC,                                                    Case No. 08-13427
        **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under " Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

                                                Total ➤             0.00

(Report also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re DESA IP LLC,
_____

**Debtor**

Case No. 08-13427
_____

**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit-or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

In re DESA IP LLC
_____
    **Debtor**

Case No. <u>08-13427</u>
    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07) -- Cont.

In re DESA IP LLC                                              Case No. 08-13427
       Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Reference<br>Schedule B_22a _08-13427 Trademarks<br>Schedule B_22b_08-13427 Copyrights<br>Schedule B_22c_08-13427 Patents<br>Schedule B_22a2_08-13127 Trademarks | | $13,087,209.19 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached    Total ➤    $    13,087,209.19

American LegalNet, Inc.
www.FormsWorkflow.com

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

**CLIENT:**   *Desa FMI*

---

### DESIGN DYNAMICS INNOVATION ON FIRE

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/08/2003 | 76/554,349 | 07/12/2005 | 2,967,923 | REGISTERED | 011 |

07/12/2011   *FILE USE AFFIDAVIT*

07/12/2015   *FILE RENEWAL*

011 - gas fireplace inserts, namely, artificial logs and artificial embers

---

### EMBER MASTER

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 09/07/2008 | 77/564,056 | | | PENDING | 011 |

06/07/2009   *1st OA/NOP STAT CHK*

011 - gas log heaters

---

### FMI

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 02/24/2006 | 78/822,826 | 01/02/2007 | 3,193,490 | REGISTERED | 004,011 |

01/02/2013   *FILE USE AFFIDAVIT*

01/02/2017   *FILE RENEWAL*

004 - artificial gas logs and embers
011 - fireplaces; stoves, fireplace inserts, namely, metal boxes for wood burning fireplaces, and metal boxes and gas burner systems comprised of gas controls, manifolds, burners, artificial logs and/or artificial glowing media for gas burning fireplaces; chimeneas

---

### FMI FIREPLACES FOR BUILDERS

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 02/24/2006 | 78/822,866 | 01/02/2007 | 3,193,492 | REGISTERED | 004,011 |

01/02/2013   *FILE USE AFFIDAVIT*

01/02/2017   *FILE RENEWAL*

004 - artificial gas logs and embers
011 - fireplaces, stoves, fireplace inserts, namely, metal boxes for wood burning fireplaces, and metal boxes and gas burner systems comprised of gas controls, manifolds, burners, artificial logs and/or artificial glowing media for gas burning fireplaces; chimeneas

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## *Desa FMI continued . . .*

**VERSAFIRE**

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 01/25/2005 | 78/553,461 | 06/26/2007 | 3,256,956 | REGISTERED | 11 |

                     *06/26/2013   FILE USE AFFIDAVIT*

                     *06/26/2017   FILE RENEWAL*

11 - fireplace inserts, namely, log systems comprised of artificial logs and artificial embers powered by gas

TOTAL ITEMS SELECTED =    6

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:    AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:    ACTIVE

**CLIENT:** *DESA Hearth Products*

---

**FIRELOG MATE**

---

| UNITED STATES | 03/23/2001 | 76/230,076 | 11/29/2005 | 3,021,290 | REGISTERED | 006 |
|---|---|---|---|---|---|---|

11/29/2011  *FILE USE AFFIDAVIT*

11/29/2015  *FILE RENEWAL*

006 - metal cradle-like holder for firewood

---

**FIREWERKS**

---

| UNITED STATES | 07/06/2004 | 76/601,026 | 09/19/2006 | 3,146,000 | REGISTERED | 011 |
|---|---|---|---|---|---|---|

09/19/2012  *FILE USE AFFIDAVIT*

09/19/2016  *FILE RENEWAL*

011 - fireplace inserts and hearth products, namely, gas burners, artificial logs and artificial embers

---

**HEARTHSIDE DESIGNS**

---

| UNITED STATES | 06/01/2005 | 78/640,911 | 05/13/2008 | 3,428,188 | REGISTERED | 019 |
|---|---|---|---|---|---|---|

05/13/2014  *FILE USE AFFIDAVIT*

05/13/2018  *FILE RENEWAL*

019 - fireplace mantels, decorative fireplace surrounds

| UNITED STATES | 11/15/2005 | 78/754,149 | 05/13/2008 | 3,428,341 | REGISTERED | 011,019 |
|---|---|---|---|---|---|---|

05/13/2014  *FILE USE AFFIDAVIT*

05/13/2018  *FILE RENEWAL*

011 - fireplace doors
019 - decorative fireplace facings

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA Hearth Products continued . . .

**LOGMATE**

| UNITED STATES | 01/15/2005 | 78/548,249 | 12/27/2005 | 3,035,806 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 12/27/2011 | *FILE USE AFFIDAVIT* | | | |
| | | 12/27/2015 | *FILE RENEWAL* | | | |

011 - fireboxes

**MOSAIC MASONRY**

| UNITED STATES | 07/31/2006 | 78/940,929 | | | ALLOWED | 011,019 |
|---------------|------------|------------|---|---|---------|---------|
| | | 04/08/2009 | *FILE STMNT OF USE* | | | |
| | | 04/08/2009 | *FILE SOU OR EXTN2* | | | |

011 - fireplaces
019 - fireplace mantels, fireplace surrounds, and fireplace surrounds including masonry nooks for holding wood

**OXFORD**

| UNITED STATES | 02/25/2004 | 76/577,708 | 06/13/2006 | 3,104,404 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 06/13/2012 | *FILE USE AFFIDAVIT* | | | |
| | | 06/13/2016 | *FILE RENEWAL* | | | |

011 - cast iron stoves

**THE NEW NAME IN FLAME**

| UNITED STATES | 05/19/2004 | 76/593,116 | 07/01/2008 | 3,458,517 | REGISTERED | 011,004 |
|---------------|------------|------------|------------|-----------|------------|---------|
| | | 07/01/2014 | *FILE USE AFFIDAVIT* | | | |
| | | 07/01/2018 | *FILE RENEWAL* | | | |

011 - wood and gas burning fireplaces, fireplace inserts, namely, metal boxes for wood burning fireplaces, and metal boxes and gas burner systems comprised of gas controls, manifolds, burners, artificial logs and/or artificial glowing media for gas burning fireplaces
004 - artificial gas logs and embers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## *DESA Hearth Products continued . . .*

**VANGUARD**

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 06/09/1986 | 73/603,149 | 06/16/1987 | 1,442,998 | REGISTERED | 011 |
| | | 06/16/2017 *FILE RENEWAL* | | | | |

011 - fluid-fuel fired fixed and mobile space heaters for domestic and industrial use

| UNITED STATES | 11/08/1982 | 73/401,917 | 10/23/1984 | 1,301,460 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 10/23/2014 *FILE RENEWAL* | | | | |

011 - liquid fuel burning space heaters

TOTAL ITEMS SELECTED = 10

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

**CLIENT:**    *DESA Indoor/Outdoor Products*

---

**ALL-PRO**

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 04/29/1998 | 876637 | 09/24/1999 | TMA516,989 | REGISTERED | 000 |

           *09/24/2014   FILE RENEWAL*

   000 - portable propane and kerosene heaters; portable propane heaters

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 07/07/1986 | 73/608,321 | 02/17/1987 | 1,429,142 | REGISTERED | 011 |

           *02/17/2017   FILE RENEWAL*

   011 - portable propane heaters

---

**CHARLESTON FORGE**

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 12/16/2003 | 78/567,037 | 04/25/2006 | 3,085,877 | REGISTERED | 011 |

           *04/25/2012   FILE USE AFFIDAVIT*

           *04/25/2016   FILE RENEWAL*

   011 - fireplace insert and hearth products, namely gas burner assemblies, artificial logs and artificial embers

---

**COMFORT GLOW**

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 02/13/1997 | 836359 | 06/16/1998 | TMA496,062 | REGISTERED | 000 |

           *06/16/2013   FILE RENEWAL*

   000 - liquid fuel burning space heaters

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 03/24/1980 | 73/255,302 | 02/02/1982 | 1,188,544 | REGISTERED | 011 |

           *02/02/2012   FILE RENEWAL*

   011 - liquid fuel burning space heaters

## DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA Indoor/Outdoor Products continued . . .

---

**COOL COMFORT**

---

| UNITED STATES | 12/21/2003 | 78/566,050 | 08/23/2005 | 2,987,892 | REGISTERED | 011 |
|---------------|-----------|------------|-----------|-----------|------------|-----|
| | | 08/23/2011  *FILE USE AFFIDAVIT* | | | | |
| | | 08/23/2015  *FILE RENEWAL* | | | | |

011 - evaporative air cooling units

---

**DESA HEATING PRODUCTS**

---

| UNITED STATES | 05/09/2003 | 78/517,727 | 06/07/2005 | 2,960,353 | REGISTERED | 011 |
|---------------|-----------|------------|-----------|-----------|------------|-----|
| | | 06/07/2011  *FILE USE AFFIDAVIT* | | | | |
| | | 06/07/2015  *FILE RENEWAL* | | | | |

011 - vent-free as well as vented kerosene, liquid propane, oil and natural gas-powered heaters

---

**DESA INDOOR/OUTDOOR PRODUCTS & Design**



---

| UNITED STATES | 01/25/2005 | 78/553,189 | 11/07/2006 | 3,169,769 | REGISTERED | 011 |
|---------------|-----------|------------|-----------|-----------|------------|-----|
| | | 11/07/2012  *FILE USE AFFIDAVIT* | | | | |
| | | 11/07/2016  *FILE RENEWAL* | | | | |

011 - space heaters, namely, fluid fired, fixed and mobile space heaters for domestic and industrial use

---

**GLO-WARM**

---

| UNITED STATES | 04/10/1998 | 75/465,666 | 11/30/1999 | 2,295,299 | REGISTERED | 011 |
|---------------|-----------|------------|-----------|-----------|------------|-----|
| | | 11/30/2009  *FILE RENEWAL* | | | | |

011 - gas heaters, blowers and air circulators for gas heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

### *DESA Indoor/Outdoor Products continued . . .*

**HEAT DEMON**

| CANADA | 05/30/1995 | 783869 | 06/02/1997 | TMA477,078 | REGISTERED | 000 |
|--------|-----------|--------|-----------|-----------|-----------|-----|
| | | *06/02/2012  RENEWAL* | | | | |

000 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| UNITED STATES | 11/16/1990 | 74/116,076 | 09/08/1992 | 1,714,643 | REGISTERED | 011 |
|---------------|-----------|-----------|-----------|-----------|-----------|-----|
| | | *09/08/2012  FILE RENEWAL* | | | | |

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HEAT DEMON & Design [demon & flames]**



| UNITED STATES | 06/15/1992 | 74/284,638 | 03/09/1993 | 1,756,680 | REGISTERED | 011 |
|---------------|-----------|-----------|-----------|-----------|-----------|-----|
| | | *03/09/2013  FILE RENEWAL* | | | | |

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HEAT DEMON & Design [trident]**



| CANADA | 02/11/2004 | 1206096 | 03/07/2006 | TMA660,390 | REGISTERED | 000 |
|--------|-----------|--------|-----------|-----------|-----------|-----|
| | | *03/07/2021  RENEWAL* | | | | |

000 - fluid fuel-fired infra-red fixed and mobile space heaters

| UNITED STATES | 10/03/2003 | 76/553,508 | 11/16/2004 | 2,902,984 | REGISTERED | 011 |
|---------------|-----------|-----------|-----------|-----------|-----------|-----|
| | | *11/16/2010  FILE USE AFFIDAVIT* | | | | |
| | | *11/16/2014  FILE RENEWAL* | | | | |

011 - fluid fuel-fired infra-red fixed and mobile space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Indoor/Outdoor Products continued . . .

**HEAT DRAGON**

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 05/30/1995 | 783868 | 06/02/1997 | TMA477,079 | REGISTERED | 000 |

06/02/2012  FILE RENEWAL

000 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 07/10/1991 | 74/183,689 | 11/03/1992 | 1,730,902 | REGISTERED | 011 |

11/03/2012  FILE RENEWAL

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HEAT TO THE FEET**

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 03/16/2004 | 76/582,015 | 02/13/2007 | 3,209,477 | REGISTERED | 011 |

02/13/2013  FILE USE AFFIDAVIT

02/13/2017  FILE RENEWAL

011 - portable electric and gas powered heaters

**HOT SPOT**

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 03/25/1997 | 840393 | 02/22/1999 | TMA508,296 | REGISTERED | 000 |

02/22/2014  FILE RENEWAL

000 - fluid fuel-fired, fixed and mobile space heaters for domestic and industrial use

**HOT SPOT & Design**

H·O·T
SPOT

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 04/16/1984 | 520549 | 09/13/1985 | TMA306,816 | REGISTERED | 000 |

09/13/2015  FILE RENEWAL

000 - detachable heating device, namely, a magnetic heating element

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA Indoor/Outdoor Products continued . . .*

**HOT SPOT & Design 2**



| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/09/2003 | 76/554,699 | 03/15/2005 | 2,932,476 | REGISTERED | 011 |

                  *03/15/2011   FILE USE AFFIDAVIT*

                  *03/15/2015   FILE RENEWAL*

    011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HSI SMART START TECHNOLOGY & Design**



| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 04/18/2002 | 76/396,223 | 05/27/2003 | 2,718,897 | REGISTERED | 011 |

                  *05/27/2009   FILE USE AFFIDAVIT*

                  *05/27/2013   FILE RENEWAL*

    011 - kerosene heaters

**INFRA-STAT**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/04/1993 | 74/443,243 | 08/02/1994 | 1,847,657 | REGISTERED | 011 |

                  *08/02/2014   FILE RENEWAL*

    011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**KNIPCO**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 08/21/2008 | 77/552,601 | | | PENDING | 011 |

                  *05/21/2009   1st OA/NOP STAT CHK*

    011 - gas, electric, and oil-fired space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA Indoor/Outdoor Products continued . . .

#### MASTER

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 05/30/1987 | 305301 | 10/11/1988 | TMA168,617 | REGISTERED | 000 |

10/11/2013   FILE RENEWAL

000 - portable oil burning space heaters and oil burners

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 08/09/1986 | 73/603,166 | 06/16/1987 | 1,442,999 | REGISTERED | 011 |

06/16/2017   FILE RENEWAL

011 - fluid-fuel fired fixed and mobile space heaters for domestic and industrial use

#### MINI HEARTH

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 02/17/1995 | 74/635,422 | 01/09/1996 | 1,946,931 | REGISTERED | 011 |

01/09/2016   FILE RENEWAL

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

#### MISCELLANEOUS DESIGN (DRAGON)



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 10/03/1991 | 74/209,376 | 08/04/1992 | 1,704,790 | REGISTERED | 011 |

08/04/2012   FILE RENEWAL

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

#### MISCELLANEOUS DESIGN [heat demon]



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 03/16/1992 | 74/258,561 | 10/12/1993 | 1,798,612 | REGISTERED | 011 |

10/12/2013   FILE RENEWAL

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA Indoor/Outdoor Products continued . . .*

---

### MISCELLANEOUS DESIGN [yellow/black design]



| UNITED STATES | 04/08/1990 | 74/046,378 | 10/27/1992 | 1,727,357 | REGISTERED | 101 |
|---------------|------------|------------|------------|-----------|------------|-----|

10/27/2012   *FILE RENEWAL*

101 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

---

### NEED HEAT NOW? WE'RE REDDY!

| CANADA | 09/26/2002 | 1154075 | 10/13/2005 | TMA650,383 | REGISTERED | 000 |
|--------|------------|---------|------------|------------|------------|-----|

10/13/2020   *RENEWAL*

000 - forced air heaters, fueled by kerosene, diesel, liquid petroleum and natural gas; convection heaters; propane tank tops

| UNITED STATES | 05/31/2002 | 76/416,134 | 02/03/2004 | 2,811,430 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|

02/03/2010   *FILE USE AFFIDAVIT*

02/03/2014   *FILE RENEWAL*

011 - forced air heaters, fueled by kerosene, diesel, liquid petroleum and natural gas; convection heaters; propane tank tops

---

### OUTDOOR LEISURE

| UNITED STATES | 12/09/2004 | 78/530,010 | 11/29/2005 | 3,020,909 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|

11/29/2011   *FILE USE AFFIDAVIT*

11/29/2015   *FILE RENEWAL*

011 - gas and electric outdoor heaters

---

### RADIANT FLAME

| UNITED STATES | 10/29/1993 | 74/452,389 | 12/20/1994 | 1,869,046 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|

12/20/2014   *FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Indoor/Outdoor Products continued . . .

