IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DHP HOLDINGS II CORPORATION, et al.,[1] | Case No. 08-13422 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Doc. No. ___ |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION *NUNC PRO TUNC* TO JANUARY 9, 2009 OF ELLIOTT GREENLEAF AS DELAWARE COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Application for an Order Pursuant to Bankruptcy Code §§ 328(a), 1103(a) and 1103(b) Authorizing the Employment and Retention *Nunc Pro Tunc* of Elliott Greenleaf ("EG") Effective as of January 9, 2009 as Delaware Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors (the "Application"); and the Court being satisfied, based upon the representations made in the Application and the Affidavit of Rafael X. Zahralddin-Aravena, that EG represents or holds no interests adverse to the Debtors or to their estates as in the matters upon which to be engaged and is a "disinterested party" as such term is defined under § 101(14) of the Bankruptcy Code, and is modified by § 1107(b) of the aforementioned Bankruptcy Code; and that the employment of EG is necessary and is in the best interests of the Debtors and their estates, Creditors and other such interested parties; and it appearing that sufficient notice of the Application has been given; and in good cause having been shown, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

ORDERED that the Application is approved; and it is further

ORDERED that EG is retained and employed *nunc pro tunc* to January 9, 2009; and it is further

ORDERED that EG shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules of the Court, the Administrative Order governing professional fees in the aforementioned cases, and any such procedures as may be fixed by the order of this Court.

Dated: Feb. 19, 2009
Wilmington, DE

The Honorable Mary F. Walrath
United States Bankruptcy Judge