## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DHP HOLDINGS II CORPORATION, *et al.*, | Case No. 08-13422 (MFW) <br> Jointly Administered |
| Debtors. | Re: Docket Nos. 202, 267 & 388 <br> Hearing: TBD <br> Obj. Deadline: 6/4/2009 @ 4 PM |

### FIRST QUARTERLY FEE APPLICATION OF ARENT FOX LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 9, 2009 THROUGH MARCH 31, 2009

Pursuant to sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2 and this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 16, 2009 [Docket No. 89] (the "Administrative Order"), Arent Fox LLP ("Arent Fox"), hereby files this First Quarterly Fee Application of Arent Fox LLP, as Counsel to the Official Committee of Unsecured Creditors ("Committee") for Services Rendered and Reimbursement of Expenses for the Period of January 9, 2009 through March 31, 2009 (the "Quarterly Application"). In support of this Quarterly Application, Arent Fox respectfully represent as follows:

### INTRODUCTION

1. By this Application, Arent Fox seeks quarterly allowance and approval of $259,359.50 (the "Quarterly Amount") for fees and expenses for the period of January 9, 2009 through March 31, 2009 (the "Quarterly Period"). The Quarterly Amount consists of (i) 100% of the compensation that Arent Fox earned during the Quarterly Period, in the

NYC/434008.1

amount of $259,359.50 and (ii) 100% of the expenses that Arent Fox incurred in the course of its representation as counsel to the Committee during the Quarterly Period in the amount of $5,539.67.

2. As of the date of this Quarterly Application, the Debtors have been authorized to pay Arent Fox $162,428.00 (80% of $203,035.00) with respect to the fees and $2,783.60 with respect to expenses incurred and authorized during the period January 9, 2009 through February 28, 2009. Arent Fox seeks payment of the holdback in the amount of $40,607.00, which represents the 20% holdback for the total fees authorized in the amount of $203,035.00.

3. Additionally, barring objection to the Third Monthly Application, Arent Fox seeks payment of the holdback amount in the amount of $11,264.90, which represents the 20% holdback for the total fees of $56,324.50 incurred in the third monthly period March 1, 2009 through March 31, 2009.

## FACTUAL BACKGROUND

4. On December 29, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

5. On February 19, 2009, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 9, 2009. *See* Docket No. 196.

### Monthly Applications Covered Herein

6. Arent Fox has filed and served monthly fee applications for the periods of (i) January 9, 2009 through February 28, 2009; and (ii) March 1, 2009 through March 31,

2009. The following table summarizes the monthly fee applications that Arent Fox filed with respect to the First Quarterly Period.

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Certificate of No Objection/ Certification of Counsel Filing Date, Doc. No. | Total Amount of Fees Approved to Date via Certificate of No Objection (80%) | Total Amount of Expenses Approved to Date via Certificate of No Objection (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|
| 01/09/09 – 01/31/09 Doc. No. 202 02/25/09 | $148,909.50[1] | $1,141.32 | Doc No. 257 03/19/09 | $119,127.60 | $1,141.32 | $29,781.90 |
| 02/01/09 – 02/28/09 Doc. No. 267 03/24/09 | $ 54,125.50[2] | $1,642.28 | Doc. No. 322 04/15/09 | $ 43,300.40 | $1,642.28[3] | $10,825.10 |
| 03/01/09 – 03/31/09 Doc. No. 388 04/29/09 | $ 56,324.50 | $2,756.07 | Pending | $45,059.60[4] | $2,756.07[5] | $11,264.90[6] |
| Total: | $259,359.50 | $5,539.67 | | $207,487.60[7] | $5,539.67[8] | $51,871.90[9] |

7. Twenty percent (20%) of such fees are to be withheld on a quarterly basis (the "Holdback Fees"). Beginning with the period ending March 31, 2009, and at three month intervals, each professional must file and serve a quarterly application for such

---

[1] This amount has been adjusted to reflect a voluntary write-off of $1,714.00 in fees, pursuant to discussions with the United States Trustee, Richard Shepacarter.
[2] This amount has been adjusted to reflect a voluntary write-off of $2,242.00 in fees, pursuant to discussions with the United States Trustee, Richard Shepacarter.
[3] The Certificate of No Objection incorrectly listed the requested expenses amount as $1,462.28. The correct amount requested and approved is $1,642.28
[4] This value represents the anticipated total amount of fees approved barring objection to the Third Monthly Fee Application of Arent Fox as Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2009 through March 31, 2009 ("March Fee Application").
[5] This value represents the anticipated total amount of expenses approved barring objection before the May Objection Deadline.
[6] This value represents the anticipated holdback fees approved barring objection before the May Objection Deadline.
[7] This value includes the anticipated approval of $139,374.40 (80% of $174,218.00), barring objection before the May Objection Deadline.
[8] This value represents the anticipated total value of expenses approved to date via Certificate of No objection, barring objection before the May Objection Deadline.
[9] This value represents the anticipated total holdback barring objection to the March Fee Application before the May Objection Deadline.

period. *See* Fee Procedures Order at ¶3.d. All fees and costs paid to a professional pursuant to monthly and quarterly fee applications are subject to this Court's approval of the final fee application of such professional.

