# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DHP HOLDINGS II CORPORATION, *et al.*,[1] | : | Case No. 08-13422 (MFW) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Hearing: If Objections Filed |
|  | : | Obj. Deadline: 3/17/2009 @ 4 PM |

## FIRST MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 9, 2009 THROUGH JANUARY 31, 2009

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | February 19, 2009, *nunc pro tunc* to January 9, 2009 |
| Period for which compensation and reimbursement are sought: | January 9, 2009 through January 31, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $150,623.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,141.32 |

This is a(n): X monthly __ interim _____ final application

The total time expended for fee application preparation in the Compensation Period is approximately 0 hours and the corresponding compensation requested is approximately $0.00.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

| Date Filed | Period Covered | Requested | | Approved | | Amount of Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| None. | | | | | | |

**ARENT FOX LLP'S PROFESSIONALS**

| Name of Professional Person | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NJ bar since 1986. Member of NY bar since 1987. | $730 | 3.30 | $2,409.00 |
| Schuyler G. Carroll | Partner since 2003. Member of NY Bar since 1993. | $650 | 11.60 | $7,540.00 |
| James M. Sullivan | Partner since 2009. Member of NJ bar since 1995. Member of NY bar since 1996. Member of DC bar since 1998. | $620 | 23.70 | $14,694.00 |
| Kenneth K. Yoon | Partner since 2009. Member of NY bar since 1994. | $610 | 1.5 | $915.00 |
| Robert M. Hirsh | Partner since 2005. Member of NY and NJ bars since 1988. | $580 | 78.00 | $45,240.00 |
| Caroline English | Partner since 2006. Member of DC and VA bars since 1999. | $510 | 18.80 | $9,588.00 |
| Heike M. Vogel | Joined firm as an associate in 2005. Member of NJ bar since 2000. Member of NY bar since 2001. | $480 | 21.20 | $10,176.00 |

| Name of Professional Person | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa J. Llanera | Joined firm as an associate in 2003. Member of NY bar since 1997. | $480 | 24.00 | $11,520.00 |
| George Angelich | Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. | $460 | 61.20 | $28,152.00 |
| Valerie Webb | Joined firm as an associate in 2005. Member of MD bar since 2003. Member of DC bar since 2006. | $420 | 11.50 | $4,830.00 |
| David J. Kozlowski | Joined firm as an associate in 2008. Member of NY bar since 2007. | $360 | 43.00 | $15,480.00 |
| Lisa Indelicato | Paralegal | $265 | .30 | $79.50 |
| **TOTAL** | | | **298.10** | **$150,623.50** |

**Blended Rate:**       **$505.28**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13422 (MFW) |
| DHP HOLDINGS II CORPORATION, *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Hearing: If Objections Filed** |
|  | **Obj. Deadline: 3/17/2009 @ 4 PM** |

## FIRST MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 9, 2009 THROUGH JANUARY 31, 2009

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 16, 2009 (Docket No. 89) (the "Administrative Order"), Arent Fox LLP ("Arent Fox") hereby files its First Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee (the "Committee") of Unsecured Creditors of DHP Holdings II Corporation, *et al.* (collectively, "the Debtors") for the Period from January 9, 2009 through January 31, 2009 (the "Application"). By this Application, Arent Fox seeks a monthly allowance pursuant to the Administrative Order with respect to sums of $150,623.50 for compensation and $1,141.32 for reimbursement of actual and necessary expenses for a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

total of $151,764.82 for the period from January 9, 2009 through and including January 31, 2009 (the "Compensation Period"). In support of this Application, Arent Fox respectfully represents as follows:

### Background

1.  On December 29, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.  On February 19, 2009, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 9, 2009. *See* Docket No. 196.

### Compensation Paid and Its Source

3.  All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4.  Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Arent Fox and any other person other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

### Time Records

5.  A copy of the time records for the Compensation Period is attached hereto as **Exhibit A**. The time records contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States

Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.    A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as **Exhibit B**.  While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules.  Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.    Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost.  Arent Fox currently is under contract to pay these providers a flat fee every month.  Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8.    Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.    The partners and associates of Arent Fox who have rendered professional services in these cases are:  Andrew I. Silfen, James M. Sullivan, Schuyler G. Carroll, Robert M. Hirsh, Caroline English, Melissa Llanera, Heike M. Vogel, George M. Angelich, Valerie Webb and David Kozlowski.  Lisa Indelicato is a paraprofessional of

Arent Fox who has also rendered services in these cases.

10.    Arent Fox, by and through the above-named persons, has prepared its retention application and has submitted other pleadings to the Court for consideration on behalf of the Committee, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

## Summary of Services By Project

11.    The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on **Exhibit A**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A**.

A.    Petition, Schedules, First Day Orders (01)

Fees:   $16,803.00          Total Hours:   33.90

This category includes reviewing the Debtors' petitions and schedules and first day motions submitted to and orders approved by the Court.

B.    Case Management and Operating Reports (02)

Fees:   $1,992.00          Total Hours:   4.50

This category includes all matters related to filing and serving documents, maintaining service lists, calendars and reviewing work in process reports and notices of appearance.

C.    Sale and Disposition of Assets (04)

Fees:   $660.00          Total Hours:   1.20

4

This category includes all matters related to acquisitions, dispositions and other postpetition uses of property of the Debtors' estates.

D.      Claims Administration and Objections (06)

     Fees:   $324.00           Total Hours:  .90

This category includes all time spent related to claims administration and bar date matters, including claims objections and related contested matters.

E.      Miscellaneous Motions and Objections (07)

     Fees:   $4,466.00        Total Hours:  7.70

This category includes matters related to reviewing miscellaneous motions and pleadings filed throughout these cases.

F.      Committee and Debtor Communications, Conference (08)

     Fees:   $32,083.00       Total Hours:  59.70

This category includes all matters related to communications involving the Debtors, counsel to the Committee and members of the Committee.

G.      Adversary Proceedings (09)

     Fees:   $138.00           Total Hours:  .30

This category includes all matters related to litigation and adversary proceedings.

H.      Professional Retention (10)

     Fees:   $15,181.50       Total Hours:  36.20

This category includes time spent preparing applications to retain Arent Fox, reviewing applications for retention by other professionals and objecting to the retention of other professionals.

I.        Cash Collateral and DIP Financing (12)

   Fees:  $34,523.00        Total Hours:  67.90

This category includes all matters related to the review, negotiation and documentation of debtor in possession financing, post-confirmation financing and all cash collateral issues.

J.        Employee Benefits and Severance, Pensions, ERISA (13)

   Fees:  $14,708.00        Total Hours:  30.80

This category includes all matters related to employee wages, benefits, collective bargaining issues, ERISA, retirement benefits and other employee relations matters.

K.        Creditor Inquiries(15)

   Fees:  $92.00        Total Hours:  .20

This category includes time spent responding to inquiries from creditors regarding the Debtors' cases.

L.        Investigation of Secured Creditor, Equipment Lessors and Lienholders (17)

   Fees:  $25,605.00        Total Hours:  47.60

This category includes time spent with respect to the investigation of secured claims and the review and analysis of lien documentation.

M.        Chapter 5 Litigation Collection and Investigation (19)

   Fees:  $3,472.00        Total Hours:  5.60

This category includes time spent investigating claims and liens on insurance proceeds.

N.      Fee Applications (22)

      Fees:  $576.00          Total Hours:  1.60

This category includes time spent preparing a memorandum summarizing the procedures for professionals' compensation and reimbursement of expenses and the deadlines as set forth in the Administrative Order.

### Valuation of Services

12.     Attorneys and paraprofessionals of Arent Fox have expended a total of 298.10 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---:|---|
| Andrew I. Silfen | 3.30 | $730 |
| Schuyler G. Carroll | 11.60 | $650 |
| James M. Sullivan | 23.70 | $620 |
| Kenneth K. Yoon | 1.50 | $610 |
| Robert M. Hirsh | 78.00 | $580 |
| Caroline English | 18.80 | $510 |
| Heike M. Vogel | 21.20 | $480 |
| Melissa J. Llanera | 24.00 | $480 |
| George P. Angelich | 61.20 | $460 |
| Valerie Webb | 11.50 | $420 |
| David J. Kozlowski | 43.00 | $360 |
| Lisa Indelicato | .30 | $265 |

The nature of the work performed by these persons is fully set forth in **Exhibit A**. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $150,623.50.

13.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the

nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, Arent Fox has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from January 9, 2009 through January 31, 2009, an allowance be made to Arent Fox pursuant to the terms of the Administrative Order, with respect to the sum of $150,623.50 as compensation for the necessary professional services rendered (80% of which equals $120,498.80), and the sum of $1,141.32 as 100% reimbursement of the actual and necessary expenses, for a total of $121,640.12, and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         February 24, 2009

ARENT FOX LLP

Robert M. Hirsh, Esq. (admitted *pro hac vice*)
George P. Angelich, Esq. (admitted *pro hac vice*)
1675 Broadway
New York, NY 10019
(212) 484-3900
(212) 484-3990 (Fax)

Counsel for the Official Committee of Unsecured
    Creditors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DHP HOLDINGS II CORPORATION, *et al.*,[1] | : | Case No. 08-13422 (MFW) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Hearing: If Objections Filed** |
|  | : | **Obj. Deadline: 3/17/2009 @ 4 PM** |

## NOTICE OF FIRST MONTHLY FEE APPLICATION

TO: (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE PREPETITION SENIOR AGENT; AND (IV) ALL PARTIES WHO HAVE FILED AND SERVED REQUESTS FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that on February 25, 2009, Arent Fox LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed the attached **First Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 9, 2009 through January 31, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"), seeking an allowance of fees in the amount of $150,623.50 and reimbursement of expenses in the amount of $1,141.32.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 16,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

2009 (Docket No. 89) (the "Administrative Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the Debtors, 2701 Industrial Drive, Bowling Green, KY 42101, Attn: Craig Dean, CRO; (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899- 8705 (Courier 19801), Attn: Laura Davis Jones, Esquire; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207,844 N. King Street, Wilmington, Delaware 19801 Attn: Richard Schepacarter, Esq.; and (iv) counsel for Official Committee of Unsecured Creditors, Arent Fox LLP, 1675 Broadway, New York, New York 10019 Attn: Robert M. Hirsh by no later than **March 17, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

2

Dated: February 25, 2009

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: rxza@elliottgreenleaf.com

*Delaware Counsel to the Official*
*Committee of Unsecured Creditors*

**EXHIBIT A**

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

DHP Holdings II Corporation, et al. - Official Committee of
Unsecured Creditors
c/o 221 Arsenal Drive
Ninety Six, SC 29666
Attn: John Neumann

Invoice Number 1182972
Invoice Date  02/18/09
Client Number  031194

| Category | | Hours | Total |
|---|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2009

| | | | |
|---|---|---|---|
| 00000 | General | .00 | 1,141.32 |
| 00001 | Petition, Schedules, First Day Orders | 33.90 | 16,803.00 |
| 00002 | Case Management and Operating Reports | 4.50 | 1,992.00 |
| 00004 | Sale and Disposition of Assets | 1.20 | 660.00 |
| 00006 | Claims Administration and Objections | .90 | 324.00 |
| 00007 | Miscellaneous Motions and Objections | 7.70 | 4,466.00 |
| 00008 | Committee and Debtor Communications, Conference | 59.70 | 32,083.00 |
| 00009 | Adversary Proceedings | .30 | 138.00 |
| 00010 | Professional Retention | 36.20 | 15,181.50 |
| 00012 | Cash Collateral and DIP Financing | 67.90 | 34,523.00 |
| 00013 | Employee Benefits and Severance, Pensions ERISA, | 30.80 | 14,708.00 |
| 00015 | Creditor Inquiries | .20 | 92.00 |
| 00017 | Investigation of Secured Creditor, Equipment Les | 47.60 | 25,605.00 |
| 00019 | Chapter 5 Litigation, Collection and Investigati | 5.60 | 3,472.00 |
| 00022 | Fee Applications | 1.60 | 576.00 |
| Totals | | 298.10 | 151,764.82 |

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

FOR CHARGES:

| | | | |
|---|---|---|---|
| 01/30/09 | WESTLAW User:  KOZLOWSKI,DAVID | | 16.25 |
| 01/30/09 | WESTLAW User:  KOZLOWSKI,DAVID | | 4.06 |
| 01/30/09 | WESTLAW User:  KOZLOWSKI,DAVID | | 91.03 |
| 01/28/09 | WESTLAW User:  ENGLISH,CAROLINE | | 76.15 |

**TOTAL FOR: WESTLAW**          **187.49**

| 01/09/09 | TAXICABS -  ROBERT HIRSH<br>01/09:TAXI/PARKING:TRAVEL DEST:<br>WILMINGTON, DE | 15.50 |
|---|---|---|
| 01/12/09 | TAXICABS -  ELITE LIMOUSINE PLUS INC<br>DEST: GREAT NECK, NY | 88.74 |
| 01/14/09 | TAXICABS -  ROBERT HIRSH<br>01/14:PARKING/TAXIS:TRAVEL DEST:<br>WILMINGTON, DE | 8.50 |

**TOTAL FOR: TAXICABS**          **112.74**

| 01/14/09 | MEALS -  ROBERT HIRSH<br>01/14:MEALS/MTNG: DESA<br>COMMITTEE:TRAVEL DEST: WILMINGTON, DE | 119.00 |
|---|---|---|

**TOTAL FOR: MEALS**          **119.00**

| 01/14/09 | OUT-OF-TOWN TRANSPORTATION -  ROBERT<br>HIRSH 01/14:AMTRAK:TRAVEL DEST:<br>WILMINGTON, DE | 268.00 |
|---|---|---|
| 01/09/09 | OUT-OF-TOWN TRANSPORTATION -  ROBERT<br>HIRSH 01/09:AMTRAK:NEW  YORK TO<br>WILMINGTON, DE | 238.00 |

**TOTAL FOR: OUT-OF-TOWN TRANSPORTATION**          **506.00**

| 01/09/09 | OUT OF TOWN LODGING -  ROBERT HIRSH<br>01/09:MEALS TRAVEL DEST: WILMINGTON, DE | 14.19 |
|---|---|---|
| 01/14/09 | OUT OF TOWN LODGING -  ROBERT HIRSH<br>01/14:HOTEL DUPONT:TRAVEL DEST:<br>WILMINGTON, DE | 177.90 |

**TOTAL FOR: OUT OF TOWN LODGING**          **192.09**

| 01/14/09 | OUT-OF-TOWN MEALS -  ROBERT HIRSH<br>01/14:MEALS:TRAVEL DEST: WILMINGTON, DE | 24.00 |
|---|---|---|

**TOTAL FOR: OUT-OF-TOWN MEALS**          **24.00**

- - - - - - - - - - - - - -

CURRENT CHARGES                    1,141.32

SUBTOTAL FOR THIS MATTER          $1,141.32

(00001) MATTER NUMBER
RE: Petition, Schedules, First Day Orders

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/08/09 | DJ KOZLOWSKI | Review cash collateral and prepetition wage motions and CRO's declaration specifically; summarize and send copy of the same to R. Hirsh and S. Carroll. | 2.7 | 972.00 |
| 01/09/09 | HM VOGEL | Review and analyze first day affidavit of Craig S. Dean. | .7 | 336.00 |
| 01/09/09 | SG CARROLL | Review various pleadings, first day motions and orders entered to date, docket. | 2.8 | 1,820.00 |
| 01/10/09 | GA ANGELICH | Review First Day Motions | 6.1 | 2,806.00 |
| 01/11/09 | SG CARROLL | Review and revise memo to committee re: first day motions, motions for hearing on January 16. | 1.6 | 1,040.00 |
| 01/11/09 | DJ KOZLOWSKI | Review and draft committee by-laws. | 1.1 | 396.00 |
| 01/12/09 | DJ KOZLOWSKI | Revise and finalize Draft of Bylaws; forward to R. Hirsh and S. Carroll for review. | .5 | 180.00 |
| 01/12/09 | DJ KOZLOWSKI | Draft, revise and finalize Notice of Appearance; send to local counsel for filing. | .6 | 216.00 |
| 01/12/09 | DJ KOZLOWSKI | Begin review of Debtors' Motion to Reject Executory Contract, Motion to Reject Unexpired Lease, Interim Compensation Procedures Motion, and Motion to Retain Ordinary Course Professionals. | .6 | 216.00 |
| 01/12/09 | SG CARROLL | Meeting with Rob Hirsh, George Angelich, Heike Vogel, David Kozlowski re: analysis of initial matters, motions on for hearing on January 16. | .7 | 455.00 |
| 01/12/09 | HM VOGEL | Office conference with internal team to discuss first day motions, upcoming deadlines and strategy moving forward. | .4 | 192.00 |
| 01/12/09 | RM HIRSH | Review/analysis case docket, various First Day Motions and Orders entered in the case and motions set to be heard on January 16, 2009. | 5.7 | 3,306.00 |
| 01/12/09 | GA ANGELICH | Review draft notice of appearance | .2 | 92.00 |
| 01/13/09 | GA ANGELICH | Meet and confer with Rob Hirsh and summarize issues with first day motions | .9 | 414.00 |
| 01/13/09 | DJ KOZLOWSKI | Discuss first day motions with R. Hirsh and G. Angelich. | .8 | 288.00 |
| 01/13/09 | DJ KOZLOWSKI | Summarize status of first day motions in preparation of the upcoming hearing and forward the same to R. Hirsh and G. Angelich. | .6 | 216.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/14/09 | DJ | KOZLOWSKI | Meet with R. Hirsh and G. Angelich re summarizing all first day motions and preparing summary for the Committee's review. | .3 | 108.00 |
| 01/14/09 | RM | HIRSH | Review/analysis Debtor's Motion for Interim Compensation Procedures, Motion to Reject Leases, Motion to Reject Executory Contracts, Motion to pay pre-petition wages and compensation; Motion to maintain utilities, Motion to maintain bank accounts and cash management systems, Motion to retain Debtor's counsel and Application to Employ certain Ordinary Course Professionals. | 4.2 | 2,436.00 |
| 01/15/09 | DJ | KOZLOWSKI | Multiple meetings with R. Hirsh re drafting several e-mails to the committee. | .7 | 252.00 |
| 01/15/09 | DJ | KOZLOWSKI | Draft and send e-mails. | .5 | 180.00 |
| 01/20/09 | DJ | KOZLOWSKI | Review docket and begin reviewing recently entered orders. | .8 | 288.00 |
| 01/21/09 | DJ | KOZLOWSKI | Review docket and review all recently entered orders. | .2 | 72.00 |
| 01/22/09 | DJ | KOZLOWSKI | Review docket and organize information. | .3 | 108.00 |
| 01/26/09 | GA | ANGELICH | Review and mark up draft Confidentiality Agreement | .9 | 414.00 |

```
                                             -------------
        CURRENT FEES                          16,803.00
```

```
                    TIMEKEEPER TIME SUMARY
        ----------------------------------------------------------
        SCHUYLER CARROLL       5.1   at  $650.00 =     3,315.00
        ROBERT HIRSH           9.9   at  $580.00 =     5,742.00
        HEIKE M. VOGEL         1.1   at  $480.00 =       528.00
        GEORGE ANGELICH        8.1   at  $460.00 =     3,726.00
        DAVID J. KOZLOWSKI     9.7   at  $360.00 =     3,492.00
                               ----              ----------
              TOTALS          33.9                  16,803.00
```

```
              SUBTOTAL FOR THIS MATTER              $16,803.00
```

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/11/09 | HM  VOGEL | Correspondence with Rob Hirsh re financial advisors for committee and strategy moving forward with respect to same. | .3 | 144.00 |
| 01/12/09 | HM  VOGEL | Review of final draft of committee bylaws and distribute same with brief explanation to committee. | .3 | 144.00 |
| 01/12/09 | GA  ANGELICH | Confer with Rob Hirsh re issues to consult with Debtors' counsel | .2 | 92.00 |
| 01/12/09 | GA  ANGELICH | Review materials in preparation for meeting with Rob Hirsh | 1.2 | 552.00 |
| 01/15/09 | GA  ANGELICH | Emails and phone calls with local Delaware counsel re modifications to calendar | .3 | 138.00 |
| 01/25/09 | GA  ANGELICH | Review Debtors' First Monthly Operating Report | .3 | 138.00 |
| 01/26/09 | GA  ANGELICH | Meet and confer with Mahoney Cohen re case status and projects | .7 | 322.00 |
| 01/26/09 | DJ  KOZLOWSKI | Meeting with Mahoney Cohen to discuss case progress and strategic approach. | .9 | 324.00 |
| 01/30/09 | GA  ANGELICH | Follow up with Curtis Hehn re status of Debtors' counsel's review of comments to confidentiality agreement. | .1 | 46.00 |
| 01/30/09 | GA  ANGELICH | Request copy of Hilco appraisal. | .1 | 46.00 |
| 01/30/09 | GA  ANGELICH | Request correction of Debtors' service list. | .1 | 46.00 |

```
                                              --------------
              CURRENT FEES                       1,992.00
```

TIMEKEEPER TIME SUMARY

```
---------------------------------------------------------
HEIKE M. VOGEL          .6   at  $480.00 =     288.00
GEORGE ANGELICH        3.0   at  $460.00 =   1,380.00
DAVID J. KOZLOWSKI      .9   at  $360.00 =     324.00
                      ----                  ---------
        TOTALS         4.5                   1,992.00

              SUBTOTAL FOR THIS MATTER           $1,992.00
```

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/20/09 | GA ANGELICH | Review correspondence re potential asset sale and offer | .3 | 138.00 |
| 01/27/09 | RM HIRSH | Review/analysis sale teasers and summary of interested purchasers and conferenced with C. Berk regarding same and strategy. | .9 | 522.00 |

CURRENT FEES                                          660.00

                    TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| ROBERT HIRSH | .9 | at | $580.00 = | 522.00 |
| GEORGE ANGELICH | .3 | at | $460.00 = | 138.00 |
| TOTALS | 1.2 | | | 660.00 |

                    SUBTOTAL FOR THIS MATTER            $660.00

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 01/27/09 | DJ  KOZLOWSKI | Review docket and summarize motion to allow 503(b)(9) claim of Ryerson. | .9 | 324.00 |

CURRENT FEES                                    324.00


TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
DAVID J. KOZLOWSKI       .9   at  $360.00 =      324.00
                        ----                  ----------
        TOTALS          0.9                      324.00

                SUBTOTAL FOR THIS MATTER           $324.00

(00007) MATTER NUMBER
RE:   Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 01/15/09 | RM  HIRSH | Preparation for hearing on motions for 1/16. | 4.3 | 2,494.00 |
| 01/15/09 | RM  HIRSH | Travel to Delaware regarding hearings. | .8 | 464.00 |
| 01/16/09 | RM  HIRSH | Travel from hearing and meeting with Debtors. | 1.8 | 1,044.00 |
| 01/16/09 | RM  HIRSH | Attended hearing. | .8 | 464.00 |

```
                                                    -------------
                    CURRENT FEES                        4,466.00
```

```
                    TIMEKEEPER TIME SUMARY
       --------------------------------------------------------
       ROBERT HIRSH          7.7   at  $580.00 =     4,466.00
                             ----                  ---------
               TOTALS        7.7                     4,466.00

                   SUBTOTAL FOR THIS MATTER           $4,466.00
```

(00008) MATTER NUMBER
RE:  Committee and Debtor Communications, Conference Calls

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|---|-------|-------|
| 01/09/09 | RM HIRSH | Attended initial Committee meeting regarding strategy and conducted interviews of financial advisors to the Committee. | 3.1 | 1,798.00 |
| 01/09/09 | RM HIRSH | Telephone conference with Debtor's counsel regarding background and status of case. | .3 | 174.00 |
| 01/09/09 | SG CARROLL | Meeting with committee members re: consideration of selection of committee financial advisor. | 2.1 | 1,365.00 |
| 01/10/09 | HM VOGEL | Draft, review and revise e-mail to committee with respect to first committee telephone conference and strategy moving forward. | .8 | 384.00 |
| 01/11/09 | RM HIRSH | Telephone conference with Co-Chair of the Committee regarding status and strategy. | .9 | 522.00 |
| 01/12/09 | RM HIRSH | Attended Committee call regarding overview of case and strategy. | 1.4 | 812.00 |
| 01/12/09 | SG CARROLL | Emails and telephone calls with Dan Kerrigan, Charlie Berk, Robert Agarwall, Jeff Sutton, Jeff Varsalone, Kevin Kaden re: committee's consideration of selection of committee financial advisor. | 1.4 | 910.00 |
| 01/12/09 | SG CARROLL | Conduct committee conference call re: committee's consideration of selection of committee financial advisor, motions scheduled for hearing on January 16, 2009. | 1.8 | 1,170.00 |
| 01/12/09 | SG CARROLL | Telephone call with Dan Campagna re: various issues and follow up on committee conference call. | .2 | 130.00 |
| 01/12/09 | SG CARROLL | Telephone call with Curt Arnold re: follow up on committee conference call. | .3 | 195.00 |
| 01/12/09 | GA ANGELICH | Committee conference call | 1.1 | 506.00 |
| 01/12/09 | RM HIRSH | Attended internal meeting regarding review of case and strategy. | .6 | 348.00 |
| 01/13/09 | GA ANGELICH | Committee conference call to discuss initial case issues, strategy and approach | 1.1 | 506.00 |
| 01/13/09 | SG CARROLL | Emails with committee members, likely course of case, potential for distribution to creditors process of chapter 11 cases. | .7 | 455.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/13/09 | RM | HIRSH | Attended to Committee questions and issues (.40); Telephone conference with Debtor's counsel regarding various issues (.40); Telephone conference with counsel to GE regarding same (.30). | 1.1 | 638.00 |
| 01/14/09 | RM | HIRSH | Attended Committee conference call regarding update and strategy. | 1.3 | 754.00 |
| 01/14/09 | GA | ANGELICH | Committee conference call | .8 | 368.00 |
| 01/14/09 | GA | ANGELICH | Conference call with Debtors counsel and AEG | 1.2 | 552.00 |
| 01/14/09 | GA | ANGELICH | Review first day filings in preparation for Committee conference call | .3 | 138.00 |
| 01/14/09 | RM | HIRSH | Multiple telephone conferences with C. Berk, Debtor's counsel and AEG regarding various issues and review of Motions filed to date. | 3.1 | 1,798.00 |
| 01/14/09 | RM | HIRSH | Telephone conference with counsel to GE regarding same and cash collateral issues. | .6 | 348.00 |
| 01/14/09 | RM | HIRSH | Conferenced with G. Angelich regarding administrative issues and strategy. | 1.2 | 696.00 |
| 01/15/09 | RM | HIRSH | Conferenced with D. Kozlowski regarding administrative issues, correspondence with Committee and strategy. | .4 | 232.00 |
| 01/15/09 | RM | HIRSH | Multiple telephone conferences with Debtor's counsel regarding various issues. | .6 | 348.00 |
| 01/15/09 | RM | HIRSH | Telephone conference with Committee Co-Chair and other members regarding various issues and strategy. | 1.4 | 812.00 |
| 01/16/09 | RM | HIRSH | Review/analysis draft of revised informal discovery request letter to Debtors' counsel and conferenced with J. Sullivan regarding same. | .4 | 232.00 |
| 01/16/09 | DJ | KOZLOWSKI | Prepare for and attend conference call with the Committee and presentation by the Debtors and AEG. | 2.1 | 756.00 |
| 01/16/09 | RM | HIRSH | Attended Committee call regarding status and strategy. | 1.1 | 638.00 |
| 01/16/09 | RM | HIRSH | Meeting with Debtor's counsel, the Debtors CRO and C. Berk regarding various matters, issues and Debtor's case strategy. | 3.1 | 1,798.00 |
| 01/16/09 | RM | HIRSH | Attended Debtors' presentation to the Committee regarding same, sale process and global strategy. | 2.1 | 1,218.00 |
| 01/21/09 | RM | HIRSH | Telephone conference with L. Davis Jones regarding various issues. | .8 | 464.00 |
| 01/21/09 | RM | HIRSH | Attended Committee conference call regarding strategy. | .7 | 406.00 |
| 01/21/09 | RM | HIRSH | Multiple conferences with C. Berk and G. Angelich regarding stratedy. | .7 | 406.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/21/09 | RM | HIRSH | Telephone conference with counsel to the lenders regarding negotiation of cash collateral budget and other issues. | .7 | 406.00 |
| 01/21/09 | DJ | KOZLOWSKI | Attend Committee conference call. | .7 | 252.00 |
| 01/22/09 | GA | ANGELICH | Review proposed Confidentiality Agreement | 1.1 | 506.00 |
| 01/22/09 | RM | HIRSH | Multiple telephone conferences with C. Berk regarding various issues and strategy. | .5 | 290.00 |
| 01/23/09 | RM | HIRSH | Numerous telephone conferences with C. Berk and G. Angelich regarding status and strategy relating to the Cash Collateral and Cash Management motions. | 1.1 | 638.00 |
| 01/23/09 | RM | HIRSH | Multiple telephone conferences with L. Davis Jones regarding various issues. | .6 | 348.00 |
| 01/23/09 | GA | ANGELICH | Detail and review list of information not yet received from Debtors | .5 | 230.00 |
| 01/23/09 | DJ | KOZLOWSKI | Begin researching and drafting memos to Committee re scheduling and reimbursement procedures. | .6 | 216.00 |
| 01/25/09 | DJ | KOZLOWSKI | Draft, review, and revise memoranda to the Committee re hearing dates and expense reimbursement procedures. | 2.4 | 864.00 |
| 01/26/09 | RM | HIRSH | Telephone conference with Debtor's counsel, Debtor's CRO, and C. Berk regarding various issues and case update. | 1.1 | 638.00 |
| 01/26/09 | RM | HIRSH | Review/analysis draft and revised Memorandum to the Committee regarding reimbursement of expenses, Memorandum of Summary of Matters to be heard on January 30, 2009; Memorandum to the Committee of Relevant Dates for the Interim Compensation Order and conferenced with D. Kozlowski regarding revisions to same. | 1.2 | 696.00 |
| 01/26/09 | GA | ANGELICH | Call to Jon Neumann re processing Committee Members' expenses | .1 | 46.00 |
| 01/26/09 | GA | ANGELICH | Review and revise draft memo to Committee outlining Jan 30 hearing issues. | .4 | 184.00 |
| 01/26/09 | GA | ANGELICH | Review and revise draft memo to Committee outlining process for recovering expenses. | .5 | 230.00 |
| 01/26/09 | GA | ANGELICH | Review and revise draft memo outlining internal calendar dates for interim compensation hearing. | .4 | 184.00 |
| 01/27/09 | GA | ANGELICH | Revise, edit and finalize memoranda to Committee members re key dates, deadlines, expense reimbursement and other processes | 2.4 | 1,104.00 |
| 01/27/09 | RM | HIRSH | Telephone conference with Debtor's counsel and Debtor's CRO regarding discussion of AEG Retention. | .4 | 232.00 |

| 01/27/09 | DJ | KOZLOWSKI | Draft and send email to Committee regarding conference call and dial-in instructions and agendas. | .2 | 72.00 |
| 01/28/09 | DJ | KOZLOWSKI | Conference call with the Committee. | 1.1 | 396.00 |
| 01/28/09 | RM | HIRSH | Attended Committee conference call regarding Retention of AEG, Cash Collateral, Cash Management and overall strategy. | 1.2 | 696.00 |
| 01/28/09 | RM | HIRSH | Multiple telephone conferences with C. Berk , L. Jones and C. Dean regarding various issues. | 1.2 | 696.00 |
| 01/28/09 | GA | ANGELICH | Follow up with Debtors' counsel re status of their response to Committee mark up of Confidentiality Agreement | .3 | 138.00 |
| 01/28/09 | RM | HIRSH | Multiple telephone conferences with C. Berk regarding review of revised budget, AEG retention and strategy. | 1.1 | 638.00 |
| 01/30/09 | RM | HIRSH | Telephone conference with Committee C-Chair regarding various issues. | .5 | 290.00 |
| 01/30/09 | DJ | KOZLOWSKI | Draft and send email summary of hearing to Committee. | .6 | 216.00 |

```
                                         -------------
            CURRENT FEES                    32,083.00
```

```
                  TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
SCHUYLER CARROLL      6.5   at  $650.00 =     4,225.00
ROBERT HIRSH         34.5   at  $580.00 =    20,010.00
HEIKE M. VOGEL         .8   at  $480.00 =       384.00
GEORGE ANGELICH      10.2   at  $460.00 =     4,692.00
DAVID J. KOZLOWSKI    7.7   at  $360.00 =     2,772.00
                     ----                    ---------
        TOTALS       59.7                    32,083.00

            SUBTOTAL FOR THIS MATTER            $32,083.00
```

(00009) MATTER NUMBER
RE:   Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/28/09 | GA  ANGELICH | Review draft letter to HIG | .3 | 138.00 |

|  | |
|--|--|
| CURRENT FEES | 138.00 |

TIMEKEEPER TIME SUMARY

| | | | |
|--|--|--|--|
| GEORGE ANGELICH | .3 | at  $460.00 = | 138.00 |
| TOTALS | 0.3 | | 138.00 |

SUBTOTAL FOR THIS MATTER                              $138.00

(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------|------|------|------|------|
| 01/12/09 | GA | ANGELICH | Review Charles Berk draft list of documents request from AEG | .2 | 92.00 |
| 01/12/09 | DJ | KOZLOWSKI | Begin outlining and drafting retention application. | 1.7 | 612.00 |
| 01/13/09 | DJ | KOZLOWSKI | Review and revise AF Retention Application; begin drafting Silfen Declaration. | 1.5 | 540.00 |
| 01/14/09 | DJ | KOZLOWSKI | Review and revise AF Retention Application and Silfen Declaration, incorporating I. Taylor-Kamara's research. | 2.4 | 864.00 |
| 01/15/09 | GA | ANGELICH | Review CBIZ retention affidavit | .4 | 184.00 |
| 01/16/09 | LA | INDELICATO | Review list for connections search. | .3 | 79.50 |
| 01/20/09 | DJ | KOZLOWSKI | Meet with G. Angelich re objecting to AEG's retention. | .8 | 288.00 |
| 01/20/09 | DJ | KOZLOWSKI | Review similar objections. | .5 | 180.00 |
| 01/20/09 | DJ | KOZLOWSKI | Review G. Angelich's draft. | .8 | 288.00 |
| 01/20/09 | GA | ANGELICH | Draft Limited Objection to Retention of AEG | 3.1 | 1,426.00 |
| 01/20/09 | GA | ANGELICH | Assemble and review facts re selection and credentials of AEG | 1.1 | 506.00 |
| 01/20/09 | GA | ANGELICH | Review draft retention application for Mahoney Cohen | .4 | 184.00 |
| 01/20/09 | GA | ANGELICH | Review draft retention application for Elliott Greenleaf | .3 | 138.00 |
| 01/21/09 | GA | ANGELICH | Assemble data for Bankruptcy Rule 2014 connections check | .9 | 414.00 |
| 01/21/09 | GA | ANGELICH | Follow up and revise draft retention application; affidavit in support and proposed order | 2.6 | 1,196.00 |
| 01/21/09 | GA | ANGELICH | Draft and transmit email to Laura Davis Jones re background and credentials of AEG | .5 | 230.00 |
| 01/21/09 | GA | ANGELICH | Review and revise Silfen Declaration | 1.4 | 644.00 |
| 01/21/09 | DJ | KOZLOWSKI | Review and revise objection to AEG retention. | .5 | 180.00 |
| 01/21/09 | DJ | KOZLOWSKI | Review and revise AF retention application; forward the same to R. Hirsh, M. Kurth and G. Angelich for review. | 1.2 | 432.00 |
| 01/21/09 | DJ | KOZLOWSKI | Multiple office meetings with G. Angelich to discuss AEG retention objection. | .4 | 144.00 |
| 01/22/09 | DJ | KOZLOWSKI | Review and revise AF retention application to include M. Kurth's comments; forward to R. Hirsh. | .6 | 216.00 |

| 01/22/09 | DJ | KOZLOWSKI | Coordinate certain changes to Silfen Affidavit with I. Taylor-Kamara. | .5 | 180.00 |
| 01/22/09 | DJ | KOZLOWSKI | Research ordinary course professionals IP firm for contact information; forward to C. Gelfound and R. Hirsh. | .4 | 144.00 |
| 01/23/09 | DJ | KOZLOWSKI | Meetings with R. Hirsh and G. Angelich to review revisions to the documents. | 1.1 | 396.00 |
| 01/23/09 | DJ | KOZLOWSKI | Review and revise Silfen Affidavit and Retention Application. | .8 | 288.00 |
| 01/23/09 | GA | ANGELICH | Review revised retention application | 3.7 | 1,702.00 |
| 01/24/09 | AI | SILFEN | Review and revise disclosure declaration. | 1.2 | 876.00 |
| 01/26/09 | GA | ANGELICH | Review Andrew Silfen's comments to draft Declaration in Support of Retention | .1 | 46.00 |
| 01/26/09 | DJ | KOZLOWSKI | Revise the Silfen Declaration. | .3 | 108.00 |
| 01/27/09 | DJ | KOZLOWSKI | Review and revise opposition to AEG retention application. | 1.2 | 432.00 |
| 01/27/09 | RM | HIRSH | Review/analysis draft and revised Limited Objection to the Application of Retention of AEG Partners as CRO and conferenced with G. Angelich regarding same. | 1.2 | 696.00 |
| 01/28/09 | DJ | KOZLOWSKI | Coordinate with R. Hirsh and local counsel to extend objection deadline to AEG's retention ready to file by noon in lieu of a deal or adjournment. | .6 | 216.00 |
| 01/28/09 | DJ | KOZLOWSKI | Review and revise Silfen Declaration incorporating comments from A. Silfen and H. Carter. | 1.2 | 432.00 |
| 01/29/09 | DJ | KOZLOWSKI | Multiple meetings with A. Silfen and H. Carter to review, revise, finalize and send the AF Retention Application and Silfen Declaration to local counsel and to the Committee. | 2.3 | 828.00 |

```
                                                          -------------
                CURRENT FEES                                15,181.50
```

### TIMEKEEPER TIME SUMARY

```
------------------------------------------------------------
ANDREW I. SILFEN       1.2   at  $730.00 =        876.00
ROBERT HIRSH           1.2   at  $580.00 =        696.00
GEORGE ANGELICH       14.7   at  $460.00 =      6,762.00
DAVID J. KOZLOWSKI    18.8   at  $360.00 =      6,768.00
LISA INDELICATO         .3   at  $265.00 =         79.50
                      ----                     ----------
        TOTALS        36.2                      15,181.50
```

```
                SUBTOTAL FOR THIS MATTER             $15,181.50
```

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/12/09 | GA ANGELICH | Phone calls and emails with Rob Hirsh re cash collateral issues to be reviewed with Latham & Watkins | .3 | 138.00 |
| 01/17/09 | HM VOGEL | Review and analyze cash collateral motion and budget with respect to same in preparation of drafting objection thereto. | 1.8 | 864.00 |
| 01/19/09 | HM VOGEL | Draft, review and revise objection to cash collateral order. | 2.8 | 1,344.00 |
| 01/19/09 | HM VOGEL | Review and revise cash collateral objection including additional information in background section. | 1.4 | 672.00 |
| 01/19/09 | HM VOGEL | Review and analyze first day affidavit for information about prepetition indebtedness, events leading to chapter 11 case and structure of debtors' business to be included in cash collateral objection. | 1.3 | 624.00 |
| 01/19/09 | HM VOGEL | Review and revise cash collateral objection including additional information from first day affidavit. | .9 | 432.00 |
| 01/19/09 | GA ANGELICH | Review cash flow analysis prepared by Mahoney Cohen | .4 | 184.00 |
| 01/21/09 | HM VOGEL | Review of correspondence from Charlie Berk and Rob Hirsh re additional information to be included in cash collateral objection. | .3 | 144.00 |
| 01/22/09 | GA ANGELICH | Review Debtors' Cash Management Motion and research issues re fraudulent conveyance and impermissible upstreaming of cash | 5.7 | 2,622.00 |
| 01/23/09 | GA ANGELICH | Review weekly flash report and confer with Rob Hirsh | .4 | 184.00 |
| 01/23/09 | HM VOGEL | Review of comments by Andrew Silfen to proposed cash collateral order and office conference with Rob Hirsh re same. | 1.4 | 672.00 |
| 01/23/09 | HM VOGEL | Review and analyze debtors' account management motion in further preparation of revising objection to cash collateral motion. | .8 | 384.00 |
| 01/25/09 | HM VOGEL | Review and analyze additional background information, proposed budget and interim cash collateral order for further revisions to be included in objection to cash | .8 | 384.00 |

| Date | Init. | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | collateral motion. | | |
| 01/26/09 | HM | VOGEL | Continue to draft, review and revise cash collateral objection incorporating additional comments by Andrew Silfen and further discussions with debtors' counsel. | 2.2 | 1,056.00 |
| 01/26/09 | HM | VOGEL | Office conference with Charlie Berk, Rob Hirsh and David Kozlowski re proposed budget, review of debtors' documents and internal system, analysis of various first day motions and strategy moving forward. | .4 | 192.00 |
| 01/26/09 | RM | HIRSH | Telephone conference with K. Simon regarding negotiation of various issues relating to objection to cash collateral. | .8 | 464.00 |
| 01/26/09 | GA | ANGELICH | Draft Limited Objection to Debtors' Cash Management Motion | 5.1 | 2,346.00 |
| 01/26/09 | RM | HIRSH | Review/analysis and revise draft Objection to Cash Collateral motion and conferenced with H. Vogel regarding same. | 1.5 | 870.00 |
| 01/26/09 | DJ | KOZLOWSKI | Review and revise objection to cash management motion. | .5 | 180.00 |
| 01/27/09 | DJ | KOZLOWSKI | Review and revise objection to cash management motion. | 2.1 | 756.00 |
| 01/27/09 | RM | HIRSH | Review/analysis revised Objection to Cash Collateral and made further revisions to same for filing. | 1.4 | 812.00 |
| 01/27/09 | GA | ANGELICH | Review draft cash collateral order from Keith Simon | .7 | 322.00 |
| 01/27/09 | GA | ANGELICH | Revise, edit, finalize and authorize for filing Cash Management Objection | 4.0 | 1,840.00 |
| 01/27/09 | RM | HIRSH | Review/analysis draft Objection to Debtors' Motion for Cash Management System and revised same for filing. | 1.1 | 638.00 |
| 01/27/09 | HM | VOGEL | Draft, review and revise and finalize objection to cash collateral incorporating comments and revisions by Rob Hirsh and several meetings with Rob Hirsh with respect to same. | 3.7 | 1,776.00 |
| 01/28/09 | HM | VOGEL | Continue review of proposed final cash collateral order and office conference with Rob Hirsh re same. | .9 | 432.00 |
| 01/28/09 | GA | ANGELICH | Review Agenda for hearing | .2 | 92.00 |
| 01/29/09 | RM | HIRSH | Review/analysis proposed final cash collateral order. | .8 | 464.00 |
| 01/29/09 | RM | HIRSH | Preparation for hearing on Debtors' Cash Management motion. | 1.3 | 754.00 |
| 01/29/09 | AI | SILFEN | Prepare team for evidentiary hearing. | 1.3 | 949.00 |
| 01/29/09 | AI | SILFEN | Mark up financing order. | .8 | 584.00 |
| 01/29/09 | RM | HIRSH | Telephone conference with K. Simon regarding review of same. | .5 | 290.00 |
| 01/29/09 | RM | HIRSH | Preparation for hearing on Cash Collateral motion. | 5.1 | 2,958.00 |

| Date | | | Description | Hours | Amount |
|------|---|---|-------------|-------|--------|
| 01/30/09 | RM | HIRSH | Attended hearing regarding Debtor's Cash Collateral and Cash Management Motions and negotiated with Debtors' and Lender's counsel regarding settlement. | 4.2 | 2,436.00 |
| 01/30/09 | GA | ANGELICH | Conduct legal research for Rob Hirsh re professional carveouts. | 2.2 | 1,012.00 |
| 01/30/09 | DJ | KOZLOWSKI | Research cases re committee carve-out and send results to R. Hirsh. | .8 | 288.00 |
| 01/30/09 | GA | ANGELICH | Legal research on issue of carveout and reallocation of fees | 2.3 | 1,058.00 |
| 01/30/09 | RM | HIRSH | Continued preparation for hearing and multiple conferences with C. Berk regarding same and traveled to same. | 5.7 | 3,306.00 |

```
                                                           -------------
              CURRENT FEES                                   34,523.00
```

```
                      TIMEKEEPER TIME SUMARY
       ------------------------------------------------------
       ANDREW I. SILFEN      2.1   at  $730.00 =     1,533.00
       ROBERT HIRSH         22.4   at  $580.00 =    12,992.00
       HEIKE M. VOGEL       18.7   at  $480.00 =     8,976.00
       GEORGE ANGELICH      21.3   at  $460.00 =     9,798.00
       DAVID J. KOZLOWSKI    3.4   at  $360.00 =     1,224.00
                            ----                   ---------
           TOTALS           67.9                    34,523.00
```

```
              SUBTOTAL FOR THIS MATTER                    $34,523.00
```

(00013) MATTER NUMBER
RE:   Employee Benefits and Severance, Pensions ERISA,
      Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------------|---|--|-------|-------|
| 01/16/09 | VW | WEBB | Read complaint and flag potential issues. | .3 | 126.00 |
| 01/16/09 | VW | WEBB | Research related to WARN Act litigation in bankruptcy proceedings. | 1.2 | 504.00 |
| 01/17/09 | VW | WEBB | Research related to WARN Act litigation in bankruptcy proceedings. | .8 | 336.00 |
| 01/21/09 | VW | WEBB | Telephone conference w/ R. Hirsh and G. Angelich regarding WARN Act issues. | .1 | 42.00 |
| 01/21/09 | VW | WEBB | Research regarding WARN Act issues in bankruptcy proceedings. | .4 | 168.00 |
| 01/27/09 | VW | WEBB | Telephone conference w/ C. English regarding analysis of WARN Act claims in adversary proceeding. | .1 | 42.00 |
| 01/27/09 | C- | ENGLISH | Conferences with C. Cohen and V. Webb regarding background. | .4 | 204.00 |
| 01/27/09 | C- | ENGLISH | Review WARN Act Class Action Complaint, 1st Day Declaration/Motions, and background materials on WARN Act. | 3.8 | 1,938.00 |
| 01/28/09 | C- | ENGLISH | Review and analyze WARN Act claims and priority treatment of WARN Act damages in bankruptcy. | 7.9 | 4,029.00 |
| 01/28/09 | RM | HIRSH | Review/analysis and revised draft Order Granting Debtors' Motion to Pay California Vacation Time for Employees and conferenced with T. Cairns regarding same. | .5 | 290.00 |
| 01/29/09 | VW | WEBB | Research and analysis regarding same. | 3.4 | 1,428.00 |
| 01/29/09 | C- | ENGLISH | Analyze WARN Act issues and Manning complaint, and work on summary overview. | 2.2 | 1,122.00 |
| 01/29/09 | VW | WEBB | Telephone conference w/ C. English regarding WARN Act claims in bankruptcy proceedings. | .1 | 42.00 |
| 01/30/09 | VW | WEBB | Research and analysis related to WARN Act liability in bankruptcy proceedings. | 5.1 | 2,142.00 |
| 01/30/09 | C- | ENGLISH | Review additional WARN Act case law and cases regarding treatment of attorney fee awards in bankruptcy and analyze issues presented by Manning complaint. | 2.1 | 1,071.00 |
| 01/31/09 | C- | ENGLISH | Complete outline of WARN Act/Manning complaint issues and send to R. Hirsh. | 2.4 | 1,224.00 |

                                                                 --------------
                        CURRENT FEES                                14,708.00


                        TIMEKEEPER TIME SUMARY
         ------------------------------------------------------------
         ROBERT HIRSH            .5    at  $580.00 =       290.00
         CAROLINE ENGLISH      18.8    at  $510.00 =     9,588.00
         VALERIE WEBB          11.5    at  $420.00 =     4,830.00
                               ----                    ---------
                TOTALS         30.8                    14,708.00

                        SUBTOTAL FOR THIS MATTER                   $14,708.00

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/21/09 | GA  ANGELICH | Review and respond to correspondence from Dave Mitskavich | .2 | 92.00 |

CURRENT FEES                    92.00

TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| GEORGE ANGELICH | .2 | at  $460.00 = | 92.00 |
| TOTALS | 0.2 | | 92.00 |

SUBTOTAL FOR THIS MATTER          $92.00

(00017) MATTER NUMBER
RE:   Investigation of Secured Creditor, Equipment Lessors

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 01/12/09 | JM | SULLIVAN | Communications regarding lien avoidance investigation and considering issues regarding same. | 2.4 | 1,488.00 |
| 01/14/09 | JM | SULLIVAN | Revising letter to debtor's counsel re investigation of secured claims and insider transactions and internal communications re same. | 1.9 | 1,178.00 |
| 01/20/09 | GA | ANGELICH | Review document production from Debtors' counsel | 1.3 | 598.00 |
| 01/20/09 | JM | SULLIVAN | Receipt and review of documents in response to document request and communications regarding same. | 1.4 | 868.00 |
| 01/23/09 | GA | ANGELICH | Phone calls and emails to Keith Simon, counsel to GE re document production | .3 | 138.00 |
| 01/26/09 | MJ | LLANERA | Review GE Financial proof of claim summary | .8 | 384.00 |
| 01/26/09 | MJ | LLANERA | Review overview of documentation provided in support of GE Financial security interest | 1.4 | 672.00 |
| 01/26/09 | JM | SULLIVAN | Communications with counsel for debtor regarding response to document request in connection with lien investigation; reviewing documents provided by debtors' counsel. | 2.1 | 1,302.00 |
| 01/27/09 | JM | SULLIVAN | Communications with GE's counsel regarding lien documents (.3); reviewing GE lien documents and communications regarding same (2.5). | 2.8 | 1,736.00 |
| 01/27/09 | MJ | LLANERA | Review Interim order regarding use of cash collateral. | .9 | 432.00 |
| 01/27/09 | MJ | LLANERA | Meeting with J. Sullivan regarding GE Financial lien and analysis. | .6 | 288.00 |
| 01/27/09 | MJ | LLANERA | Call with J. Steinberg regarding GE lien on health care receivables | .2 | 96.00 |
| 01/27/09 | MJ | LLANERA | Review GE Financial security agreements and pledges. | 3.2 | 1,536.00 |
| 01/27/09 | MJ | LLANERA | Email to J. Sullivan regarding borrowers under GE Financial loan agreement | .2 | 96.00 |
| 01/28/09 | MJ | LLANERA | Meeting with J. Sullivan regarding review of GE lien documentation. | .4 | 192.00 |
| 01/28/09 | MJ | LLANERA | Email from G. Angelich regarding mortgage documents supporting GE Financial lien; Continue review of GE Financial security agreements and pledges; Review GE Financial | 6.1 | 2,928.00 |

|            |    |          | mortgages; Review GE Financial loan agreement. |      |          |
|------------|----|----------|-----------------------------------------------|------|----------|
| 01/28/09   | GA | ANGELICH | Coordinate completion of lien analysis        | .3   | 138.00   |
| 01/28/09   | JM | SULLIVAN | Communications regarding GE lien investigation and considering issues regarding same. | 3.4  | 2,108.00 |
| 01/29/09   | JM | SULLIVAN | Review and revise draft memorandum regarding analysis of GE liens and communications regarding same. | 4.1  | 2,542.00 |
| 01/29/09   | RM | HIRSH    | Conferenced with J. Sullivan regarding HIG document request. | .3   | 174.00   |
| 01/29/09   | MJ | LLANERA  | Review UCC regarding GE Financial perfection of liens and adequate collateral descriptions. | .8   | 384.00   |
| 01/29/09   | MJ | LLANERA  | Draft memo regarding analysis of GE Financial lien review. | 3.4  | 1,632.00 |
| 01/29/09   | MJ | LLANERA  | Meeting with J. Sullivan regarding GE lien. | .3   | 144.00   |
| 01/29/09   | MJ | LLANERA  | Discussions with G. Angelich and R. Hirsh regarding GE's lien on insurance proceeds. | .3   | 144.00   |
| 01/29/09   | MJ | LLANERA  | Review UCC regarding collateral description for commercial tort claims. | .4   | 192.00   |
| 01/29/09   | GA | ANGELICH | Follow up and research question re commercial tort claims | 1.2  | 552.00   |
| 01/29/09   | KK | YOON     | Analysis of pledge of stock issue.            | 1.5  | 915.00   |
| 01/29/09   | RM | HIRSH    | Conferenced with J. Sullivan regarding HIG document request. | .6   | 348.00   |
| 01/29/09   | MJ | LLANERA  | Continue review of GE Financial loan agreement. | 2.4  | 1,152.00 |
| 01/29/09   | MJ | LLANERA  | Revise memo regarding GE's financial lien. | 1.9  | 912.00   |
| 01/29/09   | MJ | LLANERA  | Email to A. Dubin regarding characterization and description of collateral extend to D+O insurance. | .4   | 192.00   |
| 01/30/09   | MJ | LLANERA  | Correspond with R. Hirsh and J. Sullivan regarding lien analysis memo. | .3   | 144.00   |

```
                                                        -------------
              CURRENT FEES                                25,605.00
```

### TIMEKEEPER TIME SUMARY

```
------------------------------------------------------------
JAMES M. SULLIVAN       18.1    at  $620.00 =   11,222.00
KENNETH K. YOON          1.5    at  $610.00 =      915.00
ROBERT HIRSH              .9    at  $580.00 =      522.00
MELISSA J. LLANERA      24.0    at  $480.00 =   11,520.00
GEORGE ANGELICH          3.1    at  $460.00 =    1,426.00
                        ----                    ---------
          TOTALS        47.6                    25,605.00
```

```
              SUBTOTAL FOR THIS MATTER                   $25,605.00
```

(00019) MATTER NUMBER
RE:   Chapter 5 Litigation, Collection and Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/26/09 | JM SULLIVAN | Communications regarding letter to HIG regarding analysis of claims and liens and considering issues regarding same. | .8 | 496.00 |
| 01/27/09 | JM SULLIVAN | Revising letter to HIG requesting documents regarding lien and claim investigation and communications regarding same. | 1.7 | 1,054.00 |
| 01/28/09 | JM SULLIVAN | Communications regarding letter to HIG requesting documents regarding prepetition transactions and revisions to same. | 1.4 | 868.00 |
| 01/29/09 | JM SULLIVAN | Communications regarding letter to HIG requesting documents and finalizing same. | 1.1 | 682.00 |
| 01/29/09 | JM SULLIVAN | Communications regarding liens on insurance proceeds and considering issues regarding same. | .6 | 372.00 |

                              CURRENT FEES              3,472.00


                    TIMEKEEPER TIME SUMARY
---------------------------------------------------------------
JAMES M. SULLIVAN      5.6   at  $620.00 =    3,472.00
                       ----                  ---------
            TOTALS     5.6                    3,472.00

                 SUBTOTAL FOR THIS MATTER          $3,472.00

(00022) MATTER NUMBER
RE:    Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/26/09 | DJ  KOZLOWSKI | Draft, review, and revise internal memorandum re interim compensation dates. | 1.6 | 576.00 |

                        CURRENT FEES                                576.00


                    TIMEKEEPER TIME SUMARY
-----------------------------------------------------------------
DAVID J. KOZLOWSKI        1.6    at  $360.00 =        576.00
                          ----                      ---------
        TOTALS            1.6                         576.00

                    SUBTOTAL FOR THIS MATTER            $576.00

SUMMARY OF CHARGES
------------------

| | |
|---|---|
| TOTAL FOR: WESTLAW | 187.49 |
| TOTAL FOR: TAXICABS | 112.74 |
| TOTAL FOR: MEALS | 119.00 |
| TOTAL FOR: OUT-OF-TOWN TRANSPORTATION | 506.00 |
| TOTAL FOR: OUT OF TOWN LODGING | 192.09 |
| TOTAL FOR: OUT-OF-TOWN MEALS | 24.00 |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | 3.30 | 730.00 | 2,409.00 |
| SCHUYLER CARROLL | BR, 1993 (NY) | 11.60 | 650.00 | 7,540.00 |
| JAMES M. SULLIVAN | | 23.70 | 620.00 | 14,694.00 |
| KENNETH K. YOON | | 1.50 | 610.00 | 915.00 |
| ROBERT HIRSH | BR, 1998 (NY & NJ) | 78.00 | 580.00 | 45,240.00 |
| CAROLINE ENGLISH | | 18.80 | 510.00 | 9,588.00 |
| **ASSOCIATES** | | | | |
| HEIKE M. VOGEL | BR, 2000 (NJ), 2001 (NY) | 21.20 | 480.00 | 10,176.00 |
| MELISSA J. LLANERA | CORP, 1997 (NY) | 24.00 | 480.00 | 11,520.00 |
| GEORGE ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 61.20 | 460.00 | 28,152.00 |
| VALERIE WEBB | | 11.50 | 420.00 | 4,830.00 |
| DAVID J. KOZLOWSKI | | 43.00 | 360.00 | 15,480.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | .30 | 265.00 | 79.50 |
| | | 298.10 | | 150,623.50 |

Blended Rate: 505.28

BF:     Banking and Finance
BR:     Bankruptcy and Reorganization
CORP:   Corporate
EMPL:   Employment Law
HEALTH: Health Law
INTL:   International Law
LDR:    Litigation Dispute Resolution
RE:     Real Estate

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 9, 2009 THROUGH JANUARY 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 33.90 | $16,803.00 |
| Case Management and Operating Expenses (02) | 4.50 | $1,992.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Sale and Disposition of Assets (04) | 1.20 | $660.00 |
| Asset Analysis and Recovery (05) | 0.00 | $0.00 |
| Claims Administration and Objections (06) | 0.90 | $324.00 |
| Miscellaneous Motions and Objections (07) | 7.70 | $4,466.00 |
| Committee and Debtor Communications (08) | 59.70 | $32,083.00 |
| Adversary Proceedings (09) | .30 | $138.00 |
| Professional Retention (10) | 36.20 | $15,181.50 |
| Plan and Disclosure Statement Matters (11) | 0.00 | $0.00 |
| Cash Collateral and DIP Financing (12) | 67.90 | $34,523.00 |
| Employee Benefits and Severance, Pensions(13) | 30.80 | $14,708.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | .20 | $92.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 0.00 | $0.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 47.60 | $25,605.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 5.60 | $3,472.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 1.60 | $576.00 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| | | $150,623.50 |

**EXHIBIT B**

SUMMARY OF CHARGES
------------------

| | |
|---|---:|
| TOTAL FOR: WESTLAW | 187.49 |
| TOTAL FOR: TAXICABS | 112.74 |
| TOTAL FOR: MEALS | 119.00 |
| TOTAL FOR: OUT-OF-TOWN TRANSPORTATION | 506.00 |
| TOTAL FOR: OUT OF TOWN LODGING | 192.09 |
| TOTAL FOR: OUT-OF-TOWN MEALS | 24.00 |

TOTAL CHARGES          $1,141.32

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2009

FOR CHARGES:
```
01/30/09  WESTLAW User:   KOZLOWSKI,DAVID                  16.25
01/30/09  WESTLAW User:   KOZLOWSKI,DAVID                   4.06
01/30/09  WESTLAW User:   KOZLOWSKI,DAVID                  91.03
01/28/09  WESTLAW User:   ENGLISH,CAROLINE                 76.15

          TOTAL FOR: WESTLAW                      187.49


01/09/09  TAXICABS -  ROBERT HIRSH                         15.50
          01/09:TAXI/PARKING:TRAVEL DEST:
          WILMINGTON, DE
01/12/09  TAXICABS -  ELITE LIMOUSINE PLUS INC             88.74
          DEST: GREAT NECK, NY
01/14/09  TAXICABS -  ROBERT HIRSH                          8.50
          01/14:PARKING/TAXIS:TRAVEL DEST:
          WILMINGTON, DE

          TOTAL FOR: TAXICABS                     112.74


01/14/09  MEALS -  ROBERT HIRSH                           119.00
          01/14:MEALS/MTNG: DESA
          COMMITTEE:TRAVEL DEST: WILMINGTON, DE

          TOTAL FOR: MEALS                        119.00


01/14/09  OUT-OF-TOWN TRANSPORTATION -  ROBERT           268.00
          HIRSH 01/14:AMTRAK:TRAVEL DEST:
          WILMINGTON, DE
01/09/09  OUT-OF-TOWN TRANSPORTATION -  ROBERT           238.00
          HIRSH 01/09:AMTRAK:NEW  YORK TO
          WILMINGTON, DE

          TOTAL FOR: OUT-OF-TOWN TRANSPORTATION   506.00


01/09/09  OUT OF TOWN LODGING -  ROBERT HIRSH             14.19
          01/09:MEALS TRAVEL DEST: WILMINGTON, DE
01/14/09  OUT OF TOWN LODGING -  ROBERT HIRSH            177.90
          01/14:HOTEL DUPONT:TRAVEL DEST:
          WILMINGTON, DE

          TOTAL FOR: OUT OF TOWN LODGING          192.09


01/14/09  OUT-OF-TOWN MEALS -  ROBERT HIRSH               24.00
          01/14:MEALS:TRAVEL DEST: WILMINGTON, DE

          TOTAL FOR: OUT-OF-TOWN MEALS             24.00


                                          -------------
```

CURRENT CHARGES                          1,141.32

SUBTOTAL FOR THIS MATTER              $1,141.32

## EXPENSE SUMMARY
## JANUARY 9, 2009 THROUGH JANUARY 31, 2009

| Expense Category | Service Provider/Description (if applicable) | Total Expenses |
|---|---|---|
| Document Retrieval | Westlaw | $187.49 |
| Taxicabs | | $112.74 |
| Business Meals | | $119.00 |
| Out–of–Town Travel | Amtrak; taxicabs; mileage; tolls; and lodging. | $698.09 |
| Out-of-Town Meals | | $24.00 |
| **TOTAL** | | **$1,141.32** |

## CERTIFICATION

I, Robert M. Hirsh, hereby certify under the penalty of perjury under the laws of the State of Delaware that the following is true to the best of my knowledge, information and belief:

1. I am a member of the firm of Arent Fox LLP ("Arent Fox"), with offices located at 1675 Broadway, New York, New York 10019, as well as in Washington, DC and Los Angeles, CA, and have been duly admitted to practice before, among others, the United States District Court for the Southern, Eastern, Western and Northern Districts of New York and have been admitted to the United States District Court for the District of Delaware *pro hac vice*.

2. This certification is submitted in support of the attached application (the "Application") and all capitalized terms not otherwise defined herein are defined in accordance with their usage in the Application.

3. I am familiar with the legal services rendered by Arent Fox as counsel to the Committee during the Compensation Period and I am familiar with the compensation and reimbursement sought by the Application.

4. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order and submit that the Application substantially complies with such Rule and Order.

Dated: New York, New York
   February ⸎⸎, 2009

                 _____
                 Robert M. Hirsh

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13422 (MFW) |
| DHP HOLDINGS II CORPORATION, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket No. ____** |

### CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, Delaware and conflicts counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the First Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 9, 2009 through January 31, 2009 to be served on February 25, 2009 via hand delivery on all local parties, via U.S. First Class Mail, and via Foreign First Class Mail upon the remaining parties listed on the attached service list.

DATED: February 25, 2009

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
*Delaware Counsel for the Official*
*Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

*Hand Delivery*
([Proposed] Counsel for Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
([Proposed] Counsel for Debtors)
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

*Hand Delivery*
Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DHP Acquisition Corp.)
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel to GE Business Financial Services)
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
L. Katherine Good, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Airgas)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
(Counsel to WARN Act Claimants)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

*Hand Delivery*
(Proposed Counsel to Committee)
Rafael X. Zahralddin-Aravena, Esquire
Mark A. Kearney, Esquire
Neil R. Lapinski, Esquire
Elliott Greenleaf
100 West Street, Suite 1400
Wilmington, DE 19899

*First Class Mail*
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

*First Class Mail*
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

*First Class Mail*
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
(United States Attorney General)
Michael B. Mukasey, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

*First Class Mail*
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

*First Class Mail*
(Counsel to DHP Acquisition Corp.)
Nancy M. Mitchell, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

*First Class Mail*
(Counsel to O'Neal Steel, Inc.)
Donald M. Wright, Esquire
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

*First Class Mail*
MAAS-HANSEN STEEL CORP.
Chris
1.0. PO Box 58364
Vernon, CA 90058

*First Class Mail*
RYERSON COIL PROCESSING
Verla
24491 Network Place
Chicago, IL 60673

*First Class Mail*
SCHEU MANUFACTURING CO
Phil Chiazza
PO Box 250
Upland, CA 91785

*First Class Mail*
KBK FINANCIALS INC
301 Commerce Street
Fort Worth, TX 76102

*First Class Mail*
S.I.T. CONTROLS
Michelle Plyler
900 Center Park Dr., Suite J
Charlotte, NC 28217

*First Class Mail*
COPRECI, S. COOP
Ruben Matteos
N9443 Narcisa Marquez
730 Fifth Ave. - 7th Floor
New York, NY 10019

*First Class Mail*
REGAL BELOIT ELECTRIC MOT
Jill Roe
Bin# 88159
Milwaukee, WI 53288

*First Class Mail*
LEWISBURG CONTAINER COMPA
Tami or D Kessler
PO Box 933931
Atlanta, GA 31193

*First Class Mail*
PLASPROS INC
Mark Doner
PO Box 66116
Chicago, IL  60666

*First Class Mail*
AMMUNITION ACCESSORIES
SDS 12-2268
PO Box 86
Minneapolis, MN  55486

*First Class Mail*
BURNER SYSTEMS INTERNATIO
John Long/Sue Moran
General Post Office
PO Box 27035
New York, NY  10087

*First Class Mail*
REVCOR
Jim White
12809 Collections Center Dr
Chicago, IL  60693

*First Class Mail*
CONSTRUCTION BOLT
Ben Morton
PO Box 8092
409 Waco Street
Wichita Falls, TX  76307

*First Class Mail*
COLUMBUS ENGINEERING, INC
Mike Noblitt
6600 South 50 West
Columbus, IN  47201

*First Class Mail*
KELLY HART & HALLMAN LLP
Suite 2500
201 Main Street
Fort Worth, TX  76102

*First Class Mail*
CREATIONS IN WOOD
Shawn
6401 Centennial Blvd
PO Box 90966
Nashville, TN  37209

*First Class Mail*
WORGAS, INC
Myra/Don Denton
PO Box 51023
Bowling Green, KY  42102

*First Class Mail*
O'Neal Steel Inc.
Attn:  Dean Hutson
PO Box 71900
Chattanooga, TN 37407

*First Class Mail*
PACKAGING CORP OF AMERICA
Robin Hamm
PO Box 532058
Atlanta, GA  30353

*First Class Mail*
PERFORMANCE STEEL,LLC
Jim Russell
817 South 7th Street
Las Vegas, NV  89101

*First Class Mail*
MCGREGOR & ASSOCIATES
Greg Wartinger
365 CARR DRIVE
Brookville, OH  45309

*First Class Mail*
OLIN/WINCHESTER
Susan Brown
5065 Collections Center Drive
Lock Box 5065
Chicago, IL  60693

*First Class Mail*
DUPONT POWDER COATINGS
Charles Quiller
E.I. Du Pont De Nemours & Co.
PO Box 2277
Carol Stream, IL  60132

*First Class Mail*
SPEC PRINT
Angela Bart x227/Lori
PO Box 890642
Charlotte, NC  28289

*First Class Mail*
C.H. ROBINSON WORLDWIDE I
JJ Rodeheffer
PO Box 9121
Minneapolis, MN  55480

*First Class Mail*
NORTON IGNITOR PRODUCTS
Bilerca Walter
Saint-Gobain Igniter Products
PO Box 640835
Pittsburgh, PA  15264

*First Class Mail*
NATIONAL KWIKMETAL SERVIC
560 Santa Rosa Dr
Des Plaines, IL  60018

*First Class Mail*
DIRECT METALS
John Loguidice
555 S. State College Blvd.
Fullerton, CA  92831

*First Class Mail*
MOZAIK
200 N Berry Street, Building B
Brea, CA 92821

*First Class Mail*
(Counsel to GE Business Financial Services)
David S. Heller, Esquire
Latham & Watkins LLP
Sears Tower Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
(Counsel to GE Business Financial Services)
Keith A. Simon, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

*First Class Mail*
(Counsel to the Official Committee of Unsecured
Creditors)
Schuyler G. Carroll, Esquire
Robert B. Hirsch, Esq.
George P. Angelich, Esquire
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

*First Class Mail*
(Counsel to Airgas)
David Boyle, Esquire
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-3187

*First Class Mail*
(Counsel to WARN Act Claimants)
Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm, P.C.
1119 Government Street
P.O. Boxes Drawer 3103
Mobile, AL 36652

*Foreign First Class Mail*
SAKURA
Rill Zhong
No. 2 Ronggui Avenue South, Ronggui, Shunde,
Foshan,
Guangdong, China

*Foreign First Class Mail*
HONGDA GROUP. CO., LTD
Daxu Industrial Area, Yongkang
Zhejiang, China 321300

*Foreign First Class Mail*
WINNSPEC INTERNATIONAL CO
Norman Jou
13F-1 207, Fu Sing Road
Taoyuan City, Taiwan Roc

*Foreign First Class Mail*
WINNERS PRODUCTS ENGINEER
Desmond
25/F Top Glory Tower, 262 Gloucester Rd
Causeway Bay, Hong Kong

*Foreign First Class Mail*
GARDEN FLAME GAS APPLIANC
4-402 Hua Jiang Rd, Hua Lin Ju, Dashi, Panyu,
Guangzhou
Guangzhou, China 511430

*Foreign First Class Mail*
INTERPRO MANUFACTURING, L
5/F, New Bright Industrial Ctr, 11 Sheung Yuet
Rd
Kowloon Bay, Hong Kong

*First Class Mail*
Missouri Department of Revenue
Bankruptcy Unit
Attention: Sheryl L. Moreau
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
William G. Wright, Esquire
CAPEHART & SCATCHARD, P.A.
A Professional Corporation
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, New Jersey 08054

*First Class Mail*
Mark G. Ledwin, Esq. (ML-6873)
3 Gannett Drive
White Plains, New York 10604
Counsel to Twin City Fire Insurance Company

*First Class Mail*
Robert S. Winner, Esquire
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

*Hand Delivery*
Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

*First Class Mail*
Damarr M. Butler, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

*First Class Mail*
Kimberly J. Robinson, Esq.
Barack Ferrazzano Kirschbaum
& Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*First Class Mail*
Eliza M. Reyes
VON BRIESEN & ROPER, S.C.
3 South Pinckney Street, Suite 1000
Madison, WI 53703
(Counsel for United Buyers Group, Inc.)

***First Class Mail***
*/s/ Benjamin Z. Heywood*
Benjamin Z. Heywood (0079590)
Lyden, Liebenthal & Chappell, Ltd.
5470 Main Street, Suite 300
Sylvania, Ohio 43560

***Hand Delivery***
"J" Jackson Shrum, Esq.
Archer & Greiner, PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801