# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re     :

DHP HOLDINGS II CORPORATION, *et al.*,     :

    Debtors.     :

    :

    :

    :

    :

    :

------------------------------------------------------- x

Case No. 08-13422 (MFW)

Chapter 11

Jointly Administered

**Hearing Date: If objections filed**

**Objection Deadline: April 13, 2009 at 4:00 pm**

## SECOND MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | February 19, 2009, *nunc pro tunc* to January 9, 2009 |
| Period for which compensation and reimbursement are sought: | February 1, 2009 through February 28, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $56,367.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,642.28 |

This is a(n):   [ X ] monthly   &middot;   [ ] interim   [ ] final application

The total time expended for fee application preparation in the Compensation Period is approximately 16.30 hours and the corresponding compensation requested is approximately $4,669.50.

**PRIOR APPLICATIONS FILED:**

| Date Filed | Period Covered | Requested | | Approved | | Amount of Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 02/25/09 [Docket No. 202] | 01/09/09 – 01/31/09 | $148,909.50[1] | $1,141.32 | $119,127.60 | $1,141.32 | $29,781.90 |

---

[1] This amount has been adjusted to reflect a voluntary write-off of $1,714.00 in fees, pursuant to discussions with the United States Trustee, Richard Shepacarter.

## ARENT FOX LLP'S PROFESSIONALS

| Name of Professional Person | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Schuyler G. Carroll | Partner since 2003. Member of NY Bar since 1993. | $650 | 0.30 | $195.00 |
| James M. Sullivan | Joined firm as a partner in 2009. Member of NJ bar since 1995. Member of NY bar since 1996. Member of DC bar since 1998. | $620 | 21.60 | $13,392.00 |
| Robert M. Hirsh | Partner since 2005. Member of NY and NJ bars since 1988. | $580 | 25.20 | $14,616.00 |
| Deanne M. Ottaviano | Partner since 2001. Member of NJ bar since 1992. Member of DC, MD and NY bars since 1993. | $555 | 2.50 | $1,387.50 |
| Melissa J. Llanera | Joined firm as an associate in 2003. Member of NY bar since 1997. | $480 | 8.10 | $3,888.00 |
| George Angelich | Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. | $460 | 8.60 | $3,956.00 |
| Katie A. Lane | Joined firm as an associate in 2008. Member of FL bar since 2002. Member of DC bar since 2007. | $440 | 0.20 | $88.00 |

| Name of Professional Person | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Valerie Webb | Joined firm as an associate in 2005. Member of MD bar since 2003. Member of DC bar since 2006. | $420 | 0.60 | $252.00 |
| David J. Kozlowski | Joined firm as an associate in 2008. Member of NY bar since 2007. | $360 | 28.40 | $10,224.00 |
| Lisa Indelicato | Paralegal | $265 | 26.60 | $7,049.00 |
| Nova A. Constantino | Paralegal | $265 | 2.70 | $715.50 |
| Allan G. Collins | Project Assistant | $155 | 3.90 | $604.50 |
| **TOTAL** | | | **128.70** | **$56,367.50** |

**Blended Rate:**                              **$437.98**

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 2.90 | $1,184.00 |
| Case Management and Operating Expenses (02) | 13.70 | $4,283.50 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Sale and Disposition of Assets (04) | 15.70 | $7,770.50 |
| Asset Analysis and Recovery (05) | 0.00 | $0.00 |
| Claims Administration and Objections (06) | .80 | $428.00 |
| Miscellaneous Motions and Objections (07) | 0.00 | $0.00 |
| Committee and Debtor Communications (08) | 19.90 | $9,680.00 |
| Adversary Proceedings (09) | 2.80 | $1,525.50 |
| Professional Retention (10) | 15.70 | $4,280.50 |
| Plan and Disclosure Statement Matters (11) | 1.10 | $506.00 |
| Cash Collateral and DIP Financing (12) | 1.00 | $580.00 |
| Employee Benefits and Severance, Pensions (13) | 5.80 | $2,366.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | 0.50 | $230.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 0.00 | $0.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 16.80 | $9,182.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 15.70 | $9,682.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 16.30 | $4,669.50 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| | | $56,367.50 |

## EXPENSE SUMMARY
## FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Expense Category | Service Provider/Description (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | | $140.63 |
| Database Search / PACER | | $20.75 |
| Local Travel | Taxicabs | $49.56 |
| Long Distance Phone Charges | | $53.24 |
| Out–of–Town Travel | Amtrak; taxicabs; mileage; tolls; and lodging. | $1,349.19 |
| Westlaw | | $28.91 |
| **TOTAL** | | **$1,642.28** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x

In re                                                   :    Case No. 08-13422 (MFW)
                                                        :
DHP HOLDINGS II CORPORATION, *et al.*,                  :    Chapter 11
                                                        :
      Debtors.            :    Jointly Administered
                                                        :
                                                        :    **Hearing Date: If objections filed**
                                                        :
                                                        :    **Objection Deadline: April 13, 2009 at 4:00 pm**
                                                        :

--------------------------------------------------------- x

## SECOND MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 16, 2009 [Docket No. 89] (the "Administrative Order"), Arent Fox LLP ("Arent Fox") hereby files its Second Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee (the "Committee") of Unsecured Creditors of DHP Holdings II Corporation, *et al.*[1] (collectively, "the Debtors") for the Period from February 1, 2009 through February 28, 2009 (the "Application"). By this Application, Arent Fox seeks a monthly allowance pursuant to the Administrative Order with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945); DESA, LLC (5717); DESA Heating, LLC (8137); DESA Specialty, LLC (8143); DESA FMI, LLC (8146); and DESA IP, LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

respect to sums of $56,367.50 for compensation and $1,642.28 for reimbursement of actual and necessary expenses for a total of $58,009.78 for the period from February 1, 2009 through and including February 28, 2009 (the "Compensation Period"). In support of this Application, Arent Fox respectfully represents as follows:

## Background

1.     On December 29, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.     On February 19, 2009, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 9, 2009. *See* Docket No. 196.

## Compensation Paid and Its Source

3.     All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4.     Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Arent Fox and any other person other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

## Time Records

5.     A copy of the time records for the Compensation Period is attached hereto as **Exhibit A**. The time records contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy

Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.      A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as **Exhibit B**. While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.      Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost. Arent Fox currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8.      Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.      The partners and associates of Arent Fox who have rendered professional services in these cases are:  Schuyler G. Carroll, James M. Sullivan, Robert M. Hirsh, Deanne M. Ottaviano, Melissa J. Llanera, George M. Angelich, Katie A. Lane, Valerie Webb and David

Kozlowski. Lisa Indelicato, Nova A. Constantino, and Allan G. Collins are paraprofessionals of Arent Fox who have also rendered services in these cases.

10. Arent Fox, by and through the above-named persons, has prepared its retention application and has submitted other pleadings to the Court for consideration on behalf of the Committee, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

## Summary of Services By Project

11. The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on **Exhibit A**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A**.

A.   Petition, Schedules, First Day Orders (01)

Fees:  $1,184.00          Total Hours:  2.90

This category includes reviewing the Debtors' petitions and schedules and first day motions submitted to and orders approved by the Court.

B.   Case Management and Operating Reports (02)

Fees:  $4,283.50          Total Hours:  13.70

This category includes all matters related to filing and serving documents, maintaining service lists, calendars and reviewing work in process reports and notices of appearance.

C.    Sale and Disposition of Assets (04)

Fees:  $7,770.50          Total Hours:  15.70

This category includes all matters related to acquisitions, dispositions and other postpetition uses of property of the Debtors' estates.

D.    Claims Administration and Objections (06)

Fees:  $428.00          Total Hours:  0.80

This category includes all time spent related to claims administration and bar date matters, including claims objections and related contested matters.

E.    Committee and Debtor Communications, Conference (08)

Fees:  $9,680.00          Total Hours:  19.90

This category includes all matters related to communications involving the Debtors, counsel to the Committee and members of the Committee.

F.    Adversary Proceedings (09)

Fees:  $1,525.50          Total Hours:  2.80

This category includes all matters related to litigation and adversary proceedings.

G.    Professional Retention (10)

Fees:  $4,280.50          Total Hours:  15.70

This category includes time spent preparing applications to retain Arent Fox, reviewing applications for retention by other professionals and objecting to the retention of other professionals.

H.    Plan and Disclosure Statement Matters and Solicitation (11)

Fees:  $506.00          Total Hours:  1.10

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of a plan of reorganization, disclosure statement, and related

corporate documentation and research relating thereto.

    I.       Cash Collateral and DIP Financing (12)

       Fees:  $580.00       Total Hours:  1.00

This category includes all matters related to the review, negotiation and documentation of debtor in possession financing, post-confirmation financing and all cash collateral issues.

    J.       Employee Benefits and Severance, Pensions, ERISA (13)

       Fees:  $2,366.00       Total Hours:  5.80

This category includes all matters related to employee wages, benefits, collective bargaining issues, ERISA, retirement benefits and other employee relations matters.

    K.       Creditor Inquiries (15)

       Fees:  $230.00       Total Hours:  0.50

This category includes time spent responding to inquiries from creditors regarding the Debtors' cases.

    L.       Investigation of Secured Creditor, Equipment Lessors and Lienholders (17)

       Fees:  $9,182.00       Total Hours:  16.80

This category includes time spent with respect to the investigation of secured claims and the review and analysis of lien documentation.

    M.       Chapter 5 Litigation Collection and Investigation (19)

       Fees:  $9,682.00       Total Hours:  15.70

This category includes time spent investigating claims and liens on insurance proceeds.

N.    Fee Applications (22)

Fees:  $4,669.50          Total Hours:  16.30

This category includes time spent preparing a memorandum summarizing the procedures for professionals' compensation and reimbursement of expenses and the deadlines as set forth in the Administrative Order.

**Valuation of Services**

12.    Attorneys and paraprofessionals of Arent Fox have expended a total of 128.70 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Schuyler G. Carroll | 0.30 | $650 |
| James M. Sullivan | 21.60 | $620 |
| Robert M. Hirsh | 25.20 | $580 |
| Deanne M. Ottaviano | 2.50 | $555 |
| Melissa J. Llanera | 8.10 | $480 |
| George Angelich | 8.60 | $460 |
| Katie A. Lane | 0.20 | $440 |
| Valerie Webb | 0.60 | $420 |
| David J. Kozlowski | 28.40 | $360 |
| Lisa Indelicato | 26.60 | $265 |
| Nova A. Constantino | 2.70 | $265 |
| Allan G. Collins | 3.90 | $155 |

The nature of the work performed by these persons is fully set forth in **Exhibit A**. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $56,367.50.

13.    In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other

cases. Moreover, Arent Fox has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from February 1, 2009 through February 28, 2009, an allowance be made to Arent Fox pursuant to the terms of the Administrative Order, with respect to the sum of $56,367.50 as compensation for the necessary professional services rendered (80% of which equals $45,094.00), and the sum of $1,642.28 as 100% reimbursement of the actual and necessary expenses, for a total of $58,009.78, and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:   March 20, 2009
         New York, New York
                                    ARENT FOX LLP


                                    _____/s/ Robert M. Hirsh_____
                                    Robert M. Hirsh, Esq. (admitted *pro hac vice*)
                                    George P. Angelich, Esq. (admitted *pro hac vice*)
                                    1675 Broadway
                                    New York, NY 10019
                                    (212) 484-3900
                                    (212) 484-3990 (Fax)

                                    *Counsel for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re                                          :        Case No. 08-13422 (MFW)
                                               :
DHP HOLDINGS II CORPORATION, et al.,           :        Chapter 11
                                               :
          Debtors.                             :        Jointly Administered
                                               :
                                               :        **Hearing Date: If objections filed**
                                               :
                                               :        **Objection Deadline: April 13, 2009 at 4:00 pm**
                                               :
-------------------------------------------------------- x
```

## NOTICE OF SECOND MONTHLY FEE APPLICATION

TO:     (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE PREPETITION SENIOR AGENT; AND (IV) ALL PARTIES WHO HAVE FILED AND SERVED REQUESTS FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that on March 24, 2009, Arent Fox LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed the attached **Second Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2009 through February 28, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"), seeking an allowance of fees in the amount of $56,367.50 and reimbursement of expenses in the amount of $1,642.28.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 16, 2009 [Docket No. 89] (the "Administrative Order"), and must be filed with the Clerk of the United

States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the Debtors, 2701 Industrial Drive, Bowling Green, KY 42101, Attn: Craig Dean, CRO; (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899- 8705 (Courier 19801), Attn: Laura Davis Jones, Esquire; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207,844 N. King Street, Wilmington, Delaware 19801 Attn: Richard Schepacarter, Esq.; and (iv) counsel for Official Committee of Unsecured Creditors, Arent Fox LLP, 1675 Broadway, New York, New York 10019 Attn: Robert M. Hirsh by no later than **April 13, 2009 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of

expenses requested in the Application or (ii) 80% of the fees and 100% of the expenses not

subject to an objection without the need for further order of the Bankruptcy Court.

Dated: March 24, 2009
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
William M. Kelleher (DE Bar No. 3961)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: wmk@elliottgreenleaf.com

and

Robert M. Hirsh (admitted _pro hac vice_)
George P. Angelich (admitted _pro hac vice_)
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: hirsh.robert@arentfox.com
E-mail: angelich.george@arentfox.com

_Counsel for the Official Committee
of Unsecured Creditors_

**EXHIBIT A**

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
DHP Holdings II Corporation, et al. - Official Committee of    Invoice Number 1187543
Unsecured Creditors                                            Invoice Date   03/20/09
c/o 221 Arsenal Drive                                          Client Number  031194
Ninety Six, SC 29666
Attn: John Neumann
```

--------------------------------------------------------------------------------

| Category | Hours | Total |
|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2009

| No. | Category | Hours | Total |
|---|---|---|---|
| 00000 | General | .00 | 1,642.28 |
| 00001 | Petition, Schedules, First Day Orders | 2.90 | 1,184.00 |
| 00002 | Case Management and Operating Reports | 13.70 | 4,283.50 |
| 00004 | Sale and Disposition of Assets | 15.70 | 7,770.50 |
| 00006 | Claims Administration and Objections | .80 | 428.00 |
| 00008 | Committee and Debtor Communications, Conference | 19.90 | 9,680.00 |
| 00009 | Adversary Proceedings | 2.80 | 1,525.50 |
| 00010 | Professional Retention | 15.70 | 4,280.50 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 1.10 | 506.00 |
| 00012 | Cash Collateral and DIP Financing | 1.00 | 580.00 |
| 00013 | Employee Benefits and Severance, Pensions ERISA, | 5.80 | 2,366.00 |
| 00015 | Creditor Inquiries | .50 | 230.00 |
| 00017 | Investigation of Secured Creditor, Equipment Les | 16.80 | 9,182.00 |
| 00019 | Chapter 5 Litigation, Collection and Investigati | 15.70 | 9,682.00 |
| 00022 | Fee Applications | 16.30 | 4,669.50 |
| Totals | | 128.70 | 58,009.78 |

(00000) MATTER NUMBER
RE:  General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

FOR CHARGES:
    01/12/09   PHONE CHARGES                             53.24

               **TOTAL FOR: PHONE CHARGES**              53.24

    02/28/09   OTHER DATABASE SEARCH-PACER 01-01-2009    19.45
    02/28/09   OTHER DATABASE SEARCH-PACER 01-01-2009     1.30

               **TOTAL FOR: OTHER DATABASE SEARCH**      20.75

    02/23/09   WESTLAW User:  CONSTANTINO,NOVA            8.13
    02/23/09   WESTLAW User:  CONSTANTINO,NOVA            6.50
    01/31/09   WESTLAW User:  ENGLISH,CAROLINE            7.93
    01/31/09   WESTLAW User:  ENGLISH,CAROLINE            6.35

               **TOTAL FOR: WESTLAW**                    28.91

    01/26/09   OVERTIME MEALS & CABS -  SCHUYLER         60.80
               CARROLL 01/26:WORKING LUNCH W M COHEN
    01/12/09   OVERTIME MEALS & CABS -  HEIKE M.         15.00
               VOGEL 01/12:TAXI HOME
    01/22/09   OVERTIME MEALS & CABS -  HEIKE M.         18.96
               VOGEL 01/22:TAXI HOME
    01/27/09   OVERTIME MEALS & CABS -  HEIKE M.         15.60
               VOGEL 01

               **TOTAL FOR: OVERTIME MEALS & CABS**      110.36

    02/12/09   TAXICABS -  DAVID J. KOZLOWSKI            19.00
               02/12:PARKING/TAXI:TRAVEL DEST:
               DELAWARE
    02/18/09   TAXICABS -  ROBERT HIRSH                  21.80
               02/18:PARKING/TAXI:TRAVEL DEST:
               PHILADELPHIA/WILMINGTON-DESA
    01/14/09   TAXICABS -  ELITE LIMOUSINE PLUS INC      88.74
               DEST: GREAT NECK, NY
    01/30/09   TAXICABS -  ROBERT HIRSH                   8.30
               01/30:PARKING/TAXI:TRAVEL DEST:
               WILMINGTON, DE

               **TOTAL FOR: TAXICABS**                  137.84

    01/29/09   MEALS -  ROBERT HIRSH 01/29:MEETING       54.21
               DESA LUNCH
    01/29/09   MEALS -  SEAMLESS WEB PROFESSIONAL        25.62

               **TOTAL FOR: MEALS**                      79.83

    02/12/09   OUT-OF-TOWN TRANSPORTATION -  DAVID J.   238.00

|          | KOZLOWSKI 02/12:AMTRAK:TRAVEL DEST: DELAWARE |  |
|----------|----------|----------|
| 02/18/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 02/18:US AIRWAYS: TRAVEL DEST: PHILADELPHIA/WILMINGTON,-DESA | 184.45 |
| 02/18/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 02/18:US AIRWAYS: FLIGHT CHANGE: TRAVEL DEST: PHILADELPHIA/WILMINGTON-DESA | 75.00 |
| 02/18/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 02/18:AMTRAK:TRAVEL DEST: PHILADELPHIA/WILMINGTON,-DESA | 111.00 |
| 01/30/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 01/30:AMTRAK:TRAVEL DEST: WILMINGTON,DE | 268.00 |

**TOTAL FOR: OUT-OF-TOWN TRANSPORTATION      876.45**

| 02/18/09 | OUT OF TOWN LODGING - ROBERT HIRSH 02/18A:HOTEL DUPONT: TRAVEL DEST: PHILADELPHIA/WILMINGTON,-DESA | 334.90 |
|----------|----------|----------|

**TOTAL FOR: OUT OF TOWN LODGING         334.90**

```
                                         ------------
```

CURRENT CHARGES                          1,642.28

SUBTOTAL FOR THIS MATTER                 $1,642.28

(00001) MATTER NUMBER
RE:   Petition, Schedules, First Day Orders

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 02/02/09 | DJ  KOZLOWSKI | Review docket and obtain copies of recent court orders. | .1 | 36.00 |
| 02/03/09 | DJ  KOZLOWSKI | Review reclamation notice of Saint-Gobain; summarize the same for R. Hirsh. | .6 | 216.00 |
| 02/06/09 | DJ  KOZLOWSKI | Review docket and review relevant documents. | .1 | 36.00 |
| 02/09/09 | DJ  KOZLOWSKI | Review objection to 503(b)(9) motion and provide summary of the same to R. Hirsh. | .4 | 144.00 |
| 02/10/09 | DJ  KOZLOWSKI | Meeting with G. Angelich regarding upcoming schedule. | .1 | 36.00 |
| 02/10/09 | DJ  KOZLOWSKI | Review upcoming hearings and deadlines and provide notice of the same to G. Angelich and R. Hirsh. | .2 | 72.00 |
| 02/16/09 | GA  ANGELICH | Review Debtors' Schedules and Statements of Financial Affairs and correspond with Charles Berk and Rob Hirsh re same | 1.4 | 644.00 |

```
                                                         -------------
                    CURRENT FEES                            1,184.00
```

                    TIMEKEEPER TIME SUMARY
```
.............................................................
GEORGE ANGELICH          1.4    at $460.00 =      644.00
DAVID J. KOZLOWSKI       1.5    at $360.00 =      540.00
                         ----                  ----------
        TOTALS           2.9                     1,184.00
```

                    SUBTOTAL FOR THIS MATTER              $1,184.00

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/04/09 | LA INDELICATO | Review docket for critical dates and correspond with Kozlowski regarding same. | .3 | 79.50 |
| 02/06/09 | LA INDELICATO | Update master service list. | .7 | 185.50 |
| 02/10/09 | AG COLLINS | Compiled list of professionals from Applications to Employ found in court docket and created excel spreadsheet of information, per request of L. Indelicato. | 2.7 | 418.50 |
| 02/11/09 | DJ KOZLOWSKI | Prepare for 341 meeting. | .3 | 108.00 |
| 02/12/09 | DJ KOZLOWSKI | Travel to and attend 341 meeting of creditors in Wilmington, DE. | 7.3 | 2,628.00 |
| 02/13/09 | DJ KOZLOWSKI | Prepare and draft summary of section 341 meeting. | .9 | 324.00 |
| 02/17/09 | DJ KOZLOWSKI | Review docket and review and calendar relevant filings. | .4 | 144.00 |
| 02/18/09 | DJ KOZLOWSKI | Telephone conference with G. Angelich re date of hearing on various motions. | .1 | 36.00 |
| 02/19/09 | DJ KOZLOWSKI | Review docket and review new filings. | .2 | 72.00 |
| 02/23/09 | DJ KOZLOWSKI | Review and summarize professional's disclosure affidavits and forward the results to R. Hirsh. | .5 | 180.00 |
| 02/23/09 | DJ KOZLOWSKI | Review docket and review recently filed orders. | .1 | 36.00 |
| 02/26/09 | DJ KOZLOWSKI | Review docket and recent filings. | .2 | 72.00 |

```
                                                      --------------
                        CURRENT FEES                    4,283.50


                        TIMEKEEPER TIME SUMARY
        ----------------------------------------------------------
        DAVID J. KOZLOWSKI    10.0   at  $360.00 =    3,600.00
        LISA INDELICATO        1.0   at  $265.00 =      265.00
        ALLAN G. COLLINS       2.7   at  $155.00 =      418.50
                               ----                 ----------
              TOTALS          13.7                    4,283.50

                        SUBTOTAL FOR THIS MATTER          $4,283.50
```

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|---|-------|-------|
| 02/12/09 | SG CARROLL | Consideration of strategy related to debtors' sale motion, particularly in light of less than full cooperation and potential alternative bids, meet with Rob Hirsh. | .3 | 195.00 |
| 02/13/09 | LA INDELICATO | Retrieve documents requested by George Angelich regarding sale. | .3 | 79.50 |
| 02/16/09 | DJ KOZLOWSKI | Review bid procedures motion and summarize for the Committee. | .4 | 144.00 |
| 02/16/09 | DJ KOZLOWSKI | Multiple emails with R. Hirsh and G. Angelich re bid procedures motion and APA motion. | .4 | 144.00 |
| 02/16/09 | DJ KOZLOWSKI | Review and summarize Bid Procedures Motion. | 3.1 | 1,116.00 |
| 02/17/09 | GA ANGELICH | Review Bid Procedures and revise, edit and finalize email to Committee summarizing Auction procedures | 2.1 | 966.00 |
| 02/17/09 | GA ANGELICH | Draft email to Rob Hirsh outlining issues with Bid Procedures for discussion with Debtors' counsel | .7 | 322.00 |
| 02/18/09 | GA ANGELICH | Phone call from jc Fanizio of Bayard Firm re potential bidder's objection to failure to disclose insider relationship of Debtors to potential stalking horse bidder and summarize same for Rob Hirsh | .2 | 92.00 |
| 02/18/09 | RM HIRSH | Telephone conference with Debtor's counsel regarding revisions to the Bid Procedures and other issues (.60); Preparation for hearing on Bid Procedures (.80); Travel to Delaware regarding same (2.50). | 3.9 | 2,262.00 |
| 02/19/09 | RM HIRSH | Attended hearing on Bidding Procedures (1.10); Conferenced with Debtor's counsel and CRO regarding status of sale process and other issues (.60); Travel from Deleware regarding same (2.50). | 4.1 | 2,378.00 |
| 02/19/09 | DJ KOZLOWSKI | Review and exchange emails among R. Hirsh and B. Hudson re the results of the hearing on the bid procedures motion. | .2 | 72.00 |

CURRENT FEES                                  7,770.50

TIMEKEEPER TIME SUMARY

```
-----------------------------------------------------------
SCHUYLER CARROLL        .3    at  $650.00  =      195.00
ROBERT HIRSH           8.0    at  $580.00  =    4,640.00
GEORGE ANGELICH        3.0    at  $460.00  =    1,380.00
DAVID J. KOZLOWSKI     4.1    at  $360.00  =    1,476.00
LISA INDELICATO         .3    at  $265.00  =       79.50
                      ----                   ---------
        TOTALS        15.7                     7,770.50
```

SUBTOTAL FOR THIS MATTER                        $7,770.50

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/09/09 | RM  HIRSH | Review/analysis Notice of Reclamation Claim by Saint-Gobain Ceramics & Plastics. | .5 | 290.00 |
| 02/12/09 | GA  ANGELICH | Review Debtors' objection to Ryerson's motion for allowance and payment of 503(b)(9) claim | .3 | 138.00 |

```
                                              -------------
              CURRENT FEES                       428.00
```

```
                 TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
ROBERT HIRSH            .5   at  $580.00 =      290.00
GEORGE ANGELICH        .3   at  $460.00 =      138.00
                       ----                 ----------
          TOTALS       0.8                     428.00

             SUBTOTAL FOR THIS MATTER            $428.00
```

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference Calls

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|-----|-------|-------|
| 02/02/09 | DJ KOZLOWSKI | Draft and send email to Committee regarding call-in instructions for conference call. | .3 | 108.00 |
| 02/02/09 | DJ KOZLOWSKI | Prepare for and attend Committee conference call. | 1.4 | 504.00 |
| 02/02/09 | RM HIRSH | Multiple telephone conferences with Committee members regarding various issues (.90); Attended Committee call regarding sale process, Cash Collateral, settlement with the Lenders and overall case strategy (1.50). | 2.4 | 1,392.00 |
| 02/03/09 | RM HIRSH | Multiple telephone conferences with Committee members regarding various issues (.50); Telephone conference with Debtor's counsel regarding sale issues and other overall case issues (.60). | 1.1 | 638.00 |
| 02/03/09 | GA ANGELICH | Phone call with Curt Arnold re creditor contacts | .1 | 46.00 |
| 02/04/09 | RM HIRSH | Multiple e-mail exchanges with Debtor's counsel regarding various issues (.50); Multiple telephone conferences with C. Berk regarding same and strategy (.70). | 1.2 | 696.00 |
| 02/04/09 | DJ KOZLOWSKI | Research dates and deadlines for Committee memorandum. | .8 | 288.00 |
| 02/04/09 | DJ KOZLOWSKI | Meeting with G. Angelich regarding revisions to Committee memos. | .2 | 72.00 |
| 02/05/09 | DJ KOZLOWSKI | Revise and finalize memos and provide to R. Hirsh for review. | 1.8 | 648.00 |
| 02/05/09 | DJ KOZLOWSKI | Incorporate R. Hirsh additions and send memo regarding AP to Committee. | .3 | 108.00 |
| 02/05/09 | RM HIRSH | Telephone conference with Debtor's counsel regarding various issues (.60); Multiple telephone conferences with C. Berk regarding same and strategy (.80); Telephone conference with Committee Co-Chair regarding various issues (.50). | 1.9 | 1,102.00 |
| 02/09/09 | RM HIRSH | Telephone conference with K .Simon regarding negotiation of settlement with the lender group (.40); Preparation of e-mail correspondence to L. Jones regarding status of case (.30). | .7 | 406.00 |

| | | | | |
|---|---|---|---|---|
| 02/09/09 | RM | HIRSH | Telephone conference with Co-Chair of Committee regarding various issues and strategy (.40); Telephone conference with C. Berk regarding same (.40). | .9 | 522.00 |
| 02/10/09 | RM | HIRSH | Communicated with Debtor's counsel regarding status and various issues relating to sale and operations (.40); Telephone conference with C. Berk regarding same and strategy (.40). | .8 | 464.00 |
| 02/11/09 | DJ | KOZLOWSKI | Email Committee regarding conference call. | .1 | 36.00 |
| 02/12/09 | DJ | KOZLOWSKI | Creditors Committee conference call. | .4 | 144.00 |
| 02/12/09 | RM | HIRSH | Telephone conference with Debtor's counsel, Debtor's CRO and C. Berk regarding status of sales and various case issues (.50); Attended Committee conference call (.40); Telephone conference with C. Berk regarding strategy (.40). | 1.3 | 754.00 |
| 02/16/09 | DJ | KOZLOWSKI | Email Committee re upcoming conference call. | .1 | 36.00 |
| 02/16/09 | DJ | KOZLOWSKI | Email the Committee with drafts of the Debtors' Sale and Bid Procedures motions. | .1 | 36.00 |
| 02/17/09 | DJ | KOZLOWSKI | Finalize and send summary of 341 meeting for the Committee to R. Hirsh for review. | .3 | 108.00 |
| 02/17/09 | DJ | KOZLOWSKI | Review and revise summary of 341 meeting for the Committee, pursuant to R. Hirsh's comments. | .3 | 108.00 |
| 02/17/09 | DJ | KOZLOWSKI | Draft and send email to R. Hirsh and G. Angelich re Debtors' Bid Procedures Motion summary for the Committee. | .3 | 108.00 |
| 02/17/09 | DJ | KOZLOWSKI | Draft and send email to Committee re summary of 341 meeting. | .2 | 72.00 |
| 02/17/09 | GA | ANGELICH | Review summary of 341 Meeting | .2 | 92.00 |
| 02/18/09 | DJ | KOZLOWSKI | Draft and send email to R. Hirsh re dates memo and whether to send it to the Committee as is or revise it to remove information re tomorrow's hearing. | .1 | 36.00 |
| 02/19/09 | DJ | KOZLOWSKI | Review bid procedures order and draft and send an email to the Committee with a copy of the order and exhibits, and all the relevant dates as mentioned in the order. | .6 | 216.00 |
| 02/19/09 | DJ | KOZLOWSKI | Telephone conversation with R. Hirsh re drafting an email to the Committee with the bid procedures order and relevant dates; preparing for conference call tomorrow. | .1 | 36.00 |
| 02/20/09 | DJ | KOZLOWSKI | Committee conference call. | .5 | 180.00 |
| 02/20/09 | RM | HIRSH | Attended Committee conference call regarding update on sale process and overall case. | .6 | 348.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/22/09 | DJ | KOZLOWSKI | Draft and send email to Committee re upcoming hearing and other dates. | .3 | 108.00 |
| 02/22/09 | DJ | KOZLOWSKI | Email John Neuman re Committee expenses. | .1 | 36.00 |
| 02/26/09 | RM | HIRSH | Telephone conference with counsel for Lender group regarding settlement. | .4 | 232.00 |

```
                                                   -------------
              CURRENT FEES                           9,680.00
```

TIMEKEEPER TIME SUMARY
```
----------------------------------------------------------
ROBERT HIRSH           11.3   at  $580.00 =    6,554.00
GEORGE ANGELICH          .3   at  $460.00 =      138.00
DAVID J. KOZLOWSKI      8.3   at  $360.00 =    2,988.00
                      ----                   ---------
       TOTALS          19.9                    9,680.00
```

                SUBTOTAL FOR THIS MATTER                $9,680.00

(00009) MATTER NUMBER
RE:   Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/20/09 | GA  ANGELICH | Confer with Rob Hirsh and follow up with Deanne Ottaviano re status of D&O policy analysis | .3 | 138.00 |
| 02/25/09 | DM  OTTAVIANO | Review and analyze D&O contract and email to G. Angelich re: same. | 2.5 | 1,387.50 |

                                                            -------------
                    CURRENT FEES                              1,525.50


                    TIMEKEEPER TIME SUMARY
------------------------------------------------------------
| | | | | |
|---|---|---|---|---|
| DEANNE M. OTTAVIANO | 2.5 | at | $555.00 = | 1,387.50 |
| GEORGE ANGELICH | .3 | at | $460.00 = | 138.00 |
| | ---- | | | --------- |
| TOTALS | 2.8 | | | 1,525.50 |

                    SUBTOTAL FOR THIS MATTER              $1,525.50

(00010) MATTER NUMBER
RE:  Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 02/02/09 | AG COLLINS | Retrieved various briefs relating to Judge Walrath's decision re: payment of professional fees. | 1.2 | 186.00 |
| 02/02/09 | LA INDELICATO | Review correspondence and determine status of AF retention. | .1 | 26.50 |
| 02/06/09 | LA INDELICATO | Review internal correspondence, review retention application, determine status of connections search, review docket, determine if supplemental search in appropriate at this time, email George Angelich regarding same. | .9 | 238.50 |
| 02/06/09 | LA INDELICATO | Begin preparation of supplemental list of parties to be searched for connections with the firm. | 1.7 | 450.50 |
| 02/09/09 | LA INDELICATO | Continued to prepare list of parties for supplemental connections search. | 2.8 | 742.00 |
| 02/10/09 | LA INDELICATO | Review and edit list of parties for supplemental connections search. | 1.9 | 503.50 |
| 02/11/09 | LA INDELICATO | Review and revise list of professionals to be searched for connections with the firm. | .4 | 106.00 |
| 02/17/09 | LA INDELICATO | Prepare supplemental declaration in support of AF's retention. | 2.3 | 609.50 |
| 02/24/09 | LA INDELICATO | Prepare supplemental list of parties to be searched for connections with the firm. | 3.6 | 954.00 |
| 02/26/09 | RM HIRSH | Review/analysis Ordinary Course Professional Disclosure Affidavits (.50); Conferenced with G. Angelich regarding same (.30). | .8 | 464.00 |

CURRENT FEES                                    4,280.50

TIMEKEEPER TIME SUMARY

| | | | |
|-------------|------|-----------|---------|
| ROBERT HIRSH | .8 | at $580.00 = | 464.00 |
| LISA INDELICATO | 13.7 | at $265.00 = | 3,630.50 |
| ALLAN G. COLLINS | 1.2 | at $155.00 = | 186.00 |
| TOTALS | 15.7 | | 4,280.50 |

SUBTOTAL FOR THIS MATTER            $4,280.50

(00011) MATTER NUMBER
RE:    Plan and Disclosure Statement Matters and
       Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
| ------- | ---------- | | ----- | ----- |
| 02/04/09 | GA ANGELICH | Review draft liquidation analysis prepared by Mahoney Cohen and confer with Rob Hirsh re same | 1.1 | 506.00 |

                                                              -------------
                      CURRENT FEES                               506.00


                      TIMEKEEPER TIME SUMARY
-----------------------------------------------------------------
GEORGE ANGELICH        1.1    at  $460.00 =      506.00
                       ----                    ---------
       TOTALS          1.1                       506.00

                  SUBTOTAL FOR THIS MATTER            $506.00

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/02/09 | RM  HIRSH | Review/analysis final draft of Final Cash Collateral Order (.60); Telephone conference with K. Simon regarding same (.40). | 1.0 | 580.00 |

CURRENT FEES                                       580.00

TIMEKEEPER TIME SUMARY

| | | | | |
|------|-----|------|---|--------|
| ROBERT HIRSH | 1.0 | at  $580.00 = | | 580.00 |
| TOTALS | 1.0 | | | 580.00 |

SUBTOTAL FOR THIS MATTER                  $580.00

(00013) MATTER NUMBER
RE:   Employee Benefits and Severance, Pensions ERISA,
      Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 02/04/09 | DJ  KOZLOWSKI | Draft, review, and revise Committee memos re upcoming dates and Chapter 11 deadlines, and the WARN Act AP. | 4.1 | 1,476.00 |
| 02/05/09 | RM  HIRSH | Review/analysis memorandum to the Committee regarding status of various motions (.40); Review/analysis Memorandum detailing the Warn Act Adversary Proceeding and conferenced with D. Kozlowski regarding same (.70). | 1.1 | 638.00 |
| 02/19/09 | VW  WEBB | Read recent Sixth Circuit opinion regarding WARN Act and consider whether it could impact case (.6). | .6 | 252.00 |

```
                                                      -------------
                    CURRENT FEES                          2,366.00
```

```
                        TIMEKEEPER TIME SUMARY
          --------------------------------------------------------
          ROBERT HIRSH            1.1   at  $580.00 =      638.00
          VALERIE WEBB             .6   at  $420.00 =      252.00
          DAVID J. KOZLOWSKI      4.1   at  $360.00 =    1,476.00
                                  ----                 ----------
                 TOTALS           5.8                    2,366.00

                    SUBTOTAL FOR THIS MATTER                  $2,366.00
```

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/03/09 | GA  ANGELICH | Phone call to Mike Norbitt in response to creditor inquiry re case status | .1 | 46.00 |
| 02/04/09 | GA  ANGELICH | Phone call from Mike Noblitt re creditor inquiry | .2 | 92.00 |
| 02/20/09 | GA  ANGELICH | As per Rob Hirsh, return phone call to Gabe Fried of Stream Bank re creditor inquiry | .2 | 92.00 |

```
                                                        -------------
                    CURRENT FEES                           230.00
```

TIMEKEEPER TIME SUMARY

```
-----------------------------------------------------------
GEORGE ANGELICH           .5   at  $460.00 =      230.00
                         ----                   ---------
          TOTALS          0.5                     230.00

             SUBTOTAL FOR THIS MATTER           $230.00
```

(00017) MATTER NUMBER
RE:   Investigation of Secured Creditor, Equipment Lessors

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|-------------|-------|-------|
| 02/02/09 | JM SULLIVAN | Numerous communications re: document production re: GE liens and reviewing of same (1.5); considering issues re: memo re: GE lien investigation (1.2) | 2.7 | 1,674.00 |
| 02/03/09 | JM SULLIVAN | Communicates re: memo re: investigation of GE liens and revisions to same. | 2.0 | 1,240.00 |
| 02/03/09 | MJ LLANERA | Meeting with R. Hirsh regarding GE liens analysis memo. | .2 | 96.00 |
| 02/03/09 | MJ LLANERA | Calls and meetings with J. Sullivan regarding revisions to GE liens memo. | .5 | 240.00 |
| 02/03/09 | MJ LLANERA | Review and revise analysis of GE liens and memo. | 2.9 | 1,392.00 |
| 02/03/09 | MJ LLANERA | Email to A. Dubin regarding categories excluded from GE liens; Calls from A. Dubin regarding same. | .6 | 288.00 |
| 02/04/09 | JM SULLIVAN | Communications re: revised memo re: GE liens. | .5 | 310.00 |
| 02/06/09 | JM SULLIVAN | Prepare for and participate in meeting with R. Hirsch to discuss GE lien analysis. | .8 | 496.00 |
| 02/06/09 | RM HIRSH | Review/analysis Internal Memorandum regarding analysis of GE liens and claims. | 1.5 | 870.00 |
| 02/06/09 | RM HIRSH | Conference with J. Sullivan regarding GE Liens and strategy. | .6 | 348.00 |
| 02/09/09 | RM HIRSH | Attended to discovery issues regarding HIG. | .4 | 232.00 |
| 02/09/09 | JM SULLIVAN | Communication with M. Llanera re: lien search. | .2 | 124.00 |
| 02/09/09 | MJ LLANERA | Call with J. Sullivan regarding updated lien search for GE liens in all jurisdictions. | .2 | 96.00 |
| 02/10/09 | MJ LLANERA | Review results from lien search of Orange County for DESA LLC. | .1 | 48.00 |
| 02/10/09 | MJ LLANERA | Review results from lien search of Orange County for DESA FMI LLC. | .1 | 48.00 |
| 02/10/09 | MJ LLANERA | Review results from lien search of FL for DESA LLC. | .1 | 48.00 |
| 02/10/09 | MJ LLANERA | Review results from lien search of FL for DESA US LLC. | .1 | 48.00 |
| 02/10/09 | MJ LLANERA | Review results from lien search of FL for DESA IP LLC. | .1 | 48.00 |
| 02/10/09 | MJ LLANERA | Review results from lien search of FL for DESA HEATING LLC. | .1 | 48.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/10/09 | MJ | LLANERA | Review results from lien search of FL for DESA SPECIALTY LLC. | .1 | 48.00 |
| 02/10/09 | MJ | LLANERA | Review results from lien search of FL for DESA FMI LLC. | .1 | 48.00 |
| 02/10/09 | MJ | LLANERA | Review results from lien search of FL for HIG-DESA HEATING LLC. | .1 | 48.00 |
| 02/10/09 | MJ | LLANERA | Review results from lien search of FL for HIG-DESA SPECIALTY LLC. | .1 | 48.00 |
| 02/10/09 | MJ | LLANERA | Review results from lien search of FL for HIG-DESA FMI LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review results from lien search of Bronx County for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review results from lien search of NY County for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review results from lien search of TN Williamson County R/E records for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review results from lien search of TN Coffee County R/E records for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review results from lien search of TN Coffee County R/E records for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review results from lien search of TN Coffee County R/E records for DESA SPECIALTY LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA US LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA IP LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA HEATING LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA SPECIALTY LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for DESA FMI LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for HIG-DESA HEATING LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for HIG-DESA SPECIALTY LLC. | .1 | 48.00 |
| 02/11/09 | MJ | LLANERA | Review lien search of FL SOS for HIG-DESA FMI LLC. | .1 | 48.00 |
| 02/12/09 | MJ | LLANERA | Review email with results of updated AL lien search for GE liens for DESA LLC | .1 | 48.00 |
| 02/12/09 | MJ | LLANERA | Review email with results of updated AL lien search for GE liens for DESA FMI LLC | .1 | 48.00 |
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for DESA US LLC | .1 | 48.00 |

| Date | | | Description | | |
|------|----|--------|-------------|-----|-------|
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for DESA IP LLC | .1 | 48.00 |
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for DESA LLC | .1 | 48.00 |
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for DESA HEATING LLC | .1 | 48.00 |
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for DESA SPECIALTY LLC | .1 | 48.00 |
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for DESA FMI LLC | .1 | 48.00 |
| 02/13/09 | MJ | LLANERA | Review email with results of updated KY lien search for GE liens for HIG-DESA HEATING LLC | .1 | 48.00 |
| 02/17/09 | MJ | LLANERA | Email from R. Hirsh regarding completion of updated lien search. | .1 | 48.00 |

```
                                            -------------
                  CURRENT FEES                 9,182.00
```

```
            TIMEKEEPER TIME SUMARY
----------------------------------------------------
JAMES M. SULLIVAN      6.2   at  $620.00 =   3,844.00
ROBERT HIRSH           2.5   at  $580.00 =   1,450.00
MELISSA J. LLANERA     8.1   at  $480.00 =   3,888.00
                      ----                ----------
          TOTALS      16.8                  9,182.00

                SUBTOTAL FOR THIS MATTER       $9,182.00
```

(00019) MATTER NUMBER
RE:    Chapter 5 Litigation, Collection and Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/04/09 | JM SULLIVAN | Communications with counsel for HIG re: request for documents and consider issues re: same. | .8 | 496.00 |
| 02/04/09 | GA ANGELICH | Phone call with Charles Berk re demand for download of disbursements journal from Jan 1, 2005 to present | .1 | 46.00 |
| 02/06/09 | KA LANE | Review court filing dealing with lien litigation (.2). | .2 | 88.00 |
| 02/09/09 | JM SULLIVAN | Communications with counsel for HIG re: investigation of HIG transactions and consider issues re: same. (.7); reviewing documents re: HIG transactions and consider issues re: same (2.0); communication with R. Hirsh re: same (.2). | 2.9 | 1,798.00 |
| 02/10/09 | JM SULLIVAN | Reviewing HIG related transaction documents. | 1.4 | 868.00 |
| 02/11/09 | JM SULLIVAN | Communications with HIG's counsel regarding document production and considering issues regarding same. | .6 | 372.00 |
| 02/11/09 | JM SULLIVAN | Reviewing documents. | .9 | 558.00 |
| 02/12/09 | JM SULLIVAN | Call with HIG's counsel regarding document production and considering issues regarding same. | 1.0 | 620.00 |
| 02/13/09 | JM SULLIVAN | Communications with HIG's counsel regarding document production (.5); reviewing documents regarding HIG transactions (2.5); communication with R. Hirsh regarding same (.2). | 3.2 | 1,984.00 |
| 02/17/09 | JM SULLIVAN | Communications with counsel for HIG regarding document production and consideration of issues regarding same. | 1.8 | 1,116.00 |
| 02/20/09 | JM SULLIVAN | Communications with counsel for HIG regarding document production. | .2 | 124.00 |
| 02/24/09 | JM SULLIVAN | Communications regarding HIG document production (.8); communications regarding debtor document production (.5). | 1.3 | 806.00 |
| 02/25/09 | JM SULLIVAN | Communications regarding HIG and Debtors' document productions and considering issues regarding same. | 1.0 | 620.00 |
| 02/26/09 | JM SULLIVAN | Communication regarding confidentiality agreement for HIG document production. | .3 | 186.00 |

- - - - - - - - - - - - - -

                    CURRENT FEES                                    9,682.00


                    TIMEKEEPER TIME SUMARY
       -----------------------------------------------------------
       JAMES M. SULLIVAN      15.4    at $620.00 =      9,548.00
       GEORGE ANGELICH          .1    at $460.00 =         46.00
       KATIE A. LANE            .2    at $440.00 =         88.00
                               ----                   ---------
            TOTALS            15.7                     9,682.00

                    SUBTOTAL FOR THIS MATTER                      $9,682.00

(00022) MATTER NUMBER
RE:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Description | Hours | Value |
|------|------------|--|-------------|-------|-------|
| 02/02/09 | LA | INDELICATO | Correspondence with Collins regarding retrieval of article re carve-outs for Schuyler Carroll. | .1 | 26.50 |
| 02/03/09 | GA | ANGELICH | Review draft Exhibit A to first monthly fee statement | .7 | 322.00 |
| 02/04/09 | GA | ANGELICH | Review and revise Exhibit A to monthly fee statement | .9 | 414.00 |
| 02/04/09 | LA | INDELICATO | Determine procedure for compensation of professional and correspond with Hirsh and Angelich regarding same. | .3 | 79.50 |
| 02/17/09 | LA | INDELICATO | Draft first monthly fee application and prepare invoice for same. | 2.9 | 768.50 |
| 02/18/09 | DJ | KOZLOWSKI | Email L. Indelicato and N. Constantino re Committee member expenses. | .1 | 36.00 |
| 02/18/09 | LA | INDELICATO | Obtain and review revised invoice and email to Rob Hirsh and George Angelich for review. | .3 | 79.50 |
| 02/20/09 | LA | INDELICATO | Review docket for order approving employment and retention of Arent Fox. | .1 | 26.50 |
| 02/20/09 | LA | INDELICATO | Teleconference with David Kozlowski regarding Arent Fox's First Monthly Fee Application. | .2 | 53.00 |
| 02/20/09 | LA | INDELICATO | Discussions with David Kozlowski and Nova Constantino regarding January fee application. | .3 | 79.50 |
| 02/20/09 | LA | INDELICATO | Revise draft fee application. | .4 | 106.00 |
| 02/20/09 | DJ | KOZLOWSKI | Conference with L. Indelicato re status of fee application; discuss with R. Hirsh. | .2 | 72.00 |
| 02/20/09 | NA | CONSTANTINO | Work on first monthly fee application | 1.9 | 503.50 |
| 02/21/09 | LA | INDELICATO | Revise First Monthly Fee Application and forward to Rob Hirsh and George Angelich for review. | .6 | 159.00 |
| 02/21/09 | LA | INDELICATO | Research admission information of various attorney for inclusion in fee application. | .8 | 212.00 |
| 02/21/09 | LA | INDELICATO | Draft Notice of Hearing on Fee Application. | .6 | 159.00 |
| 02/21/09 | LA | INDELICATO | Prepare exhibits to Fee Application. | .7 | 185.50 |
| 02/21/09 | LA | INDELICATO | Email Rob Hirsh, George Angelich and David Kozlowski regarding committee member expenses and whether or not to prepare an application. | .3 | 79.50 |

| 02/21/09 | LA | INDELICATO | Prepare expense reimbursement form for committee members and email to Hirsh, Angelich and Kozlowski for circulation to committee. | .6 | 159.00 |
|---|---|---|---|---|---|
| 02/21/09 | LA | INDELICATO | Review expenses and receipts of John Neumann of Winners Products and prepare expense form. | .4 | 106.00 |
| 02/21/09 | LA | INDELICATO | Prepare Certification of Robert M. Hirsh in Support of First Interim Fee Application. | .8 | 212.00 |
| 02/21/09 | LA | INDELICATO | Review administrative order to determine procedures for reimbursement of committee member expenses. | .2 | 53.00 |
| 02/23/09 | LA | INDELICATO | Calls with Rob Hirsh regarding changes to invoice and fee application. | .2 | 53.00 |
| 02/23/09 | LA | INDELICATO | Revise fee application, prepare exhibits and email to local counsel for filing and service. | 1.8 | 477.00 |
| 02/23/09 | DJ | KOZLOWSKI | Review and forward Committee expense info to L. Indelicato. | .1 | 36.00 |
| 02/23/09 | NA | CONSTANTINO | Research 309 B.R. 855 | .2 | 53.00 |
| 02/27/09 | NA | CONSTANTINO | Review prior fee applications and determine timelines for upcoming fee applications (added to status chart) | .6 | 159.00 |

```
                                              -------------
            CURRENT FEES                        4,669.50
```

```
                   TIMEKEEPER TIME SUMARY
      -----------------------------------------------------
      GEORGE ANGELICH        1.6   at  $460.00 =     736.00
      DAVID J. KOZLOWSKI      .4   at  $360.00 =     144.00
      LISA INDELICATO       11.6   at  $265.00 =   3,074.00
      NOVA A. CONSTANTINO    2.7   at  $265.00 =     715.50
                            ----                ---------
           TOTALS           16.3                  4,669.50
```

```
            SUBTOTAL FOR THIS MATTER                  $4,669.50
```

SUMMARY OF CHARGES
------------------

| | |
|---|---|
| TOTAL FOR: PHONE CHARGES | 53.24 |
| TOTAL FOR: OTHER DATABASE SEARCH | 20.75 |
| TOTAL FOR: WESTLAW | 28.91 |
| TOTAL FOR: OVERTIME MEALS & CABS | 110.36 |
| TOTAL FOR: TAXICABS | 137.84 |
| TOTAL FOR: MEALS | 79.83 |
| TOTAL FOR: OUT-OF-TOWN TRANSPORTATION | 876.45 |
| TOTAL FOR: OUT OF TOWN LODGING | 334.90 |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| SCHUYLER CARROLL | BR, 1993 (NY) | .30 | 650.00 | 195.00 |
| JAMES M. SULLIVAN | | 21.60 | 620.00 | 13,392.00 |
| ROBERT HIRSH | BR, 1998 (NY & NJ) | 25.20 | 580.00 | 14,616.00 |
| DEANNE M. OTTAVIANO | | 2.50 | 555.00 | 1,387.50 |
| **ASSOCIATES** | | | | |
| MELISSA J. LLANERA | CORP, 1997 (NY) | 8.10 | 480.00 | 3,888.00 |
| GEORGE ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 8.60 | 460.00 | 3,956.00 |
| KATIE A. LANE | | .20 | 440.00 | 88.00 |
| VALERIE WEBB | | .60 | 420.00 | 252.00 |
| DAVID J. KOZLOWSKI | | 28.40 | 360.00 | 10,224.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 26.60 | 265.00 | 7,049.00 |
| NOVA A. CONSTANTINO | | 2.70 | 265.00 | 715.50 |
| ALLAN G. COLLINS | | 3.90 | 155.00 | 604.50 |
| | | 128.70 | | 56,367.50 |

Blended Rate: 437.98

BF:      Banking and Finance
BR:      Bankruptcy and Reorganization
CORP:    Corporate
EMPL:    Employment Law
HEALTH:  Health Law
INTL:    International Law
LDR:     Litigation Dispute Resolution
RE:      Real Estate

CURRENT CHARGES FOR ALL MATTERS              1,642.28

CURRENT FEES FOR ALL MATTERS                56,367.50

TOTAL AMOUNT OF THIS INVOICE              $58,009.78

**EXHIBIT B**

(00000) MATTER NUMBER
RE:  General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

FOR CHARGES:

```
01/12/09   PHONE CHARGES                                  53.24

           TOTAL FOR: PHONE CHARGES             53.24

02/28/09   OTHER DATABASE SEARCH-PACER 01-01-2009         19.45
02/28/09   OTHER DATABASE SEARCH-PACER 01-01-2009          1.30

           TOTAL FOR: OTHER DATABASE SEARCH     20.75

02/23/09   WESTLAW User:  CONSTANTINO,NOVA                 8.13
02/23/09   WESTLAW User:  CONSTANTINO,NOVA                 6.50
01/31/09   WESTLAW User:  ENGLISH,CAROLINE                 7.93
01/31/09   WESTLAW User:  ENGLISH,CAROLINE                 6.35

           TOTAL FOR: WESTLAW                   28.91

01/26/09   OVERTIME MEALS & CABS - SCHUYLER               60.80
           CARROLL 01/26:WORKING LUNCH W M COHEN
01/12/09   OVERTIME MEALS & CABS - HEIKE M.               15.00
           VOGEL 01/12:TAXI HOME
01/22/09   OVERTIME MEALS & CABS - HEIKE M.               18.96
           VOGEL 01/22:TAXI HOME
01/27/09   OVERTIME MEALS & CABS - HEIKE M.               15.60
           VOGEL 01

           TOTAL FOR: OVERTIME MEALS & CABS    110.36

02/12/09   TAXICABS -  DAVID J. KOZLOWSKI                 19.00
           02/12:PARKING/TAXI:TRAVEL DEST:
           DELAWARE
02/18/09   TAXICABS -  ROBERT HIRSH                       21.80
           02/18:PARKING/TAXI:TRAVEL DEST:
           PHILADELPHIA/WILMINGTON-DESA
01/14/09   TAXICABS -  ELITE LIMOUSINE PLUS INC           88.74
           DEST: GREAT NECK, NY
01/30/09   TAXICABS -  ROBERT HIRSH                        8.30
           01/30:PARKING/TAXI:TRAVEL DEST:
           WILMINGTON, DE

           TOTAL FOR: TAXICABS                 137.84

01/29/09   MEALS -  ROBERT HIRSH 01/29:MEETING            54.21
           DESA LUNCH
01/29/09   MEALS -  SEAMLESS WEB PROFESSIONAL             25.62

           TOTAL FOR: MEALS                     79.83

02/12/09   OUT-OF-TOWN TRANSPORTATION -  DAVID J.        238.00
```

|          |                                                      |          |
|----------|------------------------------------------------------|---------:|
|          | KOZLOWSKI 02/12:AMTRAK:TRAVEL DEST: DELAWARE          |          |
| 02/18/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 02/18:US AIRWAYS: TRAVEL DEST: PHILADELPHIA/WILMINGTON,-DESA | 184.45 |
| 02/18/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 02/18:US AIRWAYS: FLIGHT CHANGE: TRAVEL DEST: PHILADELPHIA/WILMINGTON-DESA | 75.00 |
| 02/18/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 02/18:AMTRAK:TRAVEL DEST: PHILADELPHIA/WILMINGTON,-DESA | 111.00 |
| 01/30/09 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH 01/30:AMTRAK:TRAVEL DEST: WILMINGTON,DE | 268.00 |

**TOTAL FOR: OUT-OF-TOWN TRANSPORTATION     876.45**

|          |                                                      |          |
|----------|------------------------------------------------------|---------:|
| 02/18/09 | OUT OF TOWN LODGING - ROBERT HIRSH 02/18A:HOTEL DUPONT: TRAVEL DEST: PHILADELPHIA/WILMINGTON,-DESA | 334.90 |

**TOTAL FOR: OUT OF TOWN LODGING     334.90**

```
                                    ------------
        CURRENT CHARGES                  1,642.28

        SUBTOTAL FOR THIS MATTER        $1,642.28
```

## CERTIFICATION

I, Robert M. Hirsh, hereby certify under the penalty of perjury under the laws of the State of Delaware that the following is true to the best of my knowledge, information and belief:

1. I am a member of the firm of Arent Fox LLP ("Arent Fox"), with offices located at 1675 Broadway, New York, New York 10019, as well as in Washington, DC and Los Angeles, CA, and have been duly admitted to practice before, among others, the United States District Court for the Southern, Eastern, Western and Northern Districts of New York and have been admitted to the United States District Court for the District of Delaware *pro hac vice*.

2. This certification is submitted in support of the attached application (the "Application") and all capitalized terms not otherwise defined herein are defined in accordance with their usage in the Application.

3. I am familiar with the legal services rendered by Arent Fox as counsel to the Committee during the Compensation Period and I am familiar with the compensation and reimbursement sought by the Application.

4. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order and submit that the Application substantially complies with such Rule and Order.

Dated: March 20, 2009
New York, New York

      /s/ Robert M. Hirsh
Robert M. Hirsh

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | :    Chapter 11 |
| In re: | : |
| | :    Case No. 08-13422 (MFW) |
| DHP HOLDINGS II CORPORATION, *et al.*,[1] | : |
| | :    (Jointly Administered) |
| Debtors. | : |
| | :    **Re: Docket No. ____** |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, Delaware and conflicts counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the Second Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2009 through February 28, 2009 ("Second Monthly Application") to be served on all Notice Parties as defined in the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 89) on March 24, 2009. I have caused a copy of the Notice of the Second Monthly Application to be served on March 24, 2009 via hand delivery on all local parties, via U.S. First Class Mail, and via Foreign First Class Mail upon the remaining parties listed on the attached service list.

DATED: March 24, 2009

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
*Delaware Counsel for the Official*
*Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

*Hand Delivery*
([Proposed] Counsel for Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
([Proposed] Counsel for Debtors)
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

*Hand Delivery*
Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DHP Acquisition Corp.)
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel to GE Business Financial Services)
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
L. Katherine Good, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Airgas)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
(Counsel to WARN Act Claimants)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
(United States Attorney General)
Michael B. Mukasey, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
(Counsel to DHP Acquisition Corp.)
Nancy M. Mitchell, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

*First Class Mail*
(Counsel to O'Neal Steel, Inc.)
Donald M. Wright, Esquire
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

*First Class Mail*
MAAS-HANSEN STEEL CORP.
Chris
1.0. PO Box 58364
Vernon, CA 90058

*First Class Mail*
RYERSON COIL PROCESSING
Verla
24491 Network Place
Chicago, IL 60673

*First Class Mail*
SCHEU MANUFACTURING CO
Phil Chiazza
PO Box 250
Upland, CA 91785

*First Class Mail*
KBK FINANCIALS INC
301 Commerce Street
Fort Worth, TX 76102

*First Class Mail*
S.I.T. CONTROLS
Michelle Plyler
900 Center Park Dr., Suite J
Charlotte, NC 28217

*First Class Mail*
COPRECI, S. COOP
Ruben Matteos
N9443 Narcisa Marquez
730 Fifth Ave. - 7th Floor
New York, NY 10019

*First Class Mail*
REGAL BELOIT ELECTRIC MOT
Jill Roe
Bin# 88159
Milwaukee, WI 53288

*First Class Mail*
LEWISBURG CONTAINER COMPA
Tami or D Kessler
PO Box 933931
Atlanta, GA 31193

*First Class Mail*
PLASPROS INC
Mark Doner
PO Box 66116
Chicago, IL  60666

*First Class Mail*
AMMUNITION ACCESSORIES
SDS 12-2268
PO Box 86
Minneapolis, MN  55486

*First Class Mail*
BURNER SYSTEMS INTERNATIO
John Long/Sue Moran
General Post Office
PO Box 27035
New York, NY  10087

*First Class Mail*
REVCOR
Jim White
12809 Collections Center Dr
Chicago, IL  60693

*First Class Mail*
CONSTRUCTION BOLT
Ben Morton
PO Box 8092
409 Waco Street
Wichita Falls, TX  76307

*First Class Mail*
COLUMBUS ENGINEERING, INC
Mike Noblitt
6600 South 50 West
Columbus, IN  47201

*First Class Mail*
KELLY HART & HALLMAN LLP
Suite 2500
201 Main Street
Fort Worth, TX  76102

*First Class Mail*
CREATIONS IN WOOD
Shawn
6401 Centennial Blvd
PO Box 90966
Nashville, TN  37209

*First Class Mail*
WORGAS, INC
Myra/Don Denton
PO Box 51023
Bowling Green, KY  42102

*First Class Mail*
O'Neal Steel Inc.
Attn:  Dean Hutson
PO Box 71900
Chattanooga, TN  37407

*First Class Mail*
PACKAGING CORP OF AMERICA
Robin Hamm
PO Box 532058
Atlanta, GA  30353

*First Class Mail*
PERFORMANCE STEEL,LLC
Jim Russell
817 South 7th Street
Las Vegas, NV  89101

*First Class Mail*
MCGREGOR & ASSOCIATES
Greg Wartinger
365 CARR DRIVE
Brookville, OH  45309

*First Class Mail*
OLIN/WINCHESTER
Susan Brown
5065 Collections Center Drive
Lock Box 5065
Chicago, IL  60693

*First Class Mail*
DUPONT POWDER COATINGS
Charles Quiller
E.I. Du Pont De Nemours & Co.
PO Box 2277
Carol Stream, IL  60132

*First Class Mail*
SPEC PRINT
Angela Bart x227/Lori
PO Box 890642
Charlotte, NC  28289

*First Class Mail*
C.H. ROBINSON WORLDWIDE I
JJ Rodeheffer
PO Box 9121
Minneapolis, MN  55480

*First Class Mail*
NORTON IGNITOR PRODUCTS
Bilerca Walter
Saint-Gobain Igniter Products
PO Box 640835
Pittsburgh, PA  15264

*First Class Mail*
NATIONAL KWIKMETAL SERVIC
560 Santa Rosa Dr
Des Plaines, IL  60018

*First Class Mail*
DIRECT METALS
John Loguidice
555 S. State College Blvd.
Fullerton, CA  92831

**First Class Mail**
MOZAIK
200 N Berry Street, Building B
Brea, CA 92821

**First Class Mail**
(Counsel to GE Business Financial Services)
David S. Heller, Esquire
Latham & Watkins LLP
Sears Tower Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Counsel to GE Business Financial Services)
Keith A. Simon, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

**Hand Delivery**
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel to Airgas)
David Boyle, Esquire
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-3187

**First Class Mail**
(Counsel to WARN Act Claimants)
Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm, P.C.
1119 Government Street
P.O. Boxes Drawer 3103
Mobile, AL 36652

**Foreign First Class Mail**
SAKURA
Rill Zhong
No. 2 Ronggui Avenue South, Ronggui, Shunde,
Foshan,
Guangdong, China

**Foreign First Class Mail**
HONGDA GROUP. CO., LTD
Daxu Industrial Area, Yongkang
Zhejiang, China 321300

**Foreign First Class Mail**
WINNSPEC INTERNATIONAL CO
Norman Jou
13F-1 207, Fu Sing Road
Taoyuan City, Taiwan Roc

**Foreign First Class Mail**
WINNERS PRODUCTS ENGINEER
Desmond
25/F Top Glory Tower, 262 Gloucester Rd
Causeway Bay, Hong Kong

*Foreign First Class Mail*
GARDEN FLAME GAS APPLIANC
4-402 Hua Jiang Rd, Hua Lin Ju, Dashi, Panyu,
Guangzhou
Guangzhou, China 511430

*Foreign First Class Mail*
INTERPRO MANUFACTURING, L
5/F, New Bright Industrial Ctr, 11 Sheung Yuet
Rd
Kowloon Bay, Hong Kong

*First Class Mail*
Missouri Department of Revenue
Bankruptcy Unit
Attention: Sheryl L. Moreau
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
William G. Wright, Esquire
CAPEHART & SCATCHARD, P.A.
A Professional Corporation
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, New Jersey 08054

*First Class Mail*
Mark G. Ledwin, Esq. (ML-6873)
3 Gannett Drive
White Plains, New York 10604
Counsel to Twin City Fire Insurance Company

*First Class Mail*
Robert S. Winner, Esquire
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

*Hand Delivery*
Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

*First Class Mail*
Damarr M. Butler, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

*First Class Mail*
Kimberly J. Robinson, Esq.
Barack Ferrazzano Kirschbaum
& Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*First Class Mail*
Eliza M. Reyes
VON BRIESEN & ROPER, S.C.
3 South Pinckney Street, Suite 1000
Madison, WI 53703
(Counsel for United Buyers Group, Inc.)

*First Class Mail*
*/s/ Benjamin Z. Heywood*
Benjamin Z. Heywood (0079590)
Lyden, Liebenthal & Chappell, Ltd.
5470 Main Street, Suite 300
Sylvania, Ohio 43560

*Hand Delivery*
"J" Jackson Shrum, Esq.
Archer & Greiner, PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*First Class Mail*
Attn: Craig Dean, CRO
2701 Industrial Drive
Bowling Green, KY 42101

*First Class Mail*
ATTN: Keith A. Simon
Latham & Watkins LLP
855 Third Avenue
New York, New York 10022-4834

*First Class Mail*
David H. Conaway
David A. Matthews
Shumaker, Loop & Kendrick, LLP
128 S. Tyron Street, Suite 1800
Charlotte, NC 28202

*First Class Mail*
John D. Silk
Rothschild, Barry & Myers LLP
55 W. Monroe Street
Suite 3900
Chicago, Illinois 60603

*First Class Mail*
IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA 31210

*First Class Mail*
Kurt M. Carlson
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

*Hand Delivery*
Rachel B. Mersky
MONZACK MERSKY McLAUGHLIN and
BROWDER, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*First Class Mail*
Richard Golubow, Esquire
WINTHROP COUCHOT PC
660 Newport Center Drive
Fourth Floor
Newport Beach, CA 92660