### REDDY HEATER

| | | | | | | |
|---|---|---|---|---|---|---|
| CANADA | 05/12/1967 | 304881 | 05/09/1969 | TMA162,590 | REGISTERED | 000 |

*05/09/2014  FILE RENEWAL*

000 - portable oil burning space heaters and oil burners

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 01/19/1964 | 72/187,025 | 05/09/1967 | 828,558 | REGISTERED | 011 |

*05/09/2017  FILE RENEWAL*

011 - portable oil heaters

### REMINGTON

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 11/26/1986 | 73/632,528 | 07/05/1988 | 1,494,999 | REGISTERED | 011 |

*07/05/2018  FILE RENEWAL*

011 - fluid-fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection-type space heaters of 35,000 btu's per hour capacity or greater, used for industrial, commercial and agricultural use

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 03/14/2005 | 78/587,015 | | | ALLOWED | 019 |

*01/11/2009  FILE STMNT OF USE*

*01/11/2009  FILE SOU OR EXTN5*

019 - fireplace mantels and component parts thereof

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 03/14/2005 | 78/586,993 | | | ALLOWED | 011 |

*06/05/2009  FILE STMNT OF USE*

*06/05/2009  FILE SOU OR EXTN5*

011 - fireplaces; gas and electric fireplace inserts comprised of artificial logs and artificial embers; gas, electric and oil-fired space heaters; fireboxes being components of fireplaces; cast iron wood burning, gas burning and decorative electric stoves; component parts for all of the foregoing

### SUPER GLOW

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 03/22/2002 | 76/386,288 | 10/28/2003 | 2,776,495 | REGISTERED | 011 |

*10/28/2009  FILE USE AFFIDAVIT*

*10/28/2013  FILE RENEWAL*

011 - gas logs

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA Indoor/Outdoor Products continued . . .*

### THE OUTDOORSMAN

| UNITED STATES | 04/07/2003 | 76/504,833 | 03/08/2005 | 2,931,359 | REGISTERED | 011 |

03/08/2011  *FILE USE AFFIDAVIT*

03/08/2015  *FILE RENEWAL*

011 - portable heaters

### TORPEDO

| UNITED STATES | 12/19/2003 | 76/567,676 | 04/24/2007 | 3,233,875 | REGISTERED | 011 |

04/24/2013  *FILE USE AFFIDAVIT*

04/24/2017  *FILE RENEWAL*

011 - kerosene, liquid propane and natural gas-powered forced air heaters

### TORPEDO HEATER

| UNITED STATES | 11/18/2004 | 76/621,223 | | | ALLOWED | 011 |

05/30/2009  *FILE STMNT OF USE*

011 - kerosene, liquid propane and natural gas-powered forced air heaters

### TOUCH N GLOW

| CANADA | 06/03/1982 | 487876 | 12/16/1983 | TMA285,942 | REGISTERED | 000 |

12/16/2013  *FILE RENEWAL*

000 - kerosene heaters

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA Indoor/Outdoor Products continued . . .*

### ULTIMATE COMFORT

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|
| UNITED STATES | 08/01/2004 | 76/595,005 | 08/02/2005 | 2,980,653 | REGISTERED | 011 |
| | | 08/02/2011 *FILE USE AFFIDAVIT* | | | | |
| | | 08/02/2015 *FILE RENEWAL* | | | | |

011 - patio heaters

### UNIVERSAL

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|
| UNITED STATES | 02/11/2005 | 78/565,388 | 01/31/2006 | 3,055,057 | REGISTERED | 011 |
| | | 01/31/2012 *FILE USE AFFIDAVIT* | | | | |
| | | 01/31/2016 *FILE RENEWAL* | | | | |

011 - kerosene, gas forced air, convection, and radiant heaters

### VANGUARD

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|
| CANADA | 02/15/1991 | 675934 | 03/05/1993 | TMA409,056 | REGISTERED | 000 |
| | | 03/05/2023 *RENEWAL* | | | | |

000 - fluid fuel fired, fixed and mobile space heaters for domestic and industrial use

TOTAL ITEMS SELECTED =    46

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

**CLIENT:**    *DESA Power Tools Trademarks*

---

### ACQ PLUS

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 08/27/2004 | 76/609,670 | 10/17/2006 | 3,159,503 | REGISTERED | 006 |

10/17/2012   *FILE USE AFFIDAVIT*
10/17/2016   *FILE RENEWAL*

006 - fasteners, namely, metal pins, for use with powder actuated fastening tools

---

### AUTO-IDLE

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 06/27/1977 | 73/132,147 | 08/08/1978 | 1,098,634 | REGISTERED | 009 |

08/08/2018   *FILE RENEWAL*

009 - load sensor to control the speed of industrial engines

---

### AXCESS

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 02/10/2006 | 78/812,127 | 11/06/2007 | 3,332,036 | REGISTERED | 008 |

11/06/2013   *FILE USE AFFIDAVIT*
11/06/2017   *FILE RENEWAL*

008 - lawn and garden tools, namely, electric trimmers, edgers and blowers

---

### BRANCH WIZARD

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 04/16/2003 | 76/506,647 | 07/19/2005 | 2,971,828 | REGISTERED | 007 |

07/19/2011   *FILE USE AFFIDAVIT*
07/19/2015   *FILE RENEWAL*

007 - lawn and garden products, namely, power operated branch trimmers

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## DESA Power Tools Trademarks continued . . .

**DESA**

| CANADA | 10/11/1973 | 368795 | 07/19/1974 | TMA200,597 | REGISTERED | 000 |
|---|---|---|---|---|---|---|

*07/19/2019 FILE RENEWAL*

000 - explosive actuated kiln guns for removing hardened material buildup in kilns; fork lift trucks; portable alternators; chain saws and parts therefor, powder actuated stud drivers, concrete vibrators, screeds, power trowels, masonry saws, compactors, rammers, grinder spindles, sandblasters, grouters, concrete placers, concrete guns, grout and mortar pumps, concrete pumps, plaster mixers, material and personnel hoists, tower cranes, piggyback ramps, gantry cranes, and automobile loaders and unloaders; and portable space heaters

| UNITED STATES | 01/13/1997 | 75/224,599 | 09/16/1997 | 2,097,910 | REGISTERED | 007,008,011 |
|---|---|---|---|---|---|---|

*09/16/2017 FILE RENEWAL*

007 - power operated tools, namely, chain saws and parts therefor, powder actuated tools, namely, fastener driving tools comprising load and pins, and stud drivers sold as a unit, staple guns, nail guns, and riveters
008 - hand tools, namely, manual staple guns, manual nail guns and manual hammer tackers
011 - space heaters, namely, fluid fired, fixed and mobile space heaters for domestic and industrial use

**DESA POWER TOOLS & Design**



| UNITED STATES | 06/16/2004 | 76/597,599 | | | ALLOWED | 007,008 |
|---|---|---|---|---|---|---|

*04/04/2009 FILE STMNT OF USE*

007 - power operated tools, namely, chain saws and parts therefor, staple guns, nail guns, rivet guns, tillers and other lawn and garden tools
008 - powder actuated hand tools comprising load and pins and stud drivers sold as a unit; hand tools, namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers

**FASTRAK**

| UNITED STATES | 10/15/1973 | 73/003,580 | 12/17/1974 | 999,552 | REGISTERED | 007 |
|---|---|---|---|---|---|---|

*12/17/2014 FILE RENEWAL*

007 - powder actuated stud drivers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### *DESA Power Tools Trademarks continued . . .*

---

### GARDEN WIZARD

---

| UNITED STATES | 06/03/2003 | 76/521,901 | 09/27/2005 | 2,999,610 | REGISTERED | 007 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 09/27/2011 *FILE USE AFFIDAVIT* | | | | |
| | | 09/27/2015 *FILE RENEWAL* | | | | |

007 - power-operated lawn and garden tillers

---

### HANDY MASTER

---

| CANADA | 11/22/1984 | 532091 | 04/08/1988 | TMA336,936 | REGISTERED | 000 |
|--------|------------|--------|------------|------------|------------|-----|
| | | 04/08/2018 *FILE RENEWAL* | | | | |

000 - (1) Power tools, namely paint sprayers. (2) Glue for use with electric and manual glue guns, solder, staples, grommets, nails, rivets, electric soldering irons and air guns, electric glue guns, electric staple guns, electric nail guns, riveters, chain saws, pneumatic nail guns, pneumatic staple guns, powder actuated tools, manual glue guns, manual staple guns, manual snap fastener applicators, manual nail guns, manual hammer tackers, batteries and battery chargers, staplers, and snap fasteners.

---

### HEDGE WIZARD

---

| UNITED STATES | 03/26/2003 | 76/500,709 | 07/13/2004 | 2,863,485 | REGISTERED | 007 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 07/13/2010 *FILE USE AFFIDAVIT* | | | | |
| | | 07/13/2014 *FILE RENEWAL* | | | | |

007 - electric powered trimmers mounted on poles

---

### LIFT AND DIAL

---

| UNITED STATES | 03/07/2007 | 77/124,714 | 07/08/2008 | 3,463,409 | REGISTERED | 007 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 07/08/2014 *FILE USE AFFIDAVIT* | | | | |
| | | 07/08/2018 *FILE RENEWAL* | | | | |

007 - chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## *DESA Power Tools Trademarks continued . . .*

### LIMB N'TRIM

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 06/27/1974 | 73/025,481 | 01/27/1976 | 1,031,216 | REGISTERED | 007 |
| | | 01/27/2016 *FILE RENEWAL* | | | | |

007 - chain saws

### LOGMASTER

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 09/27/2001 | 76/318,451 | 09/02/2003 | 2,759,847 | REGISTERED | 007 |
| | | 09/02/2009 *FILE USE AFFIDAVIT* | | | | |
| | | 09/02/2013 *FILE RENEWAL* | | | | |

007 - portable electric chain saws

### LOGMASTER (Stylized)

LOGMASTER

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/11/2001 | 76/324,102 | 09/30/2003 | 2,769,897 | REGISTERED | 007 |
| | | 08/30/2009 *FILE USE AFFIDAVIT* | | | | |
| | | 09/30/2013 *FILE RENEWAL* | | | | |

007 - portable electric chain saws

### LOSE THE GAS

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 08/31/2007 | 77/270,041 | | | ALLOWED | 007 |
| | | 04/07/2009 *FILE STMNT OF USE* | | | | |
| | | 04/07/2009 *FILE SOU OR EXTN* | | | | |

007 - chain saws and parts therefore, namely, chain saw guide bars, chain saw sprockets, chain saw sprocket covers, saw chains, flexible shafts; power tillers; power-operated hedge trimmers; power-operated brush trimmers; power-operated tree trimmers; power-operated cutoff saws; circular saws; power-operated reciprocating saws; power-operated shears; power-operated grass clippers; earth augers; power-operated lawn and garden tools, namely, cultivators; power-operated grass/weed trimmers; power lawn and garden tools, namely, chippers; power lawn and garden tools, namely, shredders; power-operated tools, namely, lawn and garden edgers lawn mowers; power-operated garden tools, namely, blower vacs,; power-operated sprayers; mechanical spreaders; multi-purpose high pressure washers; and snow blowers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

### *DESA Power Tools Trademarks continued . . .*

---

**POLESAW WIZARD**

---

| UNITED STATES | 07/24/2003 | 76/535,851 | 09/06/2005 | 2,992,897 | REGISTERED | 070 |

         09/06/2011   *FILE USE AFFIDAVIT*

         09/06/2015   *FILE RENEWAL*

070 - lawn and garden tools, namely electric powered saws mounted on poles

---

**POWER DRIVER**

---

| UNITED STATES | 08/15/2003 | 76/546,125 | 01/31/2006 | 3,052,129 | REGISTERED | 007 |

         01/31/2012   *FILE USE AFFIDAVIT*

         01/31/2016   *FILE RENEWAL*

007 - power tools, namely, low velocity powder actuated fastening tools for fastening nails

---

**POWER HAMMER**

---

| UNITED STATES | 06/10/2003 | 76/523,389 | 01/11/2005 | 2,916,946 | REGISTERED | 008 |

         01/11/2011   *FILE USE AFFIDAVIT*

         01/11/2015   *FILE RENEWAL*

.008 - hand tools, namely, powder-actuated fastening tools used to drive fasteners into concrete and other materials

| UNITED STATES | 09/27/2001 | 76/318,789 | 08/05/2003 | 2,749,013 | REGISTERED | 08 |

         08/05/2009   *FILE USE AFFIDAVIT*

         08/05/2013   *FILE RENEWAL*

08 - hand tools, namely, powder-actuated fastening tools used to drive fasteners into concrete and other materials

---

**POWER TILL**

---

| UNITED STATES | 11/15/1982 | 73/402,609 | 08/07/1984 | 1,289,496 | REGISTERED | 007 |

         08/07/2014   *FILE RENEWAL*

007 - earth tillers and cultivating machines

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## *DESA Power Tools Trademarks continued . . .*

### POWER TRIGGER

| UNITED STATES | 02/03/2003 | 76/486,682 | 06/15/2004 | 2,852,831 | REGISTERED | 008 |
|---|---|---|---|---|---|---|
| | | *06/15/2010 FILE USE AFFIDAVIT* | | | | |
| | | *06/15/2014 FILE RENEWAL* | | | | |

008 - hand operated fastening tool, namely, a powder actuated hand tool for driving fasteners into wood, masonry, or concrete

### POWERFAST

| CANADA | 04/30/1996 | 811234 | 03/10/1999 | TMA509,064 | REGISTERED | 000 |
|---|---|---|---|---|---|---|
| | | *03/10/2014 FILE RENEWAL* | | | | |

000 - hand tools, namely, staplers and staples

| UNITED STATES | 07/14/1992 | 74/802,490 | 09/26/1995 | 1,922,830 | REGISTERED | 006 |
|---|---|---|---|---|---|---|
| | | *09/26/2016 FILE RENEWAL* | | | | |

006 - metal staples, nails and rivets

| UNITED STATES | 07/14/1992 | 74/801,729 | 08/08/1995 | 1,910,680 | REGISTERED | O08,O11 |
|---|---|---|---|---|---|---|
| | | *08/08/2015 FILE RENEWAL* | | | | |

O08 - hand tools; namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers
O11 - electric glue guns

| UNITED STATES | 07/14/1992 | 74/802,227 | 05/30/1995 | 1,896,783 | REGISTERED | O07 |
|---|---|---|---|---|---|---|
| | | *05/30/2015 FILE RENEWAL* | | | | |

O07 - power operated staple guns, nail guns, riveters, chain saws, staple guns and powder actuated tools; namely, fastener driving tools, load and pins

### POWERSELECT

| UNITED STATES | 05/07/2007 | 77/174,518 | | | ALLOWED | 007 |
|---|---|---|---|---|---|---|
| | | *01/08/2009 FILE STMNT OF USE* | | | | |
| | | *01/08/2009 FILE SOU OR EXTN* | | | | |

007 ~ power-operated lawn and garden products, namely string trimmers, hedge trimmers, blowers and blower/vacs, lawn mowers and chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA Power Tools Trademarks continued . . .

---

**POWERSELECT TECHNOLOGY**

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 05/07/2007 | 77/174,533 | | | ALLOWED | 007 |

*01/08/2009 FILE STMNT OF USE*

*01/08/2009 FILE SOU OR EXTN*

007 - power-operated lawn and garden products, namely, string trimmers, hedge trimmers, blowers and blower/vacs, lawn mowers and chain saws

---

**PRO DRIVER**

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 08/15/2003 | 76/540,793 | 10/18/2005 | 3,006,931 | REGISTERED | O07 |

*10/18/2011 FILE USE AFFIDAVIT*

*10/18/2015 FILE RENEWAL*

O07 - low velocity powder-actuated fastening tools, namely, powder-actuated nail guns

---

**REMINGTON**

---

| | | | | | | |
|---|---|---|---|---|---|---|
| CANADA | 06/01/1988 | 608096 | 02/14/1992 | TMA394,052 | REGISTERED | 000 |

*02/14/2022 RENEWAL*

000 - 1) fluid-fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection-type space heaters of 35,000 BTU's per hour capacity or greater, used for industrial, commercial and agricultural use. (2) chain saws and parts thereof. (3) powder actuated fastening systems, namely, powder actuated tools, and fasteners and powder loads therefor

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/14/2003 | 76/554,826 | 04/25/2006 | 3,085,860 | REGISTERED | 007 |

*04/25/2012 FILE USE AFFIDAVIT*

*04/25/2016 FILE RENEWAL*

007 - lawn and garden power tools, namely, hedge trimmers, brush trimmers and tree trimmers

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/05/2001 | 76/321,834 | 04/04/2006 | 3,077,009 | REGISTERED | 007 |

*04/04/2012 FILE USE AFFIDAVIT*

*04/04/2016 FILE RENEWAL*

007 - tillers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Power Tools Trademarks continued . . .

*REMINGTON continued . . .*

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 07/16/1956 | 72/012,219 | 02/26/1957 | 641,988 | REGISTERED | 006 |

02/26/2017 *FILE RENEWAL*

006 - fastening devices-namely, studs, pins, and bolts adapted to be driven by the combustion of a propellant charge excluding industrial guns, 8 gauge or larger, employed for industrial uses, including kilns, boilers, and seismic exploration, and all types of industrial shells, replacement parts and accessories used in or with such industrial guns

| UNITED STATES | 06/05/1969 | 72/329,271 | 02/22/1972 | 929,505 | REGISTERED | 007 |
|---------------|------------|------------|------------|---------|------------|-----|

02/22/2012 *FILE RENEWAL*

007 - gasoline engine powered tools, specifically chain saws, electric motor powered tools, specifically chain saws, chain saw guide bars, chain saw sprockets, saw chain, flexible shafts, spindles; and parts for all such tools

| UNITED STATES | 04/08/1951 | 71/612,353 | 02/23/1954 | 585,910 | REGISTERED | 013 |
|---------------|------------|------------|------------|---------|------------|-----|

02/23/2014 *FILE RENEWAL*

013 - tools-particularly tools arranged to drive or propel a penetrating or other element by the combustion of a propellant charge, driving and driven elements for use in and parts of and accessories for such tools excluding industrial guns, 8 gauge or larger, employed for industrial uses, including kilns, boilers, and seismic exploration, and all types of industrial shells, replacement parts and accessories used in or with such industrial guns

| UNITED STATES | 03/14/2005 | 78/586,973 | 08/19/2008 | 3,490,212 | REGISTERED | .007 |
|---------------|------------|------------|------------|-----------|------------|------|

08/19/2014 *FILE USE AFFIDAVIT*

08/19/2018 *FILE RENEWAL*

007 - power tools, namely, chain saws; power tools for gardening, landscaping, and wood cutting, excluding knives, namely, chain saws and shears; power-operated lawn and garden tools, namely, grass clippers, grass/weed line trimmers and shredders; power-operated landscape edgers; component parts for all of the foregoing

| UNITED STATES | 08/22/2007 | 77/212,937 | 11/04/2008 | 3,528,462 | REGISTERED | 007 |
|---------------|------------|------------|------------|-----------|------------|-----|

11/04/2014 *FILE USE AFFIDAVIT*

11/04/2018 *FILE RENEWAL*

007 - lawn and garden tools, namely, lawn mowers and blower vacs

---

### REMINGTON CORDLESS POWERMOWER

---

| UNITED STATES | 08/16/2007 | 77/266,888 | 11/04/2008 | 3,528,654 | REGISTERED | 007 |
|---------------|------------|------------|------------|-----------|------------|-----|

11/04/2014 *FILE USE AFFIDAVIT*

11/04/2018 *FILE RENEWAL*

007 - lawn mowers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Power Tools Trademarks continued . . .

### STRAPGUN

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 05/26/2004 | 76/594,347 | 04/04/2006 | 3,077,200 | REGISTERED | 008 |

*04/04/2012  FILE USE AFFIDAVIT*

*04/04/2016  FILE RENEWAL*

008 - hand tools, namely, staplers for fastening insulated electrical wire utilizing insulated staples

### STRIKE SET

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 12/17/1996 | 831815 | 01/21/1999 | TMA506,919 | REGISTERED | 000 |

*01/21/2014  FILE RENEWAL*

000 - manually operated hammer drive and tool fasteners

| UNITED STATES | 12/10/1996 | 75/211,026 | 10/13/1998 | 2,196,422 | REGISTERED | 008 |

*10/13/2018  FILE RENEWAL*

008 - hand operated hammer fastener drive tools for use in driving fasteners

### TECHNOLOGY TODAY FOR A GREENER TOMORROW

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 08/31/2007 | 77/270,039 | | | ALLOWED | 007 |

*04/07/2009  FILE STMNT OF USE*

*04/07/2009  FILE SOU OR EXTN*

007 - chain saws and parts therefore, namely, chain saw guide bars, chain saw sprockets, chain saw sprocket covers, saw chains, flexible shafts; power tillers; power-operated hedge trimmers; power-operated brush trimmers; power-operated tree trimmers; power-operated cutoff saws; circular saws; power-operated reciprocating saws; power-operated shears; power-operated grass clippers; earth augers; power-operated lawn and garden tools, namely, cultivators; power-operated grass/weed trimmers; power lawn and garden tools, namely, chippers; power lawn and garden tools, namely, shredders; power-operated tools, namely, lawn and garden edgers lawn mowers; power-operated garden tools, namely, blower vacs,; power-operated sprayers; mechanical spreaders; multi-purpose high pressure washers; and snow blowers

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

### DESA Power Tools Trademarks continued . . .

THE ELECTRIC ADVANTAGE: ELIMINATES AIR POLLUTION NO GAS AND OIL TO MIX QUIETER THAN GASOLINE ...



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| UNITED STATES | 07/11/2001 | 76/282,846 | 07/02/2002 | 2,588,184 | REGISTERED | 007 |

07/02/2012   FILE RENEWAL

007 - power tools, namely, chain saws, pole saws, hedge trimmers and earth augers

THE ELECTRIC ADVANTAGE: ELIMINATES AIR POLLUTION QUIETER THAN GASOLINE POWERED EQUIPMENT NO . . .



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| UNITED STATES | 07/22/2004 | 78/454,921 | 12/20/2005 | 3,031,734 | REGISTERED | 007 |

12/20/2015   FILE RENEWAL

12/20/2011   FILE USE AFFIDAVIT

007 - power tools, namely, chain saws, pole saws, hedge trimmers, branch trimmers, tillers, and earth augers

TOTAL ITEMS SELECTED =   44

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

Action:    AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:    ACTIVE

**CLIENT:**    *Desa - Mexico*

---

### DESAMASTER

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MEXICO | 03/09/2007 | 841571 | 05/21/2007 | 984568 | REGISTERED | 011 |

*03/09/2017   RENEWAL*

011 - space heaters; apparatus for heaters

---

### KNIPCO

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MEXICO | 08/25/2008 | 956766 | | | PENDING | 011 |

*05/28/2009   ST CK REGISTRATION*

011 - gas, electric, and oil-fired space heaters

---

### MASTER

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MEXICO | 01/31/1997 | 285800 | | | PENDING | 011 |

*02/17/2009   ST CK IPMI RESPONSE*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

---

### REMINGTON

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MEXICO | 01/31/1997 | 285798 | 07/20/2007 | 993322 | REGISTERED | 008 |

*01/31/2017   RENEWAL*

008 - tools, activated by gun-powder mainly hammers, propellers to drive; all activated by gun-powder cartridges

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## Desa - Mexico continued . . .

VANGUARD

| MEXICO | 07/25/2001 | 498219 | 04/04/2003 | 786389 | REGISTERED | 011 |

*07/25/2011  FILE RENEWAL*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

TOTAL ITEMS SELECTED =    5

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

CLIENT:    *Desa FMI*

---

**DESIGN DYNAMICS INNOVATION ON FIRE**

---

| UNITED STATES | 10/08/2003 | 76/554,349 | 07/12/2005 | 2,967,923 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|

*07/12/2011  FILE USE AFFIDAVIT*

*07/12/2015  FILE RENEWAL*

011 - gas fireplace inserts, namely, artificial logs and artificial embers

---

**EMBER MASTER**

---

| UNITED STATES | 09/07/2008 | 77/564,056 | | | PENDING | 011 |
|---------------|------------|------------|--|--|---------|-----|

*06/07/2009  1st OA/NOP STAT CHK*

011 - gas log heaters

---

**FMI**

---

| UNITED STATES | 02/24/2006 | 78/822,826 | 01/02/2007 | 3,193,490 | REGISTERED | 004,011 |
|---------------|------------|------------|------------|-----------|------------|---------|

*01/02/2013  FILE USE AFFIDAVIT*

*01/02/2017  FILE RENEWAL*

004 - artificial gas logs and embers
011 - fireplaces; stoves, fireplace inserts, namely, metal boxes for wood burning fireplaces, and metal boxes and gas burner systems comprised of gas controls, manifolds, burners, artificial logs and/or artificial glowing media for gas burning fireplaces; chimeneas

---

**FMI FIREPLACES FOR BUILDERS**

---

| UNITED STATES | 02/24/2006 | 78/822,866 | 01/02/2007 | 3,193,492 | REGISTERED | 004,011 |
|---------------|------------|------------|------------|-----------|------------|---------|

*01/02/2013  FILE USE AFFIDAVIT*

*01/02/2017  FILE RENEWAL*

004 - artificial gas logs and embers
011 - fireplaces, stoves, fireplace inserts, namely, metal boxes for wood burning fireplaces, and metal boxes and gas burner systems comprised of gas controls, manifolds, burners, artificial logs and/or artificial glowing media for gas burning fireplaces; chimeneas

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## Desa FMI continued . . .

**VERSAFIRE**

| UNITED STATES | 01/25/2005 | 78/553,461 | 06/26/2007 | 3,256,956 | REGISTERED | 11 |
|---------------|------------|------------|------------|-----------|------------|----|
| | | *06/26/2013  FILE USE AFFIDAVIT* | | | | |
| | | *06/26/2017  FILE RENEWAL* | | | | |

11 - fireplace inserts, namely, log systems comprised of artificial logs and artificial embers powered by gas

TOTAL ITEMS SELECTED =    5

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

**CLIENT:**      *DESA Hearth Products*

---

### FIRELOG MATE

| UNITED STATES | 03/23/2001 | 76/230,076 | 11/29/2005 | 3,021,290 | REGISTERED | 006 |
|---------------|------------|------------|------------|-----------|------------|-----|

*11/29/2011  FILE USE AFFIDAVIT*

*11/29/2015  FILE RENEWAL*

006 - metal cradle-like holder for firewood

---

### FIREWERKS

| UNITED STATES | 07/06/2004 | 76/601,026 | 09/19/2006 | 3,146,000 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|

*09/19/2012  FILE USE AFFIDAVIT*

*09/19/2016  FILE RENEWAL*

011 - fireplace inserts and hearth products, namely, gas burners, artificial logs and artificial embers

---

### HEARTHSIDE DESIGNS

| UNITED STATES | 06/01/2005 | 78/640,911 | 05/13/2008 | 3,428,188 | REGISTERED | 019 |
|---------------|------------|------------|------------|-----------|------------|-----|

*05/13/2014  FILE USE AFFIDAVIT*

*05/13/2018  FILE RENEWAL*

019 - fireplace mantels, decorative fireplace surrounds

| UNITED STATES | 11/15/2005 | 78/754,149 | 05/13/2008 | 3,428,341 | REGISTERED | 011,019 |
|---------------|------------|------------|------------|-----------|------------|---------|

*05/13/2014  FILE USE AFFIDAVIT*

*05/13/2018  FILE RENEWAL*

011 - fireplace doors
019 - decorative fireplace facings

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Hearth Products continued . . .

### LOGMATE

| UNITED STATES | 01/15/2005 | 78/548,249 | 12/27/2005 | 3,035,806 | REGISTERED | 011 |
|---|---|---|---|---|---|---|
| | 12/27/2011 | *FILE USE AFFIDAVIT* | | | | |
| | 12/27/2015 | *FILE RENEWAL* | | | | |

011 - fireboxes

### MOSAIC MASONRY

| UNITED STATES | 07/31/2006 | 78/940,929 | | | ALLOWED | 011,019 |
|---|---|---|---|---|---|---|
| | 04/08/2009 | *FILE STMNT OF USE* | | | | |
| | 04/08/2009 | *FILE SOU OR EXTN2* | | | | |

011 - fireplaces
019 - fireplace mantels, fireplace surrounds, and fireplace surrounds including masonry nooks for holding wood

### OXFORD

| UNITED STATES | 02/25/2004 | 76/577,708 | 06/13/2006 | 3,104,404 | REGISTERED | 011 |
|---|---|---|---|---|---|---|
| | 06/13/2012 | *FILE USE AFFIDAVIT* | | | | |
| | 06/13/2016 | *FILE RENEWAL* | | | | |

011 - cast iron stoves

### THE NEW NAME IN FLAME

| UNITED STATES | 05/19/2004 | 76/593,116 | 07/01/2008 | 3,458,517 | REGISTERED | 011,004 |
|---|---|---|---|---|---|---|
| | 07/01/2014 | *FILE USE AFFIDAVIT* | | | | |
| | 07/01/2018 | *FILE RENEWAL* | | | | |

011 - wood and gas burning fireplaces, fireplace inserts, namely, metal boxes for wood burning fireplaces, and metal boxes and gas burner systems comprised of gas controls, manifolds, burners, artificial logs and/or artificial glowing media for gas burning fireplaces
004 - artificial gas logs and embers

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

*DESA Hearth Products continued . . .*

VANGUARD

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 06/09/1986 | 73/603,149 | 06/18/1987 | 1,442,998 | REGISTERED | 011 |
| | | *06/16/2017  FILE RENEWAL* | | | | |

011 - fluid-fuel fired fixed and mobile space heaters for domestic and industrial use

| UNITED STATES | 11/08/1982 | 73/401,917 | 10/23/1984 | 1,301,450 | REGISTERED | 011 |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *10/23/2014  FILE RENEWAL* | | | | |

011 - liquid fuel burning space heaters

TOTAL ITEMS SELECTED =   10

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:    ACTIVE

**CLIENT:**    *DESA Indoor/Outdoor Products*

---

### ALL-PRO

| | | | | | | |
|---|---|---|---|---|---|---|
| CANADA | 04/29/1998 | 876637 | 09/24/1999 | TMA516,989 | REGISTERED | 000 |

09/24/2014   FILE RENEWAL

000 - portable propane and kerosene heaters; portable propane heaters

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 07/07/1986 | 73/608,321 | 02/17/1987 | 1,429,142 | REGISTERED | 011 |

02/17/2017   FILE RENEWAL

011 - portable propane heaters

---

### CHARLESTON FORGE

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 12/16/2003 | 76/567,037 | 04/25/2006 | 3,085,877 | REGISTERED | 011 |

04/25/2012   FILE USE AFFIDAVIT

04/25/2016   FILE RENEWAL

011 - fireplace insert and hearth products, namely gas burner assemblies, artificial logs and artificial embers

---

### COMFORT GLOW

| | | | | | | |
|---|---|---|---|---|---|---|
| CANADA | 02/13/1997 | 836359 | 06/16/1998 | TMA496,062 | REGISTERED | 000 |

06/16/2013   FILE RENEWAL

000 - liquid fuel burning space heaters

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 03/24/1980 | 73/255,302 | 02/02/1982 | 1,188,544 | REGISTERED | 011 |

02/02/2012   FILE RENEWAL

011 - liquid fuel burning space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

### *DESA Indoor/Outdoor Products continued . . .*

**COOL COMFORT**

| UNITED STATES | 12/21/2003 | 76/566,050 | 08/23/2005 | 2,987,892 | REGISTERED | 011 |

08/23/2011  *FILE USE AFFIDAVIT*
08/23/2015  *FILE RENEWAL*

011 - evaporative air cooling units

**DESA HEATING PRODUCTS**

| UNITED STATES | 05/09/2003 | 76/517,727 | 06/07/2005 | 2,960,353 | REGISTERED | 011 |

06/07/2011  *FILE USE AFFIDAVIT*
06/07/2015  *FILE RENEWAL*

011 - vent-free as well as vented kerosene, liquid propane, oil and natural gas-powered heaters

**DESA INDOOR/OUTDOOR PRODUCTS & Design**



| UNITED STATES | 01/25/2005 | 78/553,189 | 11/07/2006 | 3,169,769 | REGISTERED | 011 |

11/07/2012  *FILE USE AFFIDAVIT*
11/07/2016  *FILE RENEWAL*

011 - space heaters, namely, fluid fired, fixed and mobile space heaters for domestic and industrial use

**GLO-WARM**

| UNITED STATES | 04/10/1998 | 75/465,666 | 11/30/1999 | 2,295,299 | REGISTERED | 011 |

11/30/2009  *FILE RENEWAL*

011 - gas heaters, blowers and air circulators for gas heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Indoor/Outdoor Products continued . . .

**HEAT DEMON**

| CANADA | 05/30/1995 | 783869 | 06/02/1997 | TMA477,078 | REGISTERED | 000 |

*06/02/2012  RENEWAL*

000 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| UNITED STATES | 11/16/1990 | 74/116,076 | 09/08/1992 | 1,714,643 | REGISTERED | 011 |

*09/08/2012  FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HEAT DEMON & Design [demon & flames]**



| UNITED STATES | 06/15/1992 | 74/284,638 | 03/09/1993 | 1,756,680 | REGISTERED | 011 |

*03/09/2013  FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HEAT DEMON & Design [trident]**



| CANADA | 02/11/2004 | 1206096 | 03/07/2006 | TMA660,390 | REGISTERED | 000 |

*03/07/2021  RENEWAL*

000 - fluid fuel-fired infra-red fixed and mobile space heaters

| UNITED STATES | 10/03/2003 | 76/553,508 | 11/16/2004 | 2,902,984 | REGISTERED | 011 |

*11/16/2010  FILE USE AFFIDAVIT*

*11/16/2014  FILE RENEWAL*

011 - fluid fuel-fired infra-red fixed and mobile space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Indoor/Outdoor Products continued . . .

### HEAT DRAGON

| CANADA | 05/30/1995 | 783868 | 06/02/1997 | TMA477,079 | REGISTERED | 000 |

*06/02/2012  FILE RENEWAL*

000 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

| UNITED STATES | 07/10/1991 | 74/183,689 | 11/03/1992 | 1,730,302 | REGISTERED | 011 |

*11/03/2012  FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

### HEAT TO THE FEET

| UNITED STATES | 03/16/2004 | 76/582,015 | 02/13/2007 | 3,209,477 | REGISTERED | 011 |

*02/13/2013  FILE USE AFFIDAVIT*

*02/13/2017  FILE RENEWAL*

011 - portable electric and gas powered heaters

### HOT SPOT

| CANADA | 03/25/1997 | 840393 | 02/22/1999 | TMA508,296 | REGISTERED | 000 |

*02/22/2014  FILE RENEWAL*

000 - fluid fuel-fired, fixed and mobile space heaters for domestic and industrial use

### HOT SPOT & Design

H·O·T
SPOT

| CANADA | 04/16/1984 | 520549 | 09/13/1985 | TMA306,816 | REGISTERED | 000 |

*09/13/2015  FILE RENEWAL*

000 - detachable heating device, namely, a magnetic heating element

DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA Indoor/Outdoor Products continued . . .

**HOT SPOT & Design 2**

HotSpot

| UNITED STATES | 10/09/2003 | 76/554,699 | 03/15/2005 | 2,932,478 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 03/15/2011 | FILE USE AFFIDAVIT | | | |
| | | 03/15/2015 | FILE RENEWAL | | | |

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**HSI SMART START TECHNOLOGY & Design**

| UNITED STATES | 04/16/2002 | 76/396,223 | 05/27/2003 | 2,718,897 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 05/27/2009 | FILE USE AFFIDAVIT | | | |
| | | 05/27/2013 | FILE RENEWAL | | | |

011 - kerosene heaters

**INFRA-STAT**

| UNITED STATES | 10/04/1993 | 74/443,243 | 08/02/1994 | 1,847,657 | REGISTERED | 011 |
|---------------|------------|------------|------------|-----------|------------|-----|
| | | 08/02/2014 | FILE RENEWAL | | | |

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**KNIPCO**

| UNITED STATES | 08/21/2008 | 77/552,601 | | | PENDING | 011 |
|---------------|------------|------------|------------|-----------|---------|-----|
| | | 05/21/2009 | 1st OA/NOP STAT CHK | | | |

011 - gas, electric, and oil-fired space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Indoor/Outdoor Products continued . . .

---

### MASTER

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 05/30/1967 | 305301 | 10/11/1968 | TMA158,617 | REGISTERED | 000 |

*10/11/2013  FILE RENEWAL*

000 - portable oil burning space heaters and oil burners

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 06/09/1986 | 73/603,166 | 06/16/1987 | 1,442,999 | REGISTERED | 011 |

*06/16/2017  FILE RENEWAL*

011 - fluid-fuel fired fixed and mobile space heaters for domestic and industrial use

---

### MINI HEARTH

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 02/17/1995 | 74/635,422 | 01/09/1996 | 1,946,931 | REGISTERED | 011 |

*01/09/2016  FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

---

### MISCELLANEOUS DESIGN (DRAGON)



---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 10/03/1991 | 74/209,376 | 08/04/1992 | 1,704,790 | REGISTERED | 011 |

*08/04/2012  FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

---

### MISCELLANEOUS DESIGN [heat demon]



---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 03/16/1992 | 74/255,581 | 10/12/1993 | 1,798,612 | REGISTERED | 011 |

*10/12/2013  FILE RENEWAL*

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## *DESA Indoor/Outdoor Products continued . . .*

**MISCELLANEOUS DESIGN [yellow/black design]**



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 04/06/1990 | 74/046,378 | 10/27/1992 | 1,727,357 | REGISTERED | 101 |
| | | *10/27/2012  FILE RENEWAL* | | | | |

101 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

**NEED HEAT NOW? WE'RE REDDY!**

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 09/26/2002 | 1154075 | 10/13/2005 | TMA650,383 | REGISTERED | 000 |
| | | *10/13/2020  RENEWAL* | | | | |

000 - forced air heaters, fueled by kerosene, diesel, liquid petroleum and natural gas; convection heaters; propane tank tops

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 05/31/2002 | 76/416,134 | 02/03/2004 | 2,811,430 | REGISTERED | 011 |
| | | *02/03/2010  FILE USE AFFIDAVIT* | | | | |
| | | *02/03/2014  FILE RENEWAL* | | | | |

011 - forced air heaters, fueled by kerosene, diesel, liquid petroleum and natural gas; convection heaters; propane tank tops

**OUTDOOR LEISURE**

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 12/09/2004 | 78/530,010 | 11/29/2005 | 3,020,909 | REGISTERED | 011 |
| | | *11/29/2011  FILE USE AFFIDAVIT* | | | | |
| | | *11/29/2015  FILE RENEWAL* | | | | |

011 - gas and electric outdoor heaters

**RADIANT FLAME**

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 10/29/1993 | 74/452,389 | 12/20/1994 | 1,869,046 | REGISTERED | 011 |
| | | *12/20/2014  FILE RENEWAL* | | | | |

011 - fluid-fuel fired, fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA Indoor/Outdoor Products continued . . .

### REDDY HEATER

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 05/12/1967 | 304881 | 05/09/1969 | TMA162,590 | REGISTERED | 000 |

*05/09/2014  FILE RENEWAL*

000 - portable oil burning space heaters and oil burners

| UNITED STATES | 01/19/1964 | 72/187,025 | 05/09/1967 | 828,558 | REGISTERED | 011 |

*05/09/2017  FILE RENEWAL*

011 - portable oil heaters

### REMINGTON

| UNITED STATES | 11/28/1986 | 73/632,528 | 07/05/1988 | 1,494,999 | REGISTERED | 011 |

*07/05/2018  FILE RENEWAL*

011 - fluid-fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection-type space heaters of 35,000 btu's per hour capacity or greater, used for industrial, commercial and agricultural use

| UNITED STATES | 03/14/2005 | 78/587,015 | | | ALLOWED | 019 |

*01/11/2009  FILE STMNT OF USE*

*01/11/2009  FILE SOU OR EXTN5*

019 - fireplace mantels and component parts thereof

| UNITED STATES | 03/14/2005 | 78/586,993 | | | ALLOWED | 011 |

*06/05/2009  FILE STMNT OF USE*

*06/05/2009  FILE SOU OR EXTN5*

011 - fireplaces; gas and electric fireplace inserts comprised of artificial logs and artificial embers; gas, electric and oil-fired space heaters; fireboxes being components of fireplaces; cast iron wood burning, gas burning and decorative electric stoves; component parts for all of the foregoing

### SUPER GLOW

| UNITED STATES | 03/22/2002 | 78/386,288 | 10/28/2003 | 2,778,495 | REGISTERED | 011 |

*10/28/2009  FILE USE AFFIDAVIT*

*10/28/2013  FILE RENEWAL*

011 - gas logs

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## *DESA Indoor/Outdoor Products continued . . .*

### THE OUTDOORSMAN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 04/07/2003 | 76/504,833 | 03/08/2005 | 2,931,359 | REGISTERED | 011 |

03/08/2011  *FILE USE AFFIDAVIT*
03/08/2015  *FILE RENEWAL*

011 - portable heaters

### TORPEDO

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 12/19/2003 | 76/567,676 | 04/24/2007 | 3,233,875 | REGISTERED | 011 |

04/24/2013  *FILE USE AFFIDAVIT*
04/24/2017  *FILE RENEWAL*

011 - kerosene, liquid propane and natural gas-powered forced air heaters

### TORPEDO HEATER

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES | 11/18/2004 | 76/621,223 | | ALLOWED | 011 |

05/30/2009  *FILE STMNT OF USE*

011 - kerosene, liquid propane and natural gas-powered forced air heaters

### TOUCH N GLOW

| | | | | | | |
|---|---|---|---|---|---|---|
| CANADA | 06/03/1982 | 487676 | 12/16/1983 | TMA285,942 | REGISTERED | 000 |

12/16/2013  *FILE RENEWAL*

000 - kerosene heaters

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA Indoor/Outdoor Products continued . . .*

### ULTIMATE COMFORT

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 06/01/2004 | 76/595,005 | 08/02/2005 | 2,980,653 | REGISTERED | 011 |

08/02/2011   FILE USE AFFIDAVIT
08/02/2015   FILE RENEWAL

011 - patio heaters

### UNIVERSAL

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 02/11/2005 | 78/565,388 | 01/31/2006 | 3,055,057 | REGISTERED | 011 |

01/31/2012   FILE USE AFFIDAVIT
01/31/2016   FILE RENEWAL

011 - kerosene, gas forced air, convection, and radiant heaters

### VANGUARD

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 02/15/1991 | 675934 | 03/05/1993 | TMA409,056 | REGISTERED | 000 |

03/05/2023   RENEWAL

000 - fluid fuel fired, fixed and mobile space heaters for domestic and industrial use

TOTAL ITEMS SELECTED =   46

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

## CLIENT:    *DESA International*

---

### ABC MASTER

---

| CHINA | 03/08/2007 | 5934265 | | | PENDING | 007 |
|---|---|---|---|---|---|---|

*05/14/2009  ST CK REGISTRATION*

007 - chain saws; cutoff saws; circular saws; reciprocating saws; power tools, namely, shears; earth augers; chain saw guide bars (components especially designed for chain saws); chain saw sprockets (components especially designed for chain saws); Flexible shafts; Powder-actuated tools; powder-actuated tools with fasteners and powder loads; hand held power tools; lawn and garden tools and implements, namely, blowers; lawn and garden tools and implements, namely, blower/vacs; lawn and garden tools and implements, namely, lawn mowers; lawn and garden tools and implements, namely, weeding machines; cultivators; grass clippers; hedge trimmers; brush trimmers; tree trimmers; grass/weed line trimmers; chippers; shredders; tillers; edgers; hand-held tools, other than hand-operated, namely, fastening devicess; drills; power tools, namely, screwdrivers; impact wrenches; grinders; sanders; polishers; pinners; power fastening tools; staplers; nailers; riveters; hot melt glue guns.

| CHINA | 03/08/2007 | 5934179 | | | PENDING | 009 |
|---|---|---|---|---|---|---|

*05/08/2009  ST CK REGISTRATION*

009 - temperature controllers; temperature indicators; heat regulating apparatus

| CHINA | 03/08/2007 | 5934266 | | | PENDING | 011 |
|---|---|---|---|---|---|---|

*06/21/2009  ST CK REGISTRATION*

011 - space heaters; apparatus for heating; ventilation (air conditioning) installations and apparatus; air cooling apparatus; air conditioning apparatus; apparatus for air circulation

---

### COMFORT FLAME

---

| JAPAN | 11/04/1993 | 110562/93 | 09/30/1996 | 3203727 | REGISTERED | 011 |
|---|---|---|---|---|---|---|

*09/30/2016  RENEWAL*

011 - heating apparatus; heating or air-conditioning equipment

---

### COMFORT GLOW

---

| COLOMBIA | 09/01/2005 | 05087445 | 04/06/2006 | 314869 | REGISTERED | 011 |
|---|---|---|---|---|---|---|

*12/24/2008  ST CK REGIS CERT*

*04/06/2016  RENEWAL*

011 - apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA International continued . . .*

### COOL MASTER

| | | | | | | |
|---|---|---|---|---|---|---|
| CHINA | 09/22/2006 | 5624231 | | | PENDING | 011 |

*12/22/2008  ST CK REGISTRATION*

011 - air conditioning apparatus; apparatus for heating; air cooling apparatus; ventilation (air conditioning) installations and apparatus;ventilation [air conditioning] installations and devices

### DESA

| | | | | | | |
|---|---|---|---|---|---|---|
| EUROPEAN UNION (CTM) | 05/18/2001 | 2224665 | 09/10/2002 | 2224665 | REGISTERED | 007,008,011 |

*05/18/2011  FILE RENEWAL*

007 - power operated tools, namely, chain saws and parts therefor, power actuated tools, namely, fastener driving tools comprising load and pins, and stud drivers sold as a unit, staple guns, nail guns, and riveters
008 - hand tools, namely, manual staple guns, manual nail guns and manual hammer tackers
011 - space heaters, namely, fluid fired, fixed and mobile space heaters for domestic and industrial use

### DESA INTERNATIONAL

| | | | | | | |
|---|---|---|---|---|---|---|
| EUROPEAN UNION (CTM) | 09/19/2007 | 006289854 | 07/16/2008 | 6289854 | REGISTERED | 007,008,011 |

*09/19/2017  RENEWAL*

007 - power-operated tools; power-operated lawn tools and implements, power-operated garden tools and implements; blowers (machines), suction apparatus (vacuum cleaners), lawnmowers, trimmers; chainsaws, tillers, trimmers, fasteners, power-actuated tools, fastener driving tools comprising load and pins, and stud drivers sold as a unit; staple guns, nail guns, riveters; parts and fittings for all the aforesaid goods
008 - hand tools and hand-operated implements; manual staple guns, manual nail guns, manual hammer tackers; parts and fittings for all the aforesaid goods.
011 - apparatus for heating, cooling and dehumidifying; electric heaters, patio heaters, indoor heaters, wall heaters; space and room heating apparatus; portable and mobile space heaters; oil heaters, gas heaters, fluid fuel fired fixed and mobile heating apparatus; convection heaters, infrared heaters, garage heaters, marquee heaters, outdoor heaters; vented oil heaters, industrial heaters, umbrella stand heaters, construction heaters; gas log effect heaters and fireplaces, stoves, wood burning units; coolers, air conditioning units, evaporative coolers, ceiling fans, air coolers; parts and fittings for all the aforesaid goods

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA International continued . . .

---

**DESA MASTER**

---

| TURKEY | 10/25/2007 | 2007/57371 | | | PENDING | 011 |

*12/12/2008  ST CK REGISTRATION*

011 - space heaters; fluid-fuel fired fixed and mobile space heaters for domestic and industrial use

---

**DESAMASTER**

---

| RUSSIA | 06/19/2006 | RU 2006716556 | | | PENDING | 011 |

*01/05/2009  ST CK HEARING REPORT*
*02/04/2009  ST CK REGISTRATION*

011 - space heaters

---

**EUROMASTER**

---

| EUROPEAN UNION (CTM) | 08/08/2001 | 2333763 | 09/10/2002 | 2333763 | REGISTERED | 011 |

*08/08/2011  FILE RENEWAL*

011 - space heaters

---

**MASTER**

---

| ARGENTINA | 05/15/2001 | 2338389 | | | SUSPENDED | 011 |

*06/03/2009  ST CK SUSPENSION*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| BENELUX | 04/07/1964 | 101589 | 12/21/1972 | 019998 | REGISTERED | 011 |

*12/21/2012  FILE RENEWAL*

011 - portable oil burning space heaters

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## DESA International continued . . .

MASTER continued . . .

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| BRAZIL | 06/08/1998 | 820825085 | | | PENDING | 7.1 |

07/16/2009 *ST CK APPEAL*

7.1 - Local Class 7.15: fluid fuel fired fixed and mobile space heaters for industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| BRAZIL | 06/08/1998 | 820825107 | 04/01/2008 | 820825107 | REGISTERED | 020 |

03/31/2018 *RENEWAL*

020 - Local Class 20.25: fluid fuel fired fixed and mobile space heaters for domestic use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CHINA | 09/22/2006 | 5624233 | | | PENDING | 011 |

07/25/2009 *ST CK REGISTRATION*

011 - gas space heaters; electric space heaters; oil-fired space heaters; apparatus for heating; ventilation (air conditioning) installations and apparatus; air cooling apparatus; air conditioning apparatus; ventilation [air conditioning] installations and devices

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CHINA | 03/08/2007 | 5934289 | | | PENDING | 007 |

08/29/2009 *ST CK REGISTRATION*

007 - chain saws; cutoff saws; circular saws; reciprocating saws; power tools, namely, shears; earth augers; chain saw guide bars (components especially designed for chain saws); chain saw sprockets (components especially designed for chain saws); flexible shafts; powder-actuated tools; powder-actuated tools with fasteners and powder loads; hand held power tools; lawn and garden tools and implements, namely, blowers; lawn and garden tools and implements, namely, blower/vacs; lawn and garden tools and implements, namely, lawn mowers; lawn and garden tools and implements, namely, weeding machines; cultivators; grass clippers; hedge trimmers; brush trimmers; tree trimmers; grass/weed line trimmers; chippers; shredders; tillers; edgers; hand-held tools, other than hand-operated, namely, fastening devices; drills; power tools, namely, screwdrivers; impact wrenches; grinders; sanders; polishers; pinners; power fastening tools; staplers; nailers; riveters; hot melt glue guns.

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CHINA | 03/08/2007 | 5934288 | | | PENDING | 009 |

06/02/2009 *ST CK REGISTRATION*

009 - temperature controllers; temperature indicators; heat regulating apparatus

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CZECH REPUBLIC | 03/17/1998 | 130930 | 04/19/2000 | 223692 | REGISTERED | 011 |

03/17/2018 *RENEWAL*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use, with the exception of aluminum radiators, electric heating devices and water heating devices

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| DENMARK | 06/16/1967 | 2231/67 | 08/16/1968 | VR 1968 02148 | REGISTERED | 011 |

08/16/2018 *RENEWAL*

011 - transportable (Oliefyrede) space heating apparatus

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| FRANCE | 07/05/1990 | 223080 | 07/05/1990 | 1722839 | REGISTERED | 7&8 |

07/05/2010 *FILE RENEWAL*

7&8 - finishing machine for concrete, plasters, finishing boards and vibrating rammers, mortar machines, pneumatic tools

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| GERMANY | 09/20/1996 | 39641535 | 02/16/1998 | 39641535 | REGISTERED | 011 |

09/30/2016 *RENEWAL*

011 - space heaters

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## *DESA International continued . . .*

*MASTER continued . . .*

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| GREECE | 03/14/1966 | N/A | 05/17/1967 | 35159 | REGISTERED | 001 |

*03/14/2016  RENEWAL*

001 - portable space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| HONG KONG | 08/20/1998 | 9811052 | 12/30/1999 | 1999B17068 | REGISTERED | 011 |

*08/20/2015  RENEWAL*

011 - portable heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| HUNGARY | 03/09/1998 | M 98 00833 | | 176649 | REGISTERED | 011 |

*05/19/2009  CORR CERT ST CH*

*03/19/2018  RENEWAL*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| ICELAND | 08/04/2006 | 2475/2006 | 12/05/2006 | 1203/2006 | REGISTERED | 011 |

*12/05/2016  RENEWAL*

011 - portable space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| KAZAKHSTAN | 04/17/1998 | KZ11721 | 07/26/1999 | KZ9179 | REGISTERED | 011 |

*04/17/2018  RENEWAL*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| NEW ZEALAND | 09/17/1996 | 267143 | 01/12/1999 | 267143 | REGISTERED | 011 |

*09/17/2017  FILE RENEWAL*

011 - apparatus for heating including fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| NORWAY | 10/13/1987 | 874231 | 01/18/1990 | 140134 | REGISTERED | 011 |

*01/18/2010  FILE RENEWAL*

011 - stationary and mobile liquid-fired ovens for heating of rooms and premises

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| SWITZERLAND | 02/26/1984 | N/A | 05/20/1985 | P338263 | REGISTERED | 007,008,11 |

*02/26/2014  FILE RENEWAL*

007 - pneumatic tools
008 - cement working and finishing machines including tampers, vibrators, screeds and troweling machines
11 - portable oil burning space heaters for use in commercial and industrial applications

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| TAIWAN | 08/21/1998 | 87041194 | 10/16/1999 | 00871749 | REGISTERED | 011 |

*10/15/2009  FILE RENEWAL*

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| TURKEY | 10/25/2007 | 2007/57370 | | | PENDING | 011 |

*02/01/2009  ST CK APPEAL*

011 - space heaters; fluid-fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|-----------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA International continued . . .

*MASTER continued . . .*

| UKRAINE | 04/20/1998 | UA 98041492 | 05/15/2002 | UA 24806 | REGISTERED | 011 |

*04/20/2018  RENEWAL*

011 - portable oil heaters

| UKRAINE | 10/11/2006 | UA m 2006 15802 | 01/25/2008 | 87123 | REGISTERED | 011 |

*10/11/2016  RENEWAL*

011 - space heaters; apparatus for heating; apparatus for cooling; apparatus for air circulation

| UNITED KINGDOM | 05/18/1967 | 63010 | 01/19/1971 | 909586 | REGISTERED | 011 |

*05/18/2012  FILE RENEWAL*

011 - portable oil burning space heaters, all for industrial or agricultural use

---

### MASTER & DESIGN

**MASTER**

| EUROPEAN UNION (CTM) | 09/27/2005 | 004659231 | | | OPPOSED | 011 |

*02/14/2009  ST CK OPPOSITION*

011 - space heaters

| SOUTH AFRICA | 03/02/1966 | 66/0779 | 01/26/1967 | B66/0779 | REGISTERED | 011 |

*03/02/2016  RENEWAL*

011 - portable space heaters

---

### MASTER (stylized)

*Master*

| AUSTRIA | 07/31/2003 | AM 4994/2003 | 03/29/2004 | 216.417 | REGISTERED | 011 |

*03/31/2014  FILE RENEWAL*

011 - portable heaters

| FRANCE | 03/08/1988 | 911798 | 03/08/1988 | 1453401 | REGISTERED | 011 |

*03/08/2018  RENEWAL*

011 - portable fuel operated air heating devices for shop or commercial premises etc. for industrial and commercial use

| GERMANY | 04/09/1963 | M20911/4 | 03/31/1965 | 802463 | REGISTERED | 011 |

*04/09/2013  FILE RENEWAL*

011 - portable oil burning space heaters for use in commercial and industrial applications

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| | | *Selected Actions Due* | | | | |

## DESA International continued . . .

*MASTER (stylized) continued . . .*

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| ITALY | 11/30/1964 | 203210 | 03/04/1967 | 714381 | REGISTERED | 007 |
| | | *11/30/2014  FILE RENEWAL* | | | | |

007 - oil powered portable heaters for domestic use; oil burners; tools and machinery for working and finishing of concrete and cement, comprising compacting devices, vibrators, finishing and levelling devices for concrete slabs and smoothing machines for finishing, pneumatic tools

---

### MASTER PORTABLE HEATERS (stylized)



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| SPAIN | 12/12/2002 | 2.517.342 | 12/19/2003 | 2.517.342 | REGISTERED | 011 |
| | | *12/12/2012  RENEWAL* | | | | |

011 - heaters

---

### Miscellaneous Design [yellow/black design]



| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| BENELUX | 10/11/2001 | 0998467 | 10/11/2001 | 708.727 | REGISTERED | 011 |
| | | *10/11/2011  FILE RENEWAL* | | | | |

011 - space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| HUNGARY | 03/01/2004 | M 98 03286 | 02/01/2006 | 183 564 | REGISTERED | 011 |
| | | *03/01/2014  FILE RENEWAL* | | | | |

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| KAZAKHSTAN | 07/14/1998 | KZ12277 | 10/27/1999 | KZ9644 | REGISTERED | 011 |
| | | *07/14/2018  RENEWAL* | | | | |
| | | *04/08/2009  ST CK RENEWAL CERT* | | | | |

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| POLAND | 07/08/1998 | 189172 | 09/08/2003 | 139086 | REGISTERED | 011 |
| | | *07/08/2018  RENEWAL* | | | | |
| | | *01/14/2009  ST CK RENEWAL CERT* | | | | |

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| UKRAINE | 07/14/1998 | UA98072727 | 09/16/2002 | UA26848 | REGISTERED | 011 |
| | | *07/14/2018  RENEWAL* | | | | |

011 - portable oil heaters

# DESA IP, LLC

*Selected Actions Due*

## DESA International continued . . .

**POWERFAST**

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| AUSTRALIA | 03/05/1999 | 787395 | 10/22/1999 | 787395 | REGISTERED | 006,008 |

*03/05/2009  FILE RENEWAL*

006 - staples (industrial) and nails
008 - hand tools, namely staple guns, nail guns, rivet tools and hammer tackers

| BENELUX | 04/29/1994 | 826434 | 04/29/1994 | 550709 | REGISTERED | 006,008 |

*04/29/2014  FILE RENEWAL*

006 - metal staples, grommets, nails and rivets
008 - hand tools; namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers

| BRAZIL | 09/15/1998 | 821066471 | 09/04/2001 | 821066471 | REGISTERED | 008 |

*09/04/2011  FILE RENEWAL*

008 - hand tools, namely manual glue guns, manual staple guns, manual nail guns and manual hammer tackers

| FRANCE | 05/02/1994 | 94518303 | 05/02/1994 | 94518303 | REGISTERED | 6&8 |

*05/02/2014  FILE RENEWAL*

6&8 - metallic cramps, metallic collars, metallic nails and rivets; hand tools used manually; namely, glue guns, metallic cramps guns, nail guns and hammers; all these to be used manually

| GERMANY | 04/28/1994 | D54620 | 02/03/1995 | 2091103 | REGISTERED | 006,008 |

*04/28/2014  FILE RENEWAL*

006 - metal staples (not for office purposes), grommets, nails and rivets made of metal
008 - hand tools; namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers

| SPAIN | 06/20/1994 | 1909478 | 06/20/1994 | 1909478 | REGISTERED | 008 |

*06/20/2014  FILE RENEWAL*

008 - hand tools, namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers

| UNITED KINGDOM | 04/25/1994 | 1570039 | 04/25/1994 | 1570039 | REGISTERED | 006,008 |

*04/25/2011  FILE RENEWAL*

006 - ironmongery; metal fasteners, fastening devices; metal staples, grommets, nails and rivets
008 - hand tools; manual glue guns, manual staple guns, manual nail guns and manual hammer tackers; parts and fittings for all the aforesaid goods

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## *DESA International continued . . .*

**REDDY**

| EUROPEAN UNION (CTM) | 07/07/2008 | 007043474 | | | PENDING | 011 |
|---|---|---|---|---|---|---|

12/25/2008  ST CK REGISTRATION

07/07/2018  RENEWAL

011 - space heaters

| GERMANY | 03/21/2003 | 30315100 | 05/12/2003 | 30315100 | REGISTERED | 011 |

03/21/2013  FILE RENEWAL

011 - air conditioners, heaters and humidifiers

| GERMANY | 10/04/1996 | 39643094 5 | 01/03/1997 | 39643094 | REGISTERED | 011 |

09/30/2016  FILE RENEWAL

011 - space heaters, generators, apparatus for air cleaning, as far as contained in class 11, for all aforementioned goods excluding the field of vehicles

| ISRAEL | 03/08/1966 | 25694 | 05/12/1968 | 25694 | REGISTERED | 011 |

03/08/2015  FILE RENEWAL

011 - portable oil heaters

| ITALY | 11/30/1964 | 8661/64 | 03/15/1967 | 714310 | REGISTERED | 011 |

11/30/2014  FILE RENEWAL

06/24/2009  ST CK RENEWAL CERT

011 - portable oil burning space heaters

| SWITZERLAND | 12/05/1984 | 1340 | 01/30/1985 | 335669 | REGISTERED | 011 |

12/05/2014  FILE RENEWAL

011 - portable heaters

| SWITZERLAND | 09/19/2003 | 04840/2003 | 11/06/2003 | 515898 | REGISTERED | 011 |

09/19/2013  FILE RENEWAL

011 - heaters, air conditioners and humidifiers

| UNITED KINGDOM | 03/20/2003 | 2327141 | 03/20/2003 | 2327141 | REGISTERED | 011 |

03/20/2013  FILE RENEWAL

011 - air conditioners; air humidifiers, heaters; parts and fittings for all the aforesaid goods

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA International continued . . .

**REDDY & Design**

REDDY

| FRANCE | 09/13/1989 | 154306 | 09/13/1989 | 1625942 | REGISTERED | 011 |

*09/13/2009  FILE RENEWAL*

011 - portable heating devices by heavy oil and liquid fuel

---

**REDDY HEATER**

| EUROPEAN UNION (CTM) | 09/19/2007 | 006289961 | 07/16/2008 | 006289961 | REGISTERED | 011 |

*09/19/2017  RENEWAL*

011 - apparatus for heating, cooling and dehumidifying; electric heaters, patio heaters, indoor heaters, wall heaters; space and room heating apparatus; portable and mobile space heaters; oil heaters, gas heaters, fluid fuel fired fixed and mobile heating apparatus; convection heaters, infrared heaters, garage heaters, marquee heaters, outdoor heaters; vented oil heaters, industrial heaters, umbrella stand heaters, construction heaters; gas log effect heaters and fireplaces, stoves, wood burning units; coolers, air conditioning units, evaporative coolers, ceiling fans, air coolers; parts and fittings for all the aforesaid goods

---

**REDDY HEATER (Stylized)**

REDDY HEATER

| UNITED KINGDOM | 04/09/1998 | 2163799 | 12/04/1998 | 2163799 | REGISTERED | 011 |

*04/09/2018  RENEWAL*

011 - fixed and mobile space heaters; parts and fittings for the aforesaid goods

---

**REMINGTON**

| AUSTRALIA | 06/21/2007 | 1183003 | | | PENDING | 007,011 |

*03/09/2009  RESPONSE TO OA*

007 - lawn and garden power tools, namely, tillers, hedge trimmers, brush trimmers and tree trimmers, cultivators, grass clippers, grass/weed line trimmers, chippers, shredders, lawn mowers, blower vacs; power-operated landscape edgers; power tools, namely, cutoff saws, chain saws, drills, screwdrivers, impact wrenches, grinders, sanders, circular saws, polishers, pinners; power tools for gardening, landscaping, and wood cutting, excluding knives, namely, reciprocating saws, and shears; earth augers; power fastening tools, namely, staplers, nailers, and riveters; hot melt glue guns; component parts for all of the foregoing

011 - gas, electric and oil-fired space heaters

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## DESA International continued . . .

REMINGTON continued . . .

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| AUSTRIA | 07/07/1988 | 3021/88 | 11/09/1988 | 122.292 | REGISTERED | 011 |

11/30/2018  RENEWAL

011 - room heating appliances with fan operated by means of liquid fuel, convection type heater operated by means of propane gas for industrial, commercial and agricultural use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| BENELUX | 09/18/1996 | 878808 | 09/18/1996 | 615.460 | REGISTERED | 007 |

09/18/2016  FILE RENEWAL

007 - electric chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| BENELUX | 07/01/1988 | 716957 | 07/01/1988 | 454.125 | REGISTERED | 011 |

07/01/2018  RENEWAL

011 - equipment for the warming of spaces

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| BRAZIL | 07/05/1998 | 820962457 | 07/17/2001 | 820962457 | REGISTERED | 007 |

07/17/2011  FILE RENEWAL

007 - chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CHINA | 09/22/2006 | 5624229 | | | PENDING | 007 |

02/22/2009  ST CK REGISTRATION

007 - chain saws; cutoff saws; circular saws; reciprocating saws; power tools, namely shears; earth augers; chain saw guide bars; chain saw sprockets; flexible shafts; spindles; powder-actuated tools; powder-actuated tools with fasteners and powder loads; lawn and garden tools and implements; cultivators; grass clippers; hedge trimmers; brush trimmers; tree trimmers; grass/weed line trimmers; chippers; shredders; tillers; edgers; power fastening devices; drills; power tools, namely screwdrivers; impact wrenches; grinders; sanders; polishers; pinners; power fastening tools; staplers; nailers; riveters; holt melt glue guns

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CHINA | 03/08/2007 | 5934267 | | | PENDING | 009 |

06/09/2009  STCK REGISTRATION

009 - temperature controllers; temperature indicators; heat regulating apparatus

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| CHINA | 09/22/2006 | 5624228 | | | PENDING | 011 |

07/25/2009  ST CK REGISTRATION

011 - gas space heaters; electric space heaters; oil-fired space heaters; fireplaces; and cast iron stoves

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| COLOMBIA | 09/01/2005 | 05087447 | | | PENDING | 011 |

06/08/2009  ST CK REGISTRATION

011 - fluid fuel fired fixed and mobile space heaters for commercial and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| COSTA RICA | 06/25/2007 | 2007-9324 | 06/11/2008 | 175839 | REGISTERED | 007 |

06/11/2018  RENEWAL

007 - chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| COSTA RICA | 02/07/2007 | 2007-1111 | 06/11/2008 | 2007-1111 | REGISTERED | 007 |

06/11/2018  RENEWAL

007 - chain saws

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| | | *Selected Actions Due* | | | | |

## DESA International continued . . .

*REMINGTON continued . . .*

| CZECH REPUBLIC | 10/25/1996 | 116145 | 02/25/1998 | 207795 | REGISTERED | 07 |

*10/25/2016  FILE RENEWAL*

07 - chain saws

| EUROPEAN UNION (CTM) | 06/22/2007 | 006028419 | 04/08/2008 | 006028419 | REGISTERED | 007,011 |

*06/22/2017  RENEWAL*

007 - lawn and garden power tools, namely, tillers, hedge trimmers, brush trimmers and tree trimmers, cultivators, grass clippers, grass/weed line trimmers, chippers, shredders, lawn mowers, blower vacs; power-operated landscape edgers; power tools, namely, cutoff saws, chain saws, drills, screwdrivers, impact wrenches, grinders, sanders, circular saws, polishers, pinners; power tools for gardening, landscaping, and wood cutting, excluding knives, namely, reciprocating saws, and shears; earth augers; power fastening tools, namely, staplers, nailers, and riveters; hot melt glue guns; component parts for all of the foregoing
011 - gas, electric and oil-fired space heaters

| RUSSIA | 10/13/2003 | RU 2003719818 | 04/07/2005 | 286330 | REGISTERED | 007,011 |

*10/13/2013  FILE RENEWAL*

007 - gasoline engine powered tools, specially chain saws, lawn and garden tools; electric motor powered tools, specially chain saws, chain saw guide bars; chain saw sprockets; saw chain; flexible shafts, spindles; parts for all such tools; tools, particularly tools for driving or propelling a penetrating or other element by the combustion of a propellant charge, as well as related elements for driving and related driven elements, for use in such tools, parts and accessories of such tools
011 - fluid fuel-fired, forced air type portable horizontally disposed cylindrical space heaters and propane vapour-fired vertically disposed cylindrical convection-type space heaters of 35,000 BTUs per hour capacity or greater, used for industrial, commercial and agricultural use

| RUSSIA | 01/11/2001 | 2001700546 | 12/18/2002 | 232136 | REGISTERED | 007,011 |

*01/11/2011  FILE RENEWAL*

007 - machines and machine tools; chain saws, powered tools, electromechanical
011 - stationary and portable heating apparatus for liquid fuels for household and industrial purposes

| FINLAND | 11/05/1996 | T199604586 | 04/15/1998 | 209617 | REGISTERED | 007 |

*04/15/2018  RENEWAL*

007 - chain saws

| FINLAND | 07/05/1988 | T198802890 | 07/20/1990 | 108111 | REGISTERED | 011 |

*07/20/2010  FILE RENEWAL*

011 - fluid-fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection-type space heaters of 35,000 BTU's per hour capacity or greater, used for industrial, commercial and agricultural use

| FRANCE | 05/02/1994 | 94518302 | 05/02/1994 | 94518302 | REGISTERED | C07 |

*05/02/2014  FILE RENEWAL*

C07 - chain saws

| FRANCE | 04/20/1999 | 99787520 | 04/20/1999 | 99787520 | REGISTERED | 011 |

*04/20/2009  FILE RENEWAL*

011 - fixed and disposable appliances for heating ambient air, functioning with fuel fluid for domestic and industrial use

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| | | *Selected Actions Due* | | | | |

## *DESA International continued . . .*

*REMINGTON continued . . .*

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| GERMANY | 07/06/1988 | D44839/11 | 12/15/1989 | 1148511 | REGISTERED | 011 |
| | | *07/31/2018  RENEWAL* | | | | |

011 - portable horizontally arranged cylindrical room heating apparatuses and devices heated with liquid fuel and equipped with ventilators; vertically arranged cylindrical convection-like room heating apparatuses and devices heated with propane and with a performance of 35000 BTU (British Thermal Unit) per hour or more, for industrial, commercial and agricultural purposes

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| ITALY | 10/30/1996 | TO2006C002266 | 08/20/1998 | 754274 | REGISTERED | 007 |
| | | *10/30/2016  FILE RENEWAL* | | | | |
| | | *08/18/2009  ST CK - REN CERT* | | | | |

007 - chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| ITALY | 09/17/1996 | MI96C008026 | 12/21/1998 | 763.848 | REGISTERED | 007 |
| | | *09/17/2016  FILE RENEWAL* | | | | |
| | | *05/14/2009  ST CK - REN CONFIRM* | | | | |

007 - electric chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| ITALY | 05/16/2003 | MI2003C004986 | 02/14/2007 | 1039149 | REGISTERED | 011 |
| | | *05/16/2013  FILE RENEWAL* | | | | |

011 - fluid fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection type space heaters of 35000 BTUs per hour capacity or greater, used for industrial, commercial and agricultural use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| JAPAN | 07/07/1988 | 78085/88 | 07/29/1994 | 2687188 | REGISTERED | 011 |
| | | *07/29/2014  FILE RENEWAL* | | | | |

011 - portable air heater for commercial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| NORWAY | 07/05/1988 | 88/2984 | 12/12/1991 | 147954 | REGISTERED | 011 |
| | | *12/12/2011  FILE RENEWAL* | | | | |

011 - liquid fuel operated, forced air type, removable, horizontal, cylinder heating ovens and propane steam operated vertical, cylinder convection heating ovens for use in industry or agriculture

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| PORTUGAL | 05/21/1996 | 317286 | 01/09/1997 | 317286 | REGISTERED | 007 |
| | | *01/09/2017  FILE RENEWAL* | | | | |

007 - power tools (machines), namely chain saws and parts thereof (mechanic or electric tools including chain saws and their parts)

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| SLOVAK REPUBLIC | 10/29/1996 | 2833-96 | 12/15/2000 | 193541 | REGISTERED | 007 |
| | | *10/29/2016  FILE RENEWAL* | | | | |

007 - power tools in particular chain saws and parts thereof

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|
| SOUTH KOREA | 07/07/1988 | 15074/1988 | 12/02/1989 | 184298 | REGISTERED | 009 |
| | | *12/02/2009  FILE RENEWAL* | | | | |

009 - Korean Class 28 - fluid fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection type space heaters of 35000 BTUs per hour capacity or greater, used for industrial, commercial and agricultural use

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## DESA International continued . . .

*REMINGTON continued . . .*

| SWITZERLAND | 11/25/1988 | 8436 | 11/25/1988 | P-368.210 | REGISTERED | 011 |

*11/25/2018  RENEWAL*

011 - fluid fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection type space heaters of 35000 BTUs per hour capacity or greater, used for industrial, commercial and agricultural use

| UKRAINE | 10/11/2006 | UA m 2006 15803 | 08/11/2008 | 94837 | REGISTERED | 007,011,006 |

*10/11/2016  RENEWAL*

007 - chain saws; cutoff saws that include in Class 7; circular saws that include in Class 7; reciprocating saws; shears; earth augers that include in Class 7; chain saw guide bars; chain saw sprockets that include in Class 7; flexible shafts; spindles; powder-actuated tools; powder-actuated tools with fasteners and power loads; hand held power tools; lawn and garden tools and implements that include in Class 7; drills, screwdrivers, impact wrenches, grinders that include in Class 7, sanders, polishers, pinners that include in Class 7; power fastening tools, namely, staplers, nailers, and riveters; hot melt glue guns that include in Class 7

011 - space heaters; apparatus for heating; fireplaces; gas and electric fireplace inserts comprised of artificial logs and artificial embers; patio heaters; fireboxes; cast iron stoves

006 - fastening devices from metal, namely, studs, pins and bolts

| UNITED KINGDOM | 07/25/1990 | 1433408 | 07/25/1990 | 1433408 | REGISTERED | 011 |

*07/25/2017  RENEWAL*

011 - fluid fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection type space heaters of 35000 BTUs per hour capacity or greater, used for industrial, commercial and agricultural use

| UNITED KINGDOM | 04/25/1994 | 1569724 | 04/25/1994 | 1569724 | REGISTERED | 007 |

*04/25/2011  FILE RENEWAL*

007 - machine tools; chain saws; saws; power operated tools and implements; parts and fittings for all the aforesaid goods

## SPACE MASTER

| CHINA | 03/09/2007 | 5936452 | | | PENDING | 007 |

*06/21/2009  ST CK REGISTRATION*

007 - chain saws; cutoff saws; circular saws; reciprocating saws; power tools, namely, shears; earth augers; chain saw guide bars (components especially designed for chain saws); chain saw sprockets;(components especially designed for chain saws); flexible shafts; hand-held tools, other than hand-operated, namely, powder-actuated tools; hand-held tools, other than hand-operated, namely, powder-actuated tools with fasteners and powder loads; hand held power tools; lawn and garden tools and implements; namely, blowers; lawn and garden tools and implements, namely, blower/vacs; lawn and garden tools and implements, namely, lawn mowers; lawn and garden tools and implements, namely, weeding machines; cultivators; grass clippers; hedge trimmers; brush trimmers; tree trimmers; grass/weed line trimmers; chippers; shredders; tillers; edgers; hand-held tools, other than hand operated, namely, fastening devices; drills; power tools, namely, screwdrivers; hand-held tools, other than hand-operated, namely, impact wrenches; grinders; sanders; polishers hand-held tools, other than hand-operated, namely pinners; power fastening tools; staplers; nailers; riveters; hot melt glue guns

| CHINA | 03/09/2007 | 5936451 | | | PENDING | 009 |

*05/09/2009  ST CK REGISTRATION*

009 - temperature controllers; temperature indicators; heat regulating apparatus

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| | | *Selected Actions Due* | | | | |

## DESA International continued . . .

*SPACE MASTER continued . . .*

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| CHINA | 03/09/2007 | 5936450 | | | PENDING | 011 |
| | | *12/12/2008 ST CK REGISTRATION* | | | | |

011 - gas space heaters; electric space heaters; oil-fired space heaters; apparatus for heating; ventilation (air conditioning) installations and apparatus; air cooling apparatus; air conditioning apparatus; apparatus for air circulation

## VANGUARD

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| BRAZIL | 06/08/1998 | 820825093 | 11/14/2006 | 820825093 | REGISTERED | 011 |
| | | *04/14/2009 ST CK REG CERT* | | | | |

011 - fluid fuel fired fixed and mobile space heaters for domestic and industrial use

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| CHINA | 09/22/2006 | 5624233 | | | PENDING | 011 |
| | | *06/21/2009 ST CK REGISTRATION* | | | | |

011 - gas space heaters; electric space heaters; oil-fired space heaters; apparatus for heating; ventilation [air conditioning] installations; air cooling apparatus; air conditioning apparatus; ventilation [air conditioning] installations and devices

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| CHINA | 09/22/2006 | 5624227 | | | PENDING | 009 |
| | | *01/22/2009 ST CK REGISTRATION* | | | | |

009 - temperature controllers; temperature indicators; heat regulating apparatus

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| JAPAN | 11/04/1993 | 110563/93 | 09/25/1998 | 4191469 | REGISTERED | 011 |
| | | *09/25/2018 RENEWAL* | | | | |

011 - heating apparatus; heating or air-conditioning equipment

TOTAL ITEMS SELECTED =    104

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

Action:   AU, RN, RE, SU, FE, SK, FA, SC, 02, SZ, DU, DA, DR, RP, FD
Status:   ACTIVE

CLIENT:    *DESA Power Tools Trademarks*

### ACQ PLUS

| UNITED STATES | 08/27/2004 | 76/609,670 | 10/17/2006 | 3,159,503 | REGISTERED | 006 |

    10/17/2012  FILE USE AFFIDAVIT
    10/17/2016  FILE RENEWAL

006 - fasteners, namely, metal pins, for use with powder actuated fastening tools

### AUTO-IDLE

| UNITED STATES | 06/27/1977 | 73/132,147 | 08/08/1978 | 1,098,634 | REGISTERED | 009 |

    08/08/2018  FILE RENEWAL

009 - load sensor to control the speed of industrial engines

### AXCESS

| UNITED STATES | 02/10/2006 | 78/812,127 | 11/06/2007 | 3,332,036 | REGISTERED | 008 |

    11/06/2013  FILE USE AFFIDAVIT
    11/06/2017  FILE RENEWAL

008 - lawn and garden tools, namely, electric trimmers, edgers and blowers

### BRANCH WIZARD

| UNITED STATES | 04/16/2003 | 76/506,647 | 07/19/2005 | 2,971,828 | REGISTERED | 007 |

    07/19/2011  FILE USE AFFIDAVIT
    07/19/2015  FILE RENEWAL

007 - lawn and garden products, namely, power operated branch trimmers

## DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

### DESA Power Tools Trademarks continued . . .

---

**DESA**

---

| CANADA | 10/11/1973 | 368795 | 07/19/1974 | TMA200,597 | REGISTERED | 000 |

*07/19/2019  FILE RENEWAL*

000 - explosive actuated kiln guns for removing hardened material buildup in kilns; fork lift trucks; portable alternators; chain saws and parts therefor, powder actuated stud drivers, concrete vibrators, screeds, power trowels, masonry saws, compactors, rammers, grinder spindles, sandblasters, grouters, concrete placers, concrete guns, grout and mortar pumps, concrete pumps, plaster mixers, material and personnel hoists, tower cranes, piggyback ramps, gantry cranes, and automobile loaders and unloaders; and portable space heaters

| UNITED STATES | 01/13/1997 | 75/224,599 | 09/16/1997 | 2,097,910 | REGISTERED | 007,008,011 |

*09/16/2017  FILE RENEWAL*

007 - power operated tools, namely, chain saws and parts therefor, powder actuated tools, namely, fastener driving tools comprising load and pins, and stud drivers sold as a unit, staple guns, nail guns, and riveters
008 - hand tools, namely, manual staple guns, manual nail guns and manual hammer tackers
011 - space heaters, namely, fluid fired, fixed and mobile space heaters for domestic and industrial use

---

**DESA POWER TOOLS & Design**



---

| UNITED STATES | 06/16/2004 | 76/597,599 | | | ALLOWED | 007,008 |

*04/04/2009  FILE STMNT OF USE*

007 - power operated tools, namely, chain saws and parts therefor, staple guns, nail guns, rivet guns, tillers and other lawn and garden tools
008 - powder actuated hand tools comprising load and pins and stud drivers sold as a unit; hand tools, namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers

---

**FASTRAK**

---

| UNITED STATES | 10/15/1973 | 73/003,580 | 12/17/1974 | 999,552 | REGISTERED | 007 |

*12/17/2014  FILE RENEWAL*

007 - powder actuated stud drivers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## *DESA Power Tools Trademarks continued...*

### GARDEN WIZARD

| UNITED STATES | 06/03/2003 | 76/521,901 | 09/27/2005 | 2,999,610 | REGISTERED | 007 |
|---|---|---|---|---|---|---|
| | | 09/27/2011 | *FILE USE AFFIDAVIT* | | | |
| | | 09/27/2015 | *FILE RENEWAL* | | | |

007 - power-operated lawn and garden tillers

### HANDY MASTER

| CANADA | 11/22/1984 | 532091 | 04/08/1988 | TMA338,936 | REGISTERED | 000 |
|---|---|---|---|---|---|---|
| | | 04/08/2018 | *FILE RENEWAL* | | | |

000 - (1) Power tools, namely paint sprayers. (2) Glue for use with electric and manual glue guns, solder, staples, grommets, nails, rivets, electric soldering irons and air guns, electric glue guns, electric staple guns, electric nail guns, riveters, chain saws, pneumatic nail guns, pneumatic staple guns, powder actuated tools, manual glue guns, manual staple guns, manual snap fastener applicators, manual nail guns, manual hammer tackers, batteries and battery chargers, staplers, and snap fasteners.

### HEDGE WIZARD

| UNITED STATES | 03/26/2003 | 76/500,709 | 07/13/2004 | 2,863,485 | REGISTERED | 007 |
|---|---|---|---|---|---|---|
| | | 07/13/2010 | *FILE USE AFFIDAVIT* | | | |
| | | 07/13/2014 | *FILE RENEWAL* | | | |

007 - electric powered trimmers mounted on poles

### LIFT AND DIAL

| UNITED STATES | 03/07/2007 | 77/124,714 | 07/08/2008 | 3,463,409 | REGISTERED | 007 |
|---|---|---|---|---|---|---|
| | | 07/08/2014 | *FILE USE AFFIDAVIT* | | | |
| | | 07/08/2018 | *FILE RENEWAL* | | | |

007 - chain saws

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### *DESA Power Tools Trademarks continued . . .*

### LIMB N'TRIM

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 06/27/1974 | 73/025,481 | 01/27/1976 | 1,031,216 | REGISTERED | 007 |

        *01/27/2016   FILE RENEWAL*

007 - chain saws

### LOGMASTER

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 09/27/2001 | 76/318,451 | 09/02/2003 | 2,759,847 | REGISTERED | 007 |

        *09/02/2009   FILE USE AFFIDAVIT*

        *09/02/2013   FILE RENEWAL*

007 - portable electric chain saws

### LOGMASTER (Stylized)



| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 10/11/2001 | 76/324,102 | 09/30/2003 | 2,769,897 | REGISTERED | 007 |

        *09/30/2009   FILE USE AFFIDAVIT*

        *09/30/2013   FILE RENEWAL*

007 - portable electric chain saws

### LOSE THE GAS

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 08/31/2007 | 77/270,041 | | | ALLOWED | 007 |

        *04/07/2009   FILE STMNT OF USE*

        *04/07/2009   FILE SOU OR EXTN*

007 - chain saws and parts therefore, namely, chain saw guide bars, chain saw sprockets, chain saw sprocket covers, saw chains, flexible shafts; power tillers; power-operated hedge trimmers; power-operated brush trimmers; power-operated tree trimmers; power-operated cutoff saws; circular saws; power-operated reciprocating saws; power-operated shears; power-operated grass clippers; earth augers; power-operated lawn and garden tools, namely, cultivators; power-operated grass/weed trimmers; power lawn and garden tools, namely, chippers; power lawn and garden tools, namely, shredders; power-operated tools, namely, lawn and garden edgers lawn mowers; power-operated garden tools, namely, blower vacs,; power-operated sprayers; mechanical spreaders; multi-purpose high pressure washers; and snow blowers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | | CLASS |
|---------|-------------|------------|-----------|----------|--------|---|-------|
| | | _Selected Actions Due_ | | | | | |

### DESA Power Tools Trademarks continued . . .

---

### POLESAW WIZARD

| UNITED STATES | 07/24/2003 | 76/535,851 | 09/06/2005 | 2,992,897 | REGISTERED | 070 |
| | | 09/06/2011  FILE USE AFFIDAVIT | | | | |
| | | 09/06/2015  FILE RENEWAL | | | | |

070 - lawn and garden tools, namely electric powered saws mounted on poles

---

### POWER DRIVER

| UNITED STATES | 08/15/2003 | 76/546,125 | 01/31/2006 | 3,052,129 | REGISTERED | 007 |
| | | 01/31/2012  FILE USE AFFIDAVIT | | | | |
| | | 01/31/2016  FILE RENEWAL | | | | |

007 - power tools, namely, low velocity powder actuated fastening tools for fastening nails

---

### POWER HAMMER

| UNITED STATES | 06/10/2003 | 76/523,389 | 01/11/2005 | 2,916,946 | REGISTERED | 008 |
| | | 01/11/2011  FILE USE AFFIDAVIT | | | | |
| | | 01/11/2015  FILE RENEWAL | | | | |

008 - hand tools, namely, powder-actuated fastening tools used to drive fasteners into concrete and other materials

| UNITED STATES | 09/27/2001 | 76/318,789 | 08/05/2003 | 2,749,013 | REGISTERED | 08 |
| | | 08/05/2009  FILE USE AFFIDAVIT | | | | |
| | | 08/05/2013  FILE RENEWAL | | | | |

08 - hand tools, namely, powder-actuated fastening tools used to drive fasteners into concrete and other materials

---

### POWER TILL

| UNITED STATES | 11/15/1982 | 73/402,609 | 08/07/1984 | 1,289,496 | REGISTERED | 007 |
| | | 08/07/2014  FILE RENEWAL | | | | |

007 - earth tillers and cultivating machines

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

## *DESA Power Tools Trademarks continued . . .*

### POWER TRIGGER

| UNITED STATES | 02/03/2003 | 76/486,662 | 06/15/2004 | 2,852,831 | REGISTERED | 008 |

06/15/2010   FILE USE AFFIDAVIT

06/15/2014   FILE RENEWAL

008 - hand operated fastening tool, namely, a powder actuated hand tool for driving fasteners into wood, masonry, or concrete

### POWERFAST

| CANADA | 04/30/1996 | 811234 | 03/10/1999 | TMA509,064 | REGISTERED | 000 |

03/10/2014   FILE RENEWAL

000 - hand tools, namely, staplers and staples

| UNITED STATES | 07/14/1992 | 74/802,490 | 09/26/1995 | 1,922,830 | REGISTERED | 006 |

09/26/2015   FILE RENEWAL

006 - metal staples, nails and rivets

| UNITED STATES | 07/14/1992 | 74/801,729 | 08/08/1995 | 1,910,680 | REGISTERED | O08,O11 |

08/08/2015   FILE RENEWAL

O08 - hand tools; namely, manual glue guns, manual staple guns, manual nail guns and manual hammer tackers
O11 - electric glue guns

| UNITED STATES | 07/14/1992 | 74/802,227 | 05/30/1995 | 1,896,783 | REGISTERED | O07 |

05/30/2015   FILE RENEWAL

O07 - power operated staple guns, nail guns, riveters, chain saws, staple guns and powder actuated tools; namely, fastener driving tools, load and pins

### POWERSELECT

| UNITED STATES | 05/07/2007 | 77/174,518 | | | ALLOWED | 007 |

01/08/2009   FILE STMNT OF USE

01/08/2009   FILE SOU OR EXTN

007 - power-operated lawn and garden products, namely string trimmers, hedge trimmers, blowers and blower/vacs, lawn mowers and chain saws

# DESA IP, LLC

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

### *DESA Power Tools Trademarks continued...*

---

#### POWERSELECT TECHNOLOGY

---

| UNITED STATES | 05/07/2007 | 77/174,533 | | | ALLOWED | 007 |
|---|---|---|---|---|---|---|
| | | 01/08/2009 *FILE STMNT OF USE* | | | | |
| | | 01/08/2009 *FILE SOU OR EXTN* | | | | |

007 - power-operated lawn and garden products, namely, string trimmers, hedge trimmers, blowers and blower/vacs, lawn mowers and chain saws

---

#### PRO DRIVER

---

| UNITED STATES | 08/15/2003 | 76/540,793 | 10/18/2005 | 3,006,931 | REGISTERED | O07 |
|---|---|---|---|---|---|---|
| | | 10/18/2011 *FILE USE AFFIDAVIT* | | | | |
| | | 10/18/2015 *FILE RENEWAL* | | | | |

O07 - low velocity powder-actuated fastening tools, namely, powder-actuated nail guns

---

#### REMINGTON

---

| CANADA | 06/01/1988 | 608096 | 02/14/1992 | TMA394,052 | REGISTERED | 000 |
|---|---|---|---|---|---|---|
| | | 02/14/2022 *RENEWAL* | | | | |

000 - 1) fluid-fuel fired, forced air type portable horizontally disposed cylindrical space heaters, and propane vapor-fired vertically disposed cylindrical convection-type space heaters of 35,000 BTU's per hour capacity or greater, used for industrial, commercial and agricultural use. (2) chain saws and parts thereof. (3) powder actuated fastening systems, namely, powder actuated tools, and fasteners and powder loads therefor

| UNITED STATES | 10/14/2003 | 76/554,826 | 04/25/2006 | 3,085,860 | REGISTERED | 007 |
|---|---|---|---|---|---|---|
| | | 04/25/2012 *FILE USE AFFIDAVIT* | | | | |
| | | 04/25/2016 *FILE RENEWAL* | | | | |

007 - lawn and garden power tools, namely, hedge trimmers, brush trimmers and tree trimmers

| UNITED STATES | 10/05/2001 | 76/321,834 | 04/04/2006 | 3,077,009 | REGISTERED | 007 |
|---|---|---|---|---|---|---|
| | | 04/04/2012 *FILE USE AFFIDAVIT* | | | | |
| | | 04/04/2016 *FILE RENEWAL* | | | | |

007 - tillers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|
| | | *Selected Actions Due* | | | | |

## DESA Power Tools Trademarks continued . . .

*REMINGTON continued . . .*

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 07/16/1956 | 72/012,219 | 02/26/1957 | 641,988 | REGISTERED | 006 |
| | | *02/26/2017 FILE RENEWAL* | | | | |

006 - fastening devices-namely, studs, pins, and bolts adapted to be driven by the combustion of a propellent charge excluding industrial guns, 8 gauge or larger, employed for industrial uses, including kilns, boilers, and seismic exploration, and all types of industrial shells, replacement parts and accessories used in or with such industrial guns

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 06/05/1969 | 72/329,271 | 02/22/1972 | 929,505 | REGISTERED | 007 |
| | | *02/22/2012 FILE RENEWAL* | | | | |

007 - gasoline engine powered tools, specifically chain saws, electric motor powered tools, specifically chain saws, chain saw guide bars, chain saw sprockets, saw chain, flexible shafts, spindles; and parts for all such tools

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 04/06/1951 | 71/612,353 | 02/23/1954 | 585,910 | REGISTERED | 013 |
| | | *02/23/2014 FILE RENEWAL* | | | | |

013 - tools-particularly tools arranged to drive or propel a penetrating or other element by the combustion of a propellent charge, driving and driven elements for use in and parts of and accessories for such tools excluding industrial guns, 8 gauge or larger, employed for industrial uses, including kilns, boilers, and seismic exploration, and all types of industrial shells, replacement parts and accessories used in or with such industrial guns

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 03/14/2005 | 78/586,973 | 08/19/2008 | 3,490,212 | REGISTERED | 007 |
| | | *08/19/2014 FILE USE AFFIDAVIT* | | | | |
| | | *08/19/2018 FILE RENEWAL* | | | | |

007 - power tools, namely, chain saws; power tools for gardening, landscaping, and wood cutting, excluding knives, namely, chain saws and shears; power-operated lawn and garden tools, namely, grass clippers, grass/weed line trimmers and shredders; power-operated landscape edgers; component parts for all of the foregoing

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 06/22/2007 | 77/212,937 | 11/04/2008 | 3,528,452 | REGISTERED | 007 |
| | | *11/04/2014 FILE USE AFFIDAVIT* | | | | |
| | | *11/04/2018 FILE RENEWAL* | | | | |

007 - lawn and garden tools, namely, lawn mowers and blower vacs

---

### REMINGTON CORDLESS POWERMOWER

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 08/16/2007 | 77/256,888 | 11/04/2008 | 3,528,654 | REGISTERED | 007 |
| | | *11/04/2014 FILE USE AFFIDAVIT* | | | | |
| | | *11/04/2018 FILE RENEWAL* | | | | |

007 - lawn mowers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---------|-------------|------------|-----------|----------|--------|-------|

*Selected Actions Due*

### DESA Power Tools Trademarks continued . . .

---

**STRAPGUN**

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 05/26/2004 | 76/594,347 | 04/04/2006 | 3,077,200 | REGISTERED | 008 |

*04/04/2012  FILE USE AFFIDAVIT*

*04/04/2016  FILE RENEWAL*

008 - hand tools, namely, staplers for fastening insulated electrical wire utilizing insulated staples

---

**STRIKE SET**

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| CANADA | 12/17/1996 | 831815 | 01/21/1999 | TMA506,919 | REGISTERED | 000 |

*01/21/2014  FILE RENEWAL*

000 - manually operated hammer drive and tool fasteners

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 12/10/1996 | 75/211,026 | 10/13/1998 | 2,196,422 | REGISTERED | 008 |

*10/13/2018  FILE RENEWAL*

008 - hand operated hammer fastener drive tools for use in driving fasteners

---

**TECHNOLOGY TODAY FOR A GREENER TOMORROW**

---

| | | | | | | |
|---------|-------------|------------|-----------|----------|--------|-------|
| UNITED STATES | 08/31/2007 | 77/270,039 | | | ALLOWED | 007 |

*04/07/2009  FILE STMNT OF USE*

*04/07/2009  FILE SOU OR EXTN*

007 - chain saws and parts therefore, namely, chain saw guide bars, chain saw sprockets, chain saw sprocket covers, saw chains, flexible shafts; power tillers; power-operated hedge trimmers; power-operated brush trimmers; power-operated tree trimmers; power-operated cutoff saws; circular saws; power-operated reciprocating saws; power-operated shears; power-operated grass clippers; earth augers; power-operated lawn and garden tools, namely, cultivators; power-operated grass/weed trimmers; power lawn and garden tools, namely, chippers; power lawn and garden tools, namely, shredders; power-operated tools, namely, lawn and garden edgers lawn mowers; power-operated garden tools, namely, blower vacs,; power-operated sprayers; mechanical spreaders; multi-purpose high pressure washers; and snow blowers

| COUNTRY | FILING DATE | SERIAL NO. | REG. DATE | REG. NO. | STATUS | CLASS |
|---|---|---|---|---|---|---|

*Selected Actions Due*

## *DESA Power Tools Trademarks continued . . .*

**THE ELECTRIC ADVANTAGE: ELIMINATES AIR POLLUTION NO GAS AND OIL TO MIX QUIETER THAN GASOLINE ...**



| UNITED STATES | 07/11/2001 | 76/282,846 | 07/02/2002 | 2,588,184 | REGISTERED | 007 |

07/02/2012  FILE RENEWAL

007 - power tools, namely, chain saws, pole saws, hedge trimmers and earth augers

**THE ELECTRIC ADVANTAGE: ELIMINATES AIR POLLUTION QUIETER THAN GASOLINE POWERED EQUIPMENT NO . . .**



| UNITED STATES | 07/22/2004 | 78/454,921 | 12/20/2005 | 3,031,734 | REGISTERED | 007 |

12/20/2015  FILE RENEWAL

12/20/2011  FILE USE AFFIDAVIT

007 - power tools, namely, chain saws, pole saws, hedge trimmers, branch trimmers, tillers, and earth augers

TOTAL ITEMS SELECTED =    44

Schedule B – Personal Property
B.22 Copyrights – DESA IP LLC *

| Title | Copyright No. | Date Registered |
|-------|---------------|-----------------|
| CPAT Application Chart & 349 other titles | V3504D424 | 2003 |
| CPAT Application Chart & 349 other titles (Part 002 of 003) | V3504D425 | 2003 |
| CPAT Application Chart & 349 other titles (Part 003 of 003) | V3504D426 | 2003 |
| Desa International Video Service Training Series & 378 other titles | V3495D572 | 2003 |
| Remington Low Velocity Fastening Tools & 350 other titles (Part 002 of 002) | V352D177 | 2004 |
| This is Desa International & 350 other titles (Part 001 of 002) | V3520D176 | 2004 |
| | | |

* On File with the United States Copyright Office

# DESA IP LLC
## PATENT/PATENT APPLICATION SCHEDULE

| COUNTRY | TITLE | FILED | SERIAL NO | GRANT DATE | PATENT NO |
|---|---|---|---|---|---|
| **CANADA** | | | | | |
| | Burner with Over Surface Igniter and High Limit Control | 04/21/95 | 2,147,539 | 06/16/98 | 2,147,539 |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 08/30/96 | 2,184,532 | 08/19/03 | 2,184,532 |
| | Masonry Structure * | 03/04/04 | 60/452,478 | | |
| | Modular Fireplace Assembly * | 03/01/07 | 60/778,056 | | |
| | Refractory Panels with Grout – Capturing Channels | 03/13/08 | 60/894,598 | | |
| | Electric Fireplace | 06/09/08 | 126369 | | |
| | Electric Fireplace (wider design) | 06/09/08 | 126370 | | |
| **EPU** | | | | | |
| | Easily-Assembled Portable Forced-Air Heater with Reduced Number of Components | 07/18/00 | 00306137.1 | 1/18/06 | 1 085 275 |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 09/06/96 | 96114308.8 | 02/27/02 | 767344 |
| **GERMANY** | | | | | |
| | Easily-Assembled Portable Forced-Air Heater with Reduced Number of Components | 07/18/00 | N/A | 01/18/06 | (1 085 275) |
| **ITALY** | | | | | |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 09/06/96 | 96114308.8 | 02/27/02 | 0767344 |
| **LEXEMBOURG** | | | | | |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 09/06/96 | 96114308.8 | 02/27/02 | 767344 |
| **MONACO** | | | | | |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 09/06/96 | 96114308.8 | 02/27/02 | 767344 |

| COUNTRY | TITLE | FILED | SERIAL NO. | GRANT DATE | PATENT NO. |
|---|---|---|---|---|---|
| **UNITED KINGDOM** | | | | | |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 09/06/96 | 96114308.8 | 02/27/02 | 0767344 |
| | Easily-Assembled Portable Forced-Air Heater with Reduced Number of Components | 07/18/00 | 00306137.1 | 01/18/06 | 1 085 275 |
| **UNITED STATES** | | | | | |
| | Compact Forced Air Heater | 11/10/87 | 119,128 | 07/18/89 | 4,848,313 |
| | Porous Ceramic Gas Burner | 02/06/90 | 475,964 | 05/21/91 | 5,017,129 |
| | Portable Heater | 07/15/91 | 729,671 | 11/03/92 | D330,756 |
| | Cartridge Retaining Means for a Hammer-Activated Powder-Actuated Fastening Tool | 07/06/92 | 909,141 | 12/21/93 | 5,271,309 |
| | Afterburner for a Fuel-Burning Heater and Method Of Construction | 07/21/92 | 917,774 | 05/03/94 | 5,307,800 |
| | Microprocessor Controlled Fuel and Ignition Control for a Fuel Burning Device | 11/30/94 | 347,560 | 11/28/95 | 5,470,223 |
| | Portable Kerosene Heater | 04/15/94 | 228,325 | 07/30/96 | 5,540,213 |
| | Burner with Over Surface Igniter and High Limit Control | 04/22/94 | 09/231,514 | 03/12/96 | 5,498,154 |
| | Hot Surface Ignition Controller for Fuel Oil Burner | 10/05/95 | 08/538,988 | 10/22/96 | 5,567,144 |
| | Burn Rate Control Valve for Gas Fired Heaters | 01/20/95 | 08/376,893 | 08/05/97 | 5,653,220 |
| | Gas Heater With Alarm System | 04/26/96 | 08/638,734 | 09/15/98 | 5,807,098 |
| | Method and Apparatus for Controlling Gas Flow to Ceramic Plaque Burner of Differing Sizes | 05/22/97 | 08/861,950 | 08/18/98 | 5,795,145 |
| | Power Phase Regulator Circuit Improvement Motor Start Switch Self-Adjusting Preheat and Ignition Trial... | 07/11/97 | 08/893,919 | 05/04/99 | 5,899,684 |
| | Method and Apparatus for Preventing Impingement of Yellow Flames on a Log in an Unvented Artificial Gas Log | 02/04/98 | 09/018,642 | 05/16/00 | 6,062,211 |
| | Method and Apparatus for Controlling Gas Flow to Ceramic Plaque Burner of Differing Sizes | 06/19/98 | 09/100,289 | 06/29/99 | 5,915,952 |
| | Housing for Outdoor Gas Heater | 07/16/98 | 09/116,686 | 05/23/00 | 6,065,468 |

| COUNTRY | TITLE | FILED | SERIAL NO. | GRANT DATE | PATENT NO. |
|---|---|---|---|---|---|
| UNITED STATES | Gas Valve for Pilotless Gas Burner | 07/16/98 | 09/116,517 | 02/27/01 | 6,192,913 B1 |
| | Housing for an Outdoor Gas Construction Heater | 07/28/98 | 29/091,332 | 12/07/99 | D417,492 |
| | Housing for an Outdoor Gas Construction Heater | 07/28/98 | 29/991,353 | 06/01/99 | D410,536 |
| | Housing for an Outdoor Gas Construction Heater | 07/29/98 | 29/091,332 | 12/07/99 | D417,492 |
| | Gas Fire Burner/Log Module | 02/24/99 | 09/256,545 | 07/17/01 | 6,260,548 |
| | Power Phase Regulator Circuit Improvement Motor | 03/03/99 (CON) | 09/262,170 | 08/08/00 | 6,099,295 |
| | Power Phase Regulator Circuit Improvement Motor Start Switch Self-Adjusting Preheat and Ignition Trial... | 03/31/99 | 09/262,170 | 08/08/00 | 6,099,295 |
| | An Easily-Assembled Portable Forced-Air Heater With Reduced Number of Components | 09/14/99 | 09/395,839 | 11/28/00 | 6,152,128 |
| | Tiller Handle | 03/11/02 | 29/156,988 | 4/22/03 | D473,569 |
| | Tiller Housing | 03/11/02 | 29/156,987 | 5/6/03 | D474,204 S |
| | Electric Garden Tiller | 03/11/02 | 10/094,765 | 07/03/07 | 7,237,620 |
| | Electrical Cord Holding Apparatus | 04/29/02 | 10/135,030 | | |
| | Dual Use Extension Apparatus for a Tool | 05/14/02 | 10/145,255 | | |
| | Electric Pole Saw | 10/23/03 | 10/692,050 | 12/26/06 | 7,152,328 |
| | Extended Reach Hedge Trimmer Handle | 02/13/04 | 29/199,459 | 01/17/06 | D513,574 |
| | Masonry Structure | 03/04/04 | 60/452,478 | | |
| | Extended Reach Hedge Trimmer | 03/11/05 | 11/078,768 | | |
| | Tower Heater Design | 05/16/05 | 29/230,053 | 09/26/06 | D529,155 S |
| | Tower Heater Design | 05/16/05 | 29/230,035 | 12/12/06 | D533,649 |
| | A Gas Heater Design (Solar Fusion) (Regular Front Cover) | 08/02/05 | 29/235,410 | 11/28/06 | D532,885 |
| | A Gas Heater Design (Solar Fusion) | 08/22/05 | 29/235,483 | 02/27/07 | D537,510 |
| | Radiant and Convective Vent Free Gas Heater (Solar Fusion) | 08/30/05 | 11/215,623 | | |
| | Chain Saw | 09/06/05 | 29/237,720 | 06/26/07 | D545,157 |
| | Chain Saw | 09/06/05 | 29/237/719 | 07/31/07 | D547,630 |
| | Low Profile Vent Free Indoor Gas Heater | 09/13/05 | 11/225,511 | | |

| COUNTRY | TITLE | FILED | SERIAL NO. | GRANT DATE | PATENT NO. |
|---|---|---|---|---|---|
| | Ultra Slim) (mini-GRH Solar Fusion) (Slim Free) | | | | |
| | Vent Free Gas Heater (Solar Fusion) (showing curvature) | 09/13/05 | 29/238,287 | 11/28/06 | D532,886 |
| | GFA Portable Heater Design | 02/16/06 | 29/254,085 | 06/26/07 | D545,421 |
| | GFA Portable Heater Design | 02/16/06 | 29/254,088 | 05/08/07 | D542,397 |
| | GFA Portable Heater Design | 02/16/06 | 29/254,089 | 05/08/07 | D542,398 |
| | Hedge Trimmers with Improved Cutter Blades | 09/22/06 | 60/826,652 | | |
| | Hybrid Electric Lawnmower Having Dual Power Supply | 10/18/06 | 11/550,476 | | |
| | Chainsaw Tensioning Device | 10/31/06 | 11/555,243 | | |
| | Portable Heater | 11/02/06 | 29/250,115 | 07/24/07 | D547,426 |
| | Portable Heater (GFA with End Caps with wire fan guard design) | 11/02/06 | 29/250,117 | 07/31/07 | D547,846 |
| | Hybrid Electric Lawnmower | 10/17/06 | 11/550,104 | | |
| | Portable Heater with Roll Cage | 01/30/07 | 11/668,668 | | |
| | Portable Heater with Roll Cage | 01/30/07 | 11/668,653 | | |
| | Portable Heater with Roll Cage | 01/30/07 | 11/668,675 | | |
| | Bistro Table Heater Design (partial) | 02/02/07 | 29/276,714 | 06/10/08 | D570,977 |
| | Bistro Table Heater Design (full) | 02/02/07 | 29/276,717 | 06/10/08 | D570,978 |
| | Light Post Heater Design (full) | 02/02/07 | 29/276,712 | 04/29/08 | D567,916 |
| | Light Post Heater Design (partial) | 02/02/07 | 29/276,716 | 03/04/08 | D563,537 |
| | Hybrid Electric Lawnmower | 02/02/07 | 11/670,932 | | |
| | Split Power Tool | 02/06/07 | 60/888,535 | | |
| | Modular Fireplace Assembly | 02/28/07 | 60/778,056 | | |
| | Dual Fuel Vent Free Gas Heater | 03/09/07 | 11/684,368 | | |
| | Bistro Table Heater with Heat Guard Rail | 03/12/07 | 11/684,958 | | |
| | Gas Light-Post Heater | 03/12/07 | 11/684,755 | | |
| | Table Heater Heat Distribution Cone | 03/12/07 | 11/684,863 | | |
| | Bistro Table Heater Combination with 360 Degree Heat Source | 03/12/07 | 11/684,955 | | |
| | Split Power Tool | 05/31/07 | 11/756,214 | | |
| | Combined Cordless String Trimmer and Edger | 05/31/07 | 29/280,562 | 12/09/08 | D582,224 |

| COUNTRY | TITLE | FILED | SERIAL NO. | GRANT DATE | PATENT NO. |
|---|---|---|---|---|---|
| | Cordless Hedge Trimmer | 05/31/07 | 29/280,563 | 12/09/08 | D582,225 |
| | Cordless Blower Vacuum | 05/31/07 | 29/280,564 | 05/13/08 | D569,055 |
| | Handle Housing for Combined Cordless String Trimmer and Edger | 05/31/07 | 29/280,569 | 12/16/08 | D582,735 |
| | Cordless Blower Vac. | 05/31/07 | 29/280,564 | 05/13/08 | D569,055 |
| | Hybrid Outdoor Power Equipment | 06/01/07 | 60/932,738 | | |
| | Chain Saw | 06/04/07 | 29/280,638 | 01/29/08 | D560,456 |
| | Split Power Tool | 06/04/07 | 29/280,639 | 04/15/08 | D566,505 S |
| | Ethanol Based Log Set | 08/16/07 | 11/839,790 | | |
| | Hybrid Electric Lawnmower | 09/05/07 | 11/899,606 | | |
| | Lawn/Garden Tools with Improved Cutting Components | 09/10/07 | 11/900,216 | | |
| | Hybrid Electric Device | 10/01/07 | 11/906,546 | | |
| | Hybrid Electric Device | 10/01/07 | 11/906,541 | | |
| | Hybrid Electric Lawnmower | 10/01/07 | 29/292,207 | 12/02/08 | D581,951 S |
| | Portable Heater (in phantom) | 10/15/07 | 29/296,152 | | |
| | Hybrid Electric Device | 10/16/07 | PCT/US07/22101 | | |
| | Hybrid Electric Device | 10/16/07 | PCT/US07/22107 | | |
| | Vent Free Outdoor Heater | 11/20/07 | 60/989,402 | | |
| | Portable Heater (in phantom) | 11/29/07 | 29/298,104 | 09/16/08 | D577,173 |
| | Electric Fireplace | 12/12/07 | 29/298,736 | 08/12/08 | D574,939 |
| | Electric Fireplace (wider design) | 12/12/07 | 29/298,739 | 08/05/08 | D574,474 |
| | Split Power Tool | 02/05/08 | 12/012,788 | | |
| | Split Power Tool | 02/06/08 | PCT/US08/01575 | | |
| | Refractory Panels with Grout Capturing Channels | 03/13/08 | 60/894,598 | | |
| | Hybrid Electric Device | 03/14/08 | 12/077,049 | | |
| | Hybrid Electric Cleaning Device | 03/14/08 | 12/077,079 | | |
| | Vent Free Outdoor Heater | 04/18/08 | 12/105,671 | | |
| | Hybrid Outdoor Power Equipment | 05/30/08 | 12/156,434 | | |
| | Torque-Limited Chain Tensioning for Power Tools | 06/24/08 | 61/132,890 | | |
| | Low Pressure Heater Control (formerly | 07/10/08 | 61/079,614 | | |

| COUNTRY | TITLE | FILED | SERIAL NO. | GRANT DATE | PATENT NO. |
|---|---|---|---|---|---|
| | Fuel System for Dual Fuel Gas] | | | | |
| | Low Pressure Forced Air Heater [formerly Microprocessor Control for Low Pressure PFA (Kerosene)] | 08/05/08 | 12/186,110 | | |
| | Chainsaw Guide | 08/14/08 | 61/188,936 | | |
| | Artificial Log Set Assembly | 08/21/08 | 12/195,714 | | |
| | Chainsaw Guide | 09/15/08 | 61/192,095 | | |
| | PFA Heater with Catalyst Combustion Zone [formerly Portable Forced Air Heater with Catalyst] | 09/19/08 | 61/098,401 | | |
| | Ethanol – Burning Hearth Apparatus | 10/09/08 | 60/979,322 and 61/037,699 | | |
| | Masonry Structure | 10/16/08 | 61/106,057 | | |
| | Brick Assembly With Magnetic Attachment and Methods of Making and Use Thereof | 10/16/09 | 61/106,046 | | |

* Needs to be recorded with the Canadian Patent Office

In re    DESA IP LLC
         Debtor

Case No.  08-13427

# SCHEDULE C – PROPERTY CLAIMED EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

☐  Check if debtor claims a homestead exemption that exceeds $125,000.

(Check one box)

☐   11 U.S.C. § 522(b)(2):

☐   11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

In re DESA IP LLC,                                    Case No. 08-13427
_____          _____
        Debtor                                            (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00018320<br><br>GE Capital<br>500 West Monroe Street<br>Chicago, IL 60661 | X | | November 3, 2004<br><br>VALUE<br>$38,283,062.15 | | | | $38,283,062.15 | |
| ACCOUNT NO.<br><br>HIG Capital Partners III, L.P.<br>1001 Brickell Bay Drive, 27th Floor<br>Miami, FL 33131 | X | | June 11, 2007<br><br>VALUE<br>$15,000,000.00 | | | | $15,000,000.00 | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal ►<br>(Total of this page) | $ 53,283,062.15 | $ | 0.00 |
| Total ►<br>(Use only on last page) | $ 53,283,062.15 | $ | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.<br>www.FormsWorkflow.com

In re DESA IP LLC,                                    Case No 08-13427
        **Debtor**                                              **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page)

$          0.00      $          0.00

$      $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

n re   DESA IP LLC,                                              Case No. 08-13427
           **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife ,Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

American LegalNet, Inc.
www.FormsWorkflow.com

In re DESA IP LLC, _____    Case No. 08-13427 _____
                **Debtor**                                                                            **(if known)**

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>DESA IP LLC,</u>
       **Debtor**

Case No. <u>08-13427</u>
       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Nothing to Report | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotals▶<br>(Totals of this page) | | $ 0.00 | $ 0.00 | 0.00 |
| | | | Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

In re _____, _____
       **Debtor**

Case No. _____
       **(If known)**

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re DESA IP LLC,                                Case No. 08-13427
                  **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal➤ | | | | $       0.00 |
| _____ continuation sheets attached | | | Total ➤ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

In re_____,_____     Case No. _____
             **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                  Subtotal➤    $               0.00

                                                     Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

In re DESA IP LLC
        **Debtor**

Case No. 08-13427
        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| None | |
| | |
| | |
| | |
| | |
| | |
| | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6H (Official Form 6H) (12/07)

In re  DESA IP LLC                                    Case No.  08-13427
          **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| DHP Holdings II Corporation 2701 Industrial Drive, Bowling Green, KY 42101 | GE Antares Capital – Administrative Agent 500 West Monroe, 16th Floor, Chicago, IL 60661 |
| DESA LLC 2701 Industrial Drive, Bowling Green, KY 42101 | GE Antares Capital – Administrative Agent 500 West Monroe, 16th Floor, Chicago, IL 60661 |
| DESA Heating LLC 2701 Industrial Drive, Bowling Green, KY 42101 | GE Antares Capital – Administrative Agent 500 West Monroe, 16th Floor, Chicago, IL 60661 |
| DESA Specialty LLC 2701 Industrial Drive, Bowling Green, KY 42101 | GE Antares Capital – Administrative Agent 500 West Monroe, 16th Floor, Chicago, IL 60661 |
| DESA FMI LLC 2701 Industrial Drive, Bowling Green, KY 42101 | GE Antares Capital – Administrative Agent 500 West Monroe, 16th Floor, Chicago, IL 60661 |
| DHP Holdings II Corporation LLC 2701 Industrial Drive, Bowling Green, KY 42101 | H.I.G. Capital Partners III, L.P. 1001 Brickell Bay Drive, 27th Floor, Miami, FL 33131 |
| DESA LLC 2701 Industrial Drive, Bowling Green, KY 42101 | H.I.G. Capital Partners III, L.P. 1001 Brickell Bay Drive, 27th Floor, Miami, FL 33131 |
| DESA Heating LLC 2701 Industrial Drive, Bowling Green, KY 42101 | H.I.G. Capital Partners III, L.P. 1001 Brickell Bay Drive, 27th Floor, Miami, FL 33131 |
| DESA Specialty LLC 2701 Industrial Drive, Bowling Green, KY 42101 | H.I.G. Capital Partners III, L.P. 1001 Brickell Bay Drive, 27th Floor, Miami, FL 33131 |
| DESA FMI LLC 2701 Industrial Drive, Bowling Green, KY 42101 | H.I.G. Capital Partners III, L.P. 1001 Brickell Bay Drive, 27th Floor, Miami, FL 33131 |

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

## In re: DESA IP LLC, Case No. 08-13427 (MFW)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A
### CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the limited liability company named as

debtor in this case, declare under penalty of perjury that I have read the foregoing summary and

schedules, consisting of 94 sheets, and that they are true and correct to the best of my

knowledge, information, and belief.

February 9, 2009                    Signature: _____
                                              Craig S. Dean, Chief Restructuring Officer