8. <u>The January 9-31, 2009 Fee Application</u>. On February 25, 2009, Arent Fox filed and served its First Monthly Fee Application for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of January 9, 2009 through January 31, 2009 (Docket No. 202) (the "First Monthly Fee Application") requesting, *inter alia*, allowance of $148,909.50 in fees and reimbursement of $1,141.32 in expenses. On March 19, 2009, Arent Fox filed a Certificate of No Objection regarding the First Monthly Fee Application (Docket No. 257). Pursuant to the Fee Procedures Order, Arent Fox was authorized to be paid $119,127.60 in fees and $1,141.32 in expenses for the First Monthly Fee Application. Holdback Fees with respect to the First Monthly Fee Application totaled $29,781.90. Arent Fox has been paid with respect to the First Monthly Fee Application. A true and correct copy of the First Monthly Fee Application is attached hereto as <u>Exhibit 1</u>.

9. <u>The February 1-28, 2009 Fee Application</u>. On March 24, 2009, Arent Fox filed and served its Second Monthly Fee Application for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of February 1, 2009 through February 28, 2009 (Docket No. 267) (the "Second Monthly Fee Application") requesting, *inter alia*, allowance of $54,125.50 in fees and reimbursement of $1,642.28 in expenses. On April 15, 2009, Arent Fox filed a Certificate of No Objection regarding the Second Monthly Fee Application (Docket No. 322). Pursuant to the Fee Procedures Order, Arent Fox was authorized to be paid

$43,300.40 in fees and $1,642.28 in expenses for the Second Monthly Fee Application. Holdback Fees with respect to the Second Monthly Fee Application totaled $10,825.10. Arent Fox has not yet been paid with respect to the Second Monthly Fee Application. A true and correct copy of the Second Monthly Fee Application is attached hereto as Exhibit 2.

10. *The March 1-31, 2009 Fee Application.* On April 29, 2009, Arent Fox filed and served its Third Monthly Fee Application for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of March 1, 2009 through March 31, 2009 (Docket No. 388) (the "Third Monthly Fee Application") requesting, *inter alia*, allowance of $56,324.50 in fees and reimbursement of $2,756.07 in expenses. The objection deadline is May 19, 2009 (the "May Objection Deadline"). A true and correct copy of the Third Monthly Fee Application is attached hereto as Exhibit 3.

11. The Monthly Fee Applications covered by this First Quarterly Application contain detailed daily time logs describing the actual and necessary services provided by Arent Fox during the Quarterly Period as well as other detailed information required to be included in its fee applications.

12. By this First Quarterly Application, Arent Fox requests that the Court approve (i) the Quarterly Amount of one-hundred percent (100%) of the fees earned and expenses incurred by Arent Fox during the First Quarterly Period and evidenced in the Monthly Fee Applications and (ii) payment of the outstanding fees and expenses for the quarterly period which consists of the twenty percent holdback in the amount of $51,871.90.

13. At all relevant times, Arent Fox has been a disinterested person, as that term is defined at § 101(14) of the Bankruptcy Code, as modified by § 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

14. Arent Fox has received payment for their First Monthly Fee Application. Arent Fox has no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases, except as disclosed herein and in the attached monthly fee applications. There is no agreement or understanding between Arent Fox and any other person, other than members of the Firm, for the sharing of compensation to be received for services rendered in these cases.

15. All services for which Arent Fox requests compensation were performed for or on behalf of the Committee. The professional services and related expenses for which Arent Fox requests quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Arent Fox's professional responsibilities as Counsel to the Committee in the Debtors' Chapter 11 cases. Arent Fox's services have been reasonable, necessary and beneficial to the Committee, the Debtors' and their estates, creditors and other parties in interest.

16. In accordance with the factors enumerated at § 330 of the Bankruptcy Code, Arent Fox respectfully submits that the amount requested by Arent Fox as compensation for its services is fair and reasonable.

WHEREFORE, Arent Fox respectfully requests (i) that the Court approve and allow the Quarterly Amount of $264,899.17 for the Quarterly Period, consisting of fees in the sum of $259,359.50, as compensation for necessary professional services rendered,

which amount includes the previously authorized payment by the estate in the amount of $207,487.60[10]; Holdback Fees in the amount of $51,871.90[11]; and for reimbursement of actual and necessary costs and expenses in the amount of $5,539.67 for the Quarterly Period which have been previously authorized for payment; (ii) that the Court approve the payment of the Holdback Fees in the amount of $51,871.90[12] for the period of January 9, 2009 to March 31, 2009; and (iii) for such other and further relief as may be just and proper.

Dated: May 15, 2009
New York, New York

ARENT FOX LLP

*/s/ Robert M. Hirsh*
Robert M. Hirsh, Esq. (admitted *pro hac vice*)
Heike M. Vogel (admitted *pro hac vice*)
1675 Broadway
New York, NY 10019
(212) 484-3900
(212) 484-3990 (Fax)

*Counsel for the Official Committee of Unsecured Creditors*

*- and -*

Rafael X. Zahralddin-Aravena
1000 West Street
Suite 1440
Wilmington, DE 19801
(302) 384-9400 ext. 4001
(302) 384-9399 (Fax)

*Delaware Counsel for the Official Committee of Unsecured Creditors*

---

[10] This value includes the anticipated approval of $207,487.60 (80% of $259,359.50), barring objection before the May Objection Deadline.
[11] This value represents the anticipated total holdback barring objection to the Third Monthly Fee Application before the May Objection Deadline.
[12] Id.