# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x

In re                 :

DHP HOLDINGS II CORPORATION, *et al.*,   :

       Debtors.          :

                                :

                                :

                                :

------------------------------------------------------ x

Case No. 08-13422 (MFW)

Chapter 11

Jointly Administered

**Hearing Date: If objections filed**

**Objection Deadline: May 19, 2009 at 4:00 pm**

## THIRD MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR <u>THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009</u>

| | |
|---|---|
| Name of Applicant: | <u>Arent Fox LLP</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>February 19, 2009, *nunc pro tunc* to January 9, 2009</u> |
| Period for which compensation and reimbursement are sought: | <u>March 1, 2009 through March 31, 2009</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | $56,324.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,756.07 |

This is a(n): [ X ] monthly    [   ] interim    [   ] final application

The total time expended for fee application preparation in the Compensation Period is approximately 14.00 hours and the corresponding compensation requested is approximately $4,383.00.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested | | Approved | | Amount of Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 02/25/09 [Docket No. 202] | 01/09/09 – 01/31/09 | $148,909.50[1] | $1,141.32 | $119,127.60 | $1,141.32 | $29,781.90 |
| 03/24/09 [Docket No. 267] | 02/01/09 – 02/28/09 | $54,125.50[2] | $1,642.28 | $43,300.40 | $1,642.28[3] | $10,825.10 |

---

[1] This amount has been adjusted to reflect a voluntary write-off of $1,714.00 in fees, pursuant to discussions with the United States Trustee, Richard Shepacarter.

[2] This amount has been adjusted to reflect a voluntary write-off of $2,242.00 in fees, pursuant to discussions with the United States Trustee, Richard Shepacarter.

[3] The Certificate of No Objection incorrectly listed the requested expenses amount as $1,462.28. The correct amount requested and approved is $1,642.28.

# ARENT FOX LLP'S PROFESSIONALS

| Name of Professional Person | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NJ bar since 1986. Member of NY bar since 1987. | $730 | 0.80 | $584.00 |
| James M. Sullivan | Joined firm as a partner in 2009. Member of NJ bar since 1995. Member of NY bar since 1996. Member of DC bar since 1998. | $620 | 18.60 | $11,532.00 |
| Robert M. Hirsh | Partner since 2005. Member of NY and NJ bars since 1988. | $580 | 42.70 | $24,766.00 |
| Heike M. Vogel | Joined firm as an associate in 2005. Member of NJ bar since 2000. Member of NY bar since 2001. | $480 | 16.80 | $8,064.00 |
| George Angelich | Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. | $460 | 0.70 | $322.00 |
| David J. Kozlowski | Joined firm as an associate in 2008. Member of NY bar since 2007. | $360 | 9.00 | $3,240.00 |
| Aswathi Zachariah | Joined firm as an associate in 2006. Member of MD bar since 2006. Member of DC bar since 2007. | $355 | 8.00 | $2,840.00 |
| Lisa Indelicato | Paralegal | $265 | 10.70 | $2,835.50 |

| Name of Professional Person | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nova A. Constantino | Paralegal | $265 | 6.60 | $1,749.00 |
| Chavah S. Gully | Practice Technology Analyst | $245 | 1.60 | $392.00 |
| **TOTAL** | | | **115.50** | **$56,324.50** |

**Blended Rate:**        $487.66

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Expenses (02) | 5.10 | $2,440.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Sale and Disposition of Assets (04) | 32.90 | $18,028.00 |
| Asset Analysis and Recovery (05) | 0.00 | $0.00 |
| Claims Administration and Objections (06) | 0.00 | $0.00 |
| Miscellaneous Motions and Objections (07) | 10.20 | $4,938.00 |
| Committee and Debtor Communications (08) | 14.90 | $7,834.00 |
| Adversary Proceedings (09) | 0.00 | $0.00 |
| Professional Retention (10) | 7.00 | $1,991.50 |
| Plan and Disclosure Statement Matters (11) | 0.00 | $0.00 |
| Cash Collateral and DIP Financing (12) | 0.00 | $0.00 |
| Employee Benefits and Severance, Pensions (13) | 0.00 | $0.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | 0.30 | $144.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 0.00 | $0.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 2.70 | $1,658.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 26.70 | $13,922.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 14.00 | $4,383.00 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| Non-Working Travel (27) | 1.70 | $986.00 |
| **TOTALS** | **115.50** | **$56,324.50** |

**EXPENSE SUMMARY**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Expense Category | Service Provider/Description (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | | $18.29 |
| Database Search / PACER | | $18.20 |
| Filing Fees | | $1,678.20 |
| Local Travel | Taxicabs | $149.88 |
| Long Distance Phone Charges | | $79.83 |
| Out–of–Town Travel | Amtrak; taxicabs; mileage; tolls; and lodging. | $810.67 |
| Postage | | $1.00 |
| **TOTAL** | | **$2,756.07** |

NYC/432139.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
In re                                          :
                                               :    Case No. 08-13422 (MFW)
DHP HOLDINGS II CORPORATION, et al.,           :
                                               :    Chapter 11
        Debtors.                               :
                                               :    Jointly Administered
                                               :
                                               :    **Hearing Date: If objections filed**
                                               :
                                               :    **Objection Deadline: May 19, 2009 at 4:00 pm**
                                               :
-------------------------------------------------- X
```

## THIRD MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 16, 2009 [Docket No. 89] (the "Administrative Order"), Arent Fox LLP ("Arent Fox") hereby files its Third Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee (the "Committee") of Unsecured Creditors of DHP Holdings II Corporation, et al.[1] (collectively, "the Debtors") for the Period from March 1, 2009 through March 31, 2009 (the "Application"). By this Application, Arent Fox seeks a monthly allowance pursuant to the Administrative Order with respect to sums

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945); DESA, LLC (5717); DESA Heating, LLC (8137); DESA Specialty, LLC (8143); DESA FMI, LLC (8146); and DESA IP, LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

of $56,324.50 for compensation and $2,756.07 for reimbursement of actual and necessary expenses for a total of $59,080.57 for the period from March 1, 2009 through and including March 31, 2009 (the "Compensation Period"). In support of this Application, Arent Fox respectfully represents as follows:

## Background

1. On December 29, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On February 19, 2009, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 9, 2009. *See* Docket No. 196.

## Compensation Paid and Its Source

3. All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4. Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Arent Fox and any other person other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

## Time Records

5. A copy of the time records for the Compensation Period is attached hereto as **Exhibit A**. The time records contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy

Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.     A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as **Exhibit B**. While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.     Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost. Arent Fox currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8.     Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.     The partners and associates of Arent Fox who have rendered professional services in these cases are:  Andrew I. Silfen, James M. Sullivan, Robert M. Hirsh, Heike M. Vogel, George M. Angelich, David Kozlowski, and Aswathi Zachariah. Lisa Indelicato, Nova A.

Constantino, and Chavah S. Gully are paraprofessionals of Arent Fox who have also rendered services in these cases.

10.      Arent Fox, by and through the above-named persons, has prepared its retention application and has submitted other pleadings to the Court for consideration on behalf of the Committee, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

**Summary of Services By Project**

11.      The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on **Exhibit A**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A**.

     A.      <u>Case Management and Operating Reports (02)</u>

         Fees:   $2,440.00         Total Hours:   5.10

     This category includes all matters related to filing and serving documents, maintaining service lists, calendars and reviewing work in process reports and notices of appearance.

     B.      <u>Sale and Disposition of Assets (04)</u>

         Fees:   $18,028.00       Total Hours:   32.90

     This category includes all matters related to acquisitions, dispositions and other postpetition uses of property of the Debtors' estates.

     C.      <u>Miscellaneous Motions and Objections (07)</u>

Fees: $4,938.00          Total Hours: 10.20

This category includes matters related to reviewing miscellaneous motions and pleadings filed throughout the case.

D.    Committee and Debtor Communications, Conference (08)

Fees: $7,834.00          Total Hours: 14.90

This category includes all matters related to communications involving the Debtors, counsel to the Committee and members of the Committee.

E.    Professional Retention (10)

Fees: $1,991.50          Total Hours: 7.00

This category includes time spent preparing applications to retain Arent Fox, reviewing applications for retention by other professionals and objecting to the retention of other professionals.

F.    Creditor Inquiries (15)

Fees: $144.00          Total Hours: 0.30

This category includes time spent responding to inquiries from creditors regarding the Debtors' cases.

G.    Investigation of Secured Creditor, Equipment Lessors and Lienholders (17)

Fees: $1,658.00          Total Hours: 2.70

This category includes time spent with respect to the investigation of secured claims and the review and analysis of lien documentation.

H.    Chapter 5 Litigation Collection and Investigation (19)

Fees: $13,922.00          Total Hours: 26.70

This category includes time spent investigating claims and liens on insurance

proceeds.

I.       Fee Applications (22)

     Fees:   $4,383.00      Total Hours:   14.00

This category includes time spent preparing a memorandum summarizing the procedures for professionals' compensation and reimbursement of expenses and the deadlines as set forth in the Administrative Order.

J.       Non-Working Travel (27)

     Fees:   $986.00      Total Hours:   1.70

This category includes time spent traveling to and from Committee-related meetings and/or Court hearings.

## Valuation of Services

12.      Attorneys and paraprofessionals of Arent Fox have expended a total of 128.70 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Andrew I. Silfen | 0.80 | $730 |
| James M. Sullivan | 18.60 | $620 |
| Robert M. Hirsh | 42.70 | $580 |
| Heike M. Vogel | 16.80 | $480 |
| George Angelich | 0.70 | $460 |
| David J. Kozlowski | 9.00 | $360 |
| Aswathi Zachariah | 8.00 | $355 |
| Lisa Indelicato | 10.70 | $265 |
| Nova A. Constantino | 6.60 | $265 |
| Chavah S. Gully | 1.60 | $245 |

The nature of the work performed by these persons is fully set forth in **Exhibit A**. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $56,324.50.

13.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, Arent Fox has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from March 1, 2009 through March 31, 2009, an allowance be made to Arent Fox pursuant to the terms of the Administrative Order, with respect to the sum of $56,324.50 as compensation for the necessary professional services rendered (80% of which equals $45,059.60), and the sum of $2,756.07 as 100% reimbursement of the actual and necessary expenses, for a total of $59,080.57, and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:    April 28, 2009
          New York, New York

                                        ARENT FOX LLP

                                        _____/s/ Robert M. Hirsh_____
                                        Robert M. Hirsh, Esq. (admitted *pro hac vice*)
                                        George P. Angelich, Esq. (admitted *pro hac vice*)
                                        1675 Broadway
                                        New York, NY 10019
                                        (212) 484-3900
                                        (212) 484-3990 (Fax)

                                        *Counsel for the Official Committee of Unsecured Creditors*

                                                - and -

Rafael X. Zahralddin-Aravena
1000 West Street
Suite 1440
Wilmington, DE 19801
(302) 384-9400 ext. 4001
(302) 384-9399 (Fax)

*Delaware Counsel for the Official Committee of
Unsecured Creditors*

# EXHIBIT A

# ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

DHP Holdings II Corporation, et al. - Official Committee of
Unsecured Creditors
c/o 221 Arsenal Drive
Ninety Six, SC 29666
Attn: John Neumann

Invoice Number 1194259
Invoice Date   04/28/09
Client Number  031194

--------------------------------------------------------------------

| Category | Hours | Total |
| --- | --- | --- |

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2009

| Code | Category | Hours | Total |
| --- | --- | --- | --- |
| 00000 | General | .00 | 2,756.07 |
| 00002 | Case Management and Operating Reports | 5.10 | 2,440.00 |
| 00004 | Sale and Disposition of Assets | 32.90 | 18,028.00 |
| 00007 | Miscellaneous Motions and Objections | 10.20 | 4,938.00 |
| 00008 | Committee and Debtor Communications, Conference | 14.90 | 7,834.00 |
| 00010 | Professional Retention | 7.00 | 1,991.50 |
| 00015 | Creditor Inquiries | .30 | 144.00 |
| 00017 | Investigation of Secured Creditor, Equipment Les | 2.70 | 1,658.00 |
| 00019 | Chapter 5 Litigation, Collection and Investigati | 26.70 | 13,922.00 |
| 00022 | Fee Applications | 14.00 | 4,383.00 |
| 00027 | Non-Working Travel | 1.70 | 986.00 |
| Totals | | 115.50 | 59,080.57 |

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 03/06/09 | HM VOGEL | Review and analyze cash flow report summary prepared by CIBZ. | .4 | 192.00 |
| 03/08/09 | HM VOGEL | Review of several recent filings in the case. | .7 | 336.00 |
| 03/11/09 | DJ KOZLOWSKI | Calendar and docket review. | .5 | 180.00 |
| 03/13/09 | DJ KOZLOWSKI | Review docket and review new bid procedures motion. | .4 | 144.00 |
| 03/17/09 | HM VOGEL | Coordinate with Lisa Indelicato the preparation of the hearing binder for upcoming sale hearing. | .4 | 192.00 |
| 03/18/09 | DJ KOZLOWSKI | Review monthly operating report for January; provide R. Hirsh with brief summary of same. | .3 | 108.00 |
| 03/18/09 | RM HIRSH | Review/analysis Debtor's Monthly Operating Report for January, 2009 | .5 | 290.00 |
| 03/20/09 | DJ KOZLOWSKI | Review docket and review recent filings and orders. | .2 | 72.00 |
| 03/25/09 | RM HIRSH | Review/analysis Debtor's Monthly Operating Report for February, 2009. | 1.1 | 638.00 |
| 03/27/09 | HM VOGEL | Review and analyze latest report by debtors and analysis by Charlie Berk with respect to same. | .6 | 288.00 |

```
                                                   -------------
                    CURRENT FEES                      2,440.00
                                                      -----
```

```
                   TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
ROBERT HIRSH            1.6   at  $580.00 =      928.00
HEIKE M. VOGEL          2.1   at  $480.00 =    1,008.00
DAVID J. KOZLOWSKI      1.4   at  $360.00 =      504.00
                        ----                  ---------
          TOTALS        5.1   .                 2,440.00
```

                   SUBTOTAL FOR THIS MATTER               $2,440.00

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 03/04/09 | RM | HIRSH | Conferenced with H. Vogel regarding Bid by Continental and strategy. | .3 | 174.00 |
| 03/05/09 | HM | VOGEL | Office conference with David Kozlowski re bidding procedures motion and recent bid received in connection with same. | .2 | 96.00 |
| 03/05/09 | HM | VOGEL | Review and analyze summary of differences between bids and follow up with Rob Hirsh re same. | .8 | 384.00 |
| 03/05/09 | DJ | KOZLOWSKI | Review and summarize recent bid and provide summary to H. Vogel for review. | 1.3 | 468.00 |
| 03/06/09 | HM | VOGEL | Review and analyze bid by Procom for the FMI division to the Debtors. | 1.3 | 624.00 |
| 03/06/09 | RM | HIRSH | Review/analysis Stalking Horse Bid and Continental Appliances Bid and Schedules of Assumed Assets and Liabilities and prepare for Auction. | 5.2 | 3,016.00 |
| 03/09/09 | RM | HIRSH | Attended and participated in FMI auction. | 15.2 | 8,816.00 |
| 03/10/09 | RM | HIRSH | Attended hearing on Sale of FMI assets. | 1.1 | 638.00 |
| 03/10/09 | RM | HIRSH | Review/analysis draft Sale Order regarding FMI sale. | .5 | 290.00 |
| 03/11/09 | RM | HIRSH | Conferenced with H. Vogel regarding Debtor's Motion to Sell Assets of De Minimus Value and Motion to Retain Atwell Curtis as Accounts Receivable Collector and strategy. | .5 | 290.00 |
| 03/11/09 | HM | VOGEL | Office conference with Rob Hirsh re debtors' motions to sell de minimis assets and to retain consultant to collect receivables and discuss strategy moving forward. | .3 | 144.00 |
| 03/15/09 | HM | VOGEL | Review and analyze debtors' motion of sale procedures for DESA Tools and DESA Heating assets. | 1.4 | 672.00 |
| 03/15/09 | HM | VOGEL | Review and analyze proposed letter of intent for interested purchases in DESA Heating and DESA Tools assets. | .4 | 192.00 |
| 03/15/09 | HM | VOGEL | Review and analyze proposed order approving debtors' proposed bidding procedures. | .9 | 432.00 |
| 03/17/09 | RM | HIRSH | Review/analysis of revised Final Sale Order. | 1.1 | 638.00 |
| 03/17/09 | RM | HIRSH | Attended hearing on Debtors motion for approval of bidding procedures and various other matters. | 1.1 | 638.00 |

| 03/17/09 | HM | VOGEL | Provide Rob Hirsh with all pertinent dates of sale and auction of DESA Tools and DESA Heating assets. | .4 | 192.00 |
| 03/18/09 | DJ | KOZLOWSKI | Review bid procedures order; provide R. Hirsh with brief summary of same. | .3 | 108.00 |
| 03/24/09 | DJ | KOZLOWSKI | Review and summarize PBGC objection to Debtors' de minimus sale motion; forward the same to R. Hirsh. | .4 | 144.00 |
| 03/27/09 | DJ | KOZLOWSKI | Review Debtors' responses to CBIZ's questions re: sale proceeds. | .2 | 72.00 |

```
                                                -------------
                CURRENT FEES                       18,028.00
```

```
                  TIMEKEEPER TIME SUMARY
------------------------------------------------------------
ROBERT HIRSH          25.0   at  $580.00 =   14,500.00
HEIKE M. VOGEL         5.7   at  $480.00 =    2,736.00
DAVID J. KOZLOWSKI     2.2   at  $360.00 =      792.00
                      ----                  ---------
          TOTALS      32.9                   18,028.00
```

SUBTOTAL FOR THIS MATTER                          $18,028.00

(00007) MATTER NUMBER
RE:   Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 03/11/09 | RM  HIRSH | Review/analysis Debtor's Motion to Retain Atwel Curtis to collect outstanding receivables. | .5 | 290.00 |
| 03/11/09 | DJ  KOZLOWSKI | Review application to employ ordinary course professionals. | .2 | 72.00 |
| 03/17/09 | RM  HIRSH | Preparation for hearing on Debtor's Motion for Authority to Enter into a Services Agreement with Atwell Curtis, Motion of J. Ryerson for Payment of Allowance and payment of Administrative Expense Claim, Pre-trial conference regarding Class Action adversary proceeding, Debtor's Motion to Approve Bidding Procedures. | 4.1 | 2,378.00 |
| 03/17/09 | RM  HIRSH | Travel to and from court regarding various motions and pre-trial conference. (billed at 50%) | 1.5 | 870.00 |
| 03/17/09 | LA  INDELICATO | Preparation of materials necessary for hearing and pre-trial conference for Rob Hirsh. | .8 | 212.00 |
| 03/27/09 | DJ  KOZLOWSKI | Review docket and draft brief summary of Debtors' motion for incentive plan to file under seal; provide the same to R. Hirsh. | .7 | 252.00 |
| 03/29/09 | DJ  KOZLOWSKI | Draft full summary of Debtors' motions for incentive plan and to file under seal, and creditor's lift stay motion; provide the same to R. Hirsh. | 1.6 | 576.00 |
| 03/30/09 | DJ  KOZLOWSKI | Review and summarize Debtors' motion to extend time to remove actions, and the disclosure of ordinary course professionals. | .8 | 288.00 |

                                                  -------------
                   CURRENT FEES                     4,938.00


                    TIMEKEEPER TIME SUMARY
---------------------------------------------------------
| ROBERT HIRSH | 6.1 | at $580.00 = | 3,538.00 |
| DAVID J. KOZLOWSKI | 3.3 | at $360.00 = | 1,188.00 |
| LISA INDELICATO | .8 | at $265.00 = | 212.00 |

                     ----                   ---------
        TOTALS       10.2                    4,938.00

             SUBTOTAL FOR THIS MATTER              $4,938.00

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference Calls

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 03/03/09 | RM HIRSH | Multiple telephone conferences with C. berk regarding status and strategy. | .7 | 406.00 |
| 03/04/09 | RM HIRSH | Telephone conference with C. Berk regarding case strategy. | .4 | 232.00 |
| 03/04/09 | HM VOGEL | Preparation of e-mail to committee re upcoming committee call and status of case and office conference with Rob Hirsh re same. | .8 | 384.00 |
| 03/06/09 | HM VOGEL | Preparation for and participation in telephone conference with committee to discuss status of sale process and strategy moving forward. | .8 | 384.00 |
| 03/06/09 | RM HIRSH | Attended Committee call regarding status of case, sale process and overall strategy. | 1.1 | 638.00 |
| 03/08/09 | HM VOGEL | Draft, review and revise summary for committee of bid submitted by Procom. | .9 | 432.00 |
| 03/09/09 | DJ KOZLOWSKI | Meet with G. Angelich re: dates memo for Committee. | .1 | 36.00 |
| 03/10/09 | HM VOGEL | Preparation of e-mail to committee re outcome of auction, negotiations with GE and strategy moving forward and telephone conference with Rob Hirsh re same. | 1.2 | 576.00 |
| 03/12/09 | HM VOGEL | Correspondence with committee members re upcoming committee call and strategy moving forward. | .3 | 144.00 |
| 03/12/09 | RM HIRSH | Telephone conference with C. Berk regarding status and strategy. | .8 | 464.00 |
| 03/13/09 | RM HIRSH | Telephone conference with J. Neuman regarding various issues and strategy. | .5 | 290.00 |
| 03/16/09 | RM HIRSH | Attended Committee conference call regarding status, sale issues and strategy. | .6 | 348.00 |
| 03/16/09 | DJ KOZLOWSKI | Committee conference call. | .3 | 108.00 |
| 03/16/09 | HM VOGEL | Preparation for and  participation in telephone conference with committee re sale and bidding procedures for the assets of DESA Tooling and DESA Heating and strategy moving forward with respect to same and follow up with Rob Hirsh. | .6 | 288.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/17/09 | HM | VOGEL | Review and analyze bidding procedures and draft e-mail to committee outlining the pertinent sale and auction dates and attaching bidding procedures. | .9 | 432.00 |
| 03/18/09 | RM | HIRSH | Telephone conference with J. Neuman regarding various case issues. | .5 | 290.00 |
| 03/20/09 | RM | HIRSH | Review/analysis e-mail correspondence from Debtor's counsel regarding accounting work from PwC and cost issues (.10); Preparation of e-mail correspondence to Committee regarding same (.10). | .2 | 116.00 |
| 03/20/09 | RM | HIRSH | Multiple telephone conferences with Committee members regarding status of case and strategy. | 1.1 | 638.00 |
| 03/23/09 | RM | HIRSH | Telephone conference with B. Groshgal regarding administrative and priority bar dates. | .2 | 116.00 |
| 03/26/09 | RM | HIRSH | Telephone conferences with Committee members regarding status of case and various issues. | .7 | 406.00 |
| 03/30/09 | RM | HIRSH | Multiple telephone conferences with Committee members regarding status of case and strategy. | 1.1 | 638.00 |
| 03/30/09 | HM | VOGEL | Review and analyze update to committee re recent filings by the debtor. | .6 | 288.00 |
| 03/30/09 | DJ | KOZLOWSKI | Draft an update to the Committee with summaries of the motions being heard on 4/15. | .5 | 180.00 |

```
                                                    -------------
               CURRENT FEES                            7,834.00
```

```
               TIMEKEEPER TIME SUMARY
      -------------------------------------------------------------
      ROBERT HIRSH          7.9   at  $580.00 =     4,582.00
      HEIKE M. VOGEL        6.1   at  $480.00 =     2,928.00
      DAVID J. KOZLOWSKI     .9   at  $360.00 =       324.00
                           ----                  ---------
            TOTALS         14.9                     7,834.00

               SUBTOTAL FOR THIS MATTER              $7,834.00
```

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 03/09/09 | HM  VOGEL | Telephone conference with P. Chiazza, one of debtor's 10 largest creditors, answering his questions re status of case and auction of FMI division. | .3 | 144.00 |

CURRENT FEES                                    144.00

TIMEKEEPER TIME SUMARY
-------------------------------------------------------------
HEIKE M. VOGEL          .3    at  $480.00 =     144.00

        TOTALS        0.3                        144.00

        SUBTOTAL FOR THIS MATTER              $144.00

(00017) MATTER NUMBER
RE:   Investigation of Secured Creditor, Equipment Lessors

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 03/10/09 | JM | SULLIVAN | Draft motion for extension of time to file complaint against GE and communications regarding same. | 1.8 | 1,116.00 |
| 03/25/09 | JM | SULLIVAN | Communications with R. Hirsh and D. Kozlowski re: GE motion and considering issues re: same. | .5 | 310.00 |
| 03/31/09 | RM | HIRSH | Telephone conference with K. Simon regarding settlement. | .4 | 232.00 |

```
                                                                 -------------
                        CURRENT FEES                              1,658.00
```

TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| JAMES M. SULLIVAN | 2.3 | at | $620.00 = | 1,426.00 |
| ROBERT HIRSH | .4 | at | $580.00 = | 232.00 |
| | ---- | | | ---------- |
| TOTALS | 2.7 | | | 1,658.00 |

                    SUBTOTAL FOR THIS MATTER                   $1,658.00

(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 03/03/09 | LA  INDELICATO | Correspond with George Angelich and Rob Hirsh regarding status of supplemental connections search. | .2 | 53.00 |
| 03/11/09 | LA  INDELICATO | Revise and update list of additional parties to be searched for connections with the firm. | 1.3 | 344.50 |
| 03/12/09 | LA  INDELICATO | Download and review SOFA of all debtors and add parties to list for connections search. | 1.6 | 424.00 |
| 03/13/09 | LA  INDELICATO | Correspond with Guy Parker regarding connections search. | .2 | 53.00 |
| 03/13/09 | LA  INDELICATO | Prepare spreadsheet of parties to load into connections database and forward to Guy Parker. | 1.4 | 371.00 |
| 03/13/09 | LA  INDELICATO | Finalize list of supplemental connections search. | 1.6 | 424.00 |
| 03/13/09 | GA  ANGELICH | Review supplement disclosure information | .7 | 322.00 |

```
                                              -------------
                   CURRENT FEES                 1,991.50
```

```
                   TIMEKEEPER TIME SUMARY
        -----------------------------------------------------
        GEORGE ANGELICH        .7   at  $460.00 =      322.00
        LISA INDELICATO       6.3   at  $265.00 =    1,669.50
                              ----               ---------
                 TOTALS       7.0                  1,991.50

                   SUBTOTAL FOR THIS MATTER          $1,991.50
```

(00019) MATTER NUMBER
RE:    Chapter 5 Litigation, Collection and Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 03/01/09 | JM | SULLIVAN | Communications regarding discovery from HIG. | .2 | 124.00 |
| 03/02/09 | JM | SULLIVAN | Communications with J. Ponsetto and R. Hirsh regarding HIG document production. | .3 | 186.00 |
| 03/02/09 | AI | SILFEN | Review pleadings, review documents, approach conference with R. Hirsh and J. Sullivan. | .8 | 584.00 |
| 03/03/09 | JM | SULLIVAN | Review and markup confidentiality agreement received from HIG's counsel and communications regarding same. | 2.1 | 1,302.00 |
| 03/04/09 | JM | SULLIVAN | Communication with J. Ponsetto regarding HIG document production. | .4 | 248.00 |
| 03/06/09 | JM | SULLIVAN | Communications with J. Ponsetto regarding HIG document production. | .2 | 124.00 |
| 03/13/09 | JM | SULLIVAN | Communications regarding 2004 motion for HIG and consideration of issues regarding same. | 1.6 | 992.00 |
| 03/13/09 | AZ | ZACHARIAH | Prepare Rule 2004 Motion for J. Sullivan. | 5.2 | 1,846.00 |
| 03/13/09 | AZ | ZACHARIAH | Discuss Rule 2004 Motion with J. Sullivan. | .2 | 71.00 |
| 03/13/09 | AZ | ZACHARIAH | Review case law for Rule 2004 Motion. | .9 | 319.50 |
| 03/16/09 | JM | SULLIVAN | Communications with HIG's counsel regarding confidentiality agreement and document production. | .4 | 248.00 |
| 03/16/09 | JM | SULLIVAN | Revising motion for 2004 exam and communications regarding same. | 1.4 | 868.00 |
| 03/16/09 | AZ | ZACHARIAH | Prepare and revise 2004 Motion for J. Sullivan. Revise 2004 Notice and Order. Review docket. | 1.7 | 603.50 |
| 03/17/09 | JM | SULLIVAN | Communications with counsel for HIG regarding confidentiality agreement and HIG document production. | 1.4 | 868.00 |
| 03/18/09 | JM | SULLIVAN | Communications regarding HIG documents and review of same. | .9 | 558.00 |
| 03/18/09 | JM | SULLIVAN | Revise confidentiality agreement regarding HIG document production. | .9 | 558.00 |
| 03/19/09 | JM | SULLIVAN | Reviewing HIG documents. | .8 | 496.00 |
| 03/25/09 | JM | SULLIVAN | Communications with HIG's counsel re: document production and confidentiality agreement. | .4 | 248.00 |
| 03/25/09 | JM | SULLIVAN | Review revision to confidentiality agent. | .4 | 248.00 |

| 03/27/09 | JM | SULLIVAN | Communications re: HIG document production (.3); reviewing documents produced by HIG (1.3). | 1.6 | 992.00 |
| 03/30/09 | JM | SULLIVAN | Communications re: HIG document production. | .2 | 124.00 |
| 03/30/09 | CS | GULLY | Create and populate database to facilitate online document research and review. | 1.6 | 392.00 |
| 03/30/09 | JM | SULLIVAN | Reviewing HIG documents (1.8). | 1.8 | 1,116.00 |
| 03/31/09 | JM | SULLIVAN | Reviewing documents produced by HIG. | .9 | 558.00 |
| 03/31/09 | JM | SULLIVAN | Communication re: HIG document production. | .4 | 248.00 |

```
                                                    -------------
              CURRENT FEES                             13,922.00
```

```
                   TIMEKEEPER TIME SUMARY
       --------------------------------------------------
       ANDREW I. SILFEN        .8   at  $730.00 =     584.00
       JAMES M. SULLIVAN     16.3   at  $620.00 =  10,106.00
       ASWATHI ZACHARIAH      8.0   at  $355.00 =   2,840.00
       CHAVAH S. GULLY        1.6   at  $245.00 =     392.00
                             ----               ---------
              TOTALS         26.7                  13,922.00

              SUBTOTAL FOR THIS MATTER              $13,922.00
```

(00022) MATTER NUMBER
RE:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------------|---|---|-------|-------|
| 03/06/09 | LA | INDELICATO | Review procedures order, calculate objection deadline for fee application and email Hirsh. | .2 | 53.00 |
| 03/12/09 | LA | INDELICATO | Follow up regarding February invoice. | .3 | 79.50 |
| 03/15/09 | HM | VOGEL | Review and revise Arent Fox February invoice. | .8 | 384.00 |
| 03/16/09 | HM | VOGEL | Office conference with Rob Hirsh re revisions to be included in February invoice and strategy moving forward. | .2 | 96.00 |
| 03/16/09 | LA | INDELICATO | Research regarding objections of United States Trustee and lengthy email to Rob Hirsh re same. | .9 | 238.50 |
| 03/17/09 | LA | INDELICATO | Discussions with Rob Hirsh and Heike Vogel regarding UST's objections to AF's First interim Fee Application. | .4 | 106.00 |
| 03/17/09 | HM | VOGEL | Coordinate with accounting the revisions to monthly invoice for timely submittal and correspondence with Lisa Indelicato re same. | .7 | 336.00 |
| 03/17/09 | NA | CONSTANTINO | Update fee application status chart | .1 | 26.50 |
| 03/18/09 | NA | CONSTANTINO | Work on 2nd monthly fee application | 2.3 | 609.50 |
| 03/18/09 | LA | INDELICATO | Meeting with Rob Hirsh to discuss responses to United States Trustee's questions regarding Arent Fox's January Fee Application and calculate amount of reduction in fees. | .7 | 185.50 |
| 03/18/09 | LA | INDELICATO | Email and call to Elison Rodriquez regarding reduction in January fees. | .2 | 53.00 |
| 03/18/09 | LA | INDELICATO | Email Jill Colella to open new matter for Non-Working Travel. | .1 | 26.50 |
| 03/18/09 | LA | INDELICATO | Discussion with Nova Constantino regarding reimbursement of committee member expenses and forward expense reports of committee member to Constantino. | .2 | 53.00 |
| 03/19/09 | LA | INDELICATO | Discussion with Elison Rodriguez regarding reduction of January fees. | .3 | 79.50 |
| 03/19/09 | HM | VOGEL | Review of summary of fees and expenses to be submitted to the Court, final review of Arent Fox February invoice and telephone conference with Nova Constantino re same. | .6 | 288.00 |
| 03/19/09 | NA | CONSTANTINO | Work on Feb 2009 fee application | 1.1 | 291.50 |
| 03/20/09 | LA | INDELICATO | Discussions with Heike Vogel and Nova Constantino regarding fee application. | .3 | 79.50 |

| | | | | | |
|---|---|---|---|---|---|
| 03/20/09 | HM | VOGEL | Review of latest version of monthly fee application and correspondence with Nova Constantino with respect to filing of same. | .3 | 144.00 |
| 03/20/09 | NA | CONSTANTINO | Work on 2nd monthly fee application | 1.2 | 318.00 |
| 03/25/09 | NA | CONSTANTINO | Obtain copy of 2nd interim fee application and update status chart | .3 | 79.50 |
| 03/26/09 | NA | CONSTANTINO | Draft committee member expense application | 1.4 | 371.00 |
| 03/26/09 | DJ | KOZLOWSKI | Review the final expense application for Committee members and coordinate for appropriate Committee members to execute Certifications for filing. | .8 | 288.00 |
| 03/27/09 | DJ | KOZLOWSKI | Gather all information for Committee expense reimbursements and forward the same to local counsel to file. | .4 | 144.00 |
| 03/30/09 | NA | CONSTANTINO | Update ebank with filed copy of first application of committee expenses reimbursement | .2 | 53.00 |

```
                                                    -------------
              CURRENT FEES                             4,383.00
```

```
                    TIMEKEEPER TIME SUMARY
         --------------------------------------------------
         HEIKE M. VOGEL         2.6   at  $480.00 =   1,248.00
         DAVID J. KOZLOWSKI     1.2   at  $360.00 =     432.00
         LISA INDELICATO        3.6   at  $265.00 =     954.00
         NOVA A. CONSTANTINO    6.6   at  $265.00 =   1,749.00
                                ----               ---------
              TOTALS           14.0                  4,383.00

              SUBTOTAL FOR THIS MATTER                $4,383.00
```

(00027) MATTER NUMBER
RE:   Non-Working Travel

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 03/09/09 | RM  HIRSH | Travel to Delaware regarding auction on FMI assets. (billed at 50%) | .8 | 464.00 |
| 03/10/09 | RM  HIRSH | Travel from Delaware regarding FMI Sale Hearing. (billed at 50%) | .9 | 522.00 |

CURRENT FEES                                          986.00

                    TIMEKEEPER TIME SUMARY
----------------------------------------------------------------
ROBERT HIRSH              1.7    at  $580.00 =      986.00
                          ----                   ---------
        TOTALS            1.7                       986.00

              SUBTOTAL FOR THIS MATTER              $986.00

SUMMARY OF CHARGES
------------------

| | |
|---|---:|
| **TOTAL FOR: POSTAGE** | 1.00 |
| **TOTAL FOR: PHONE CHARGES** | 79.83 |
| **TOTAL FOR: OTHER DATABASE SEARCH** | 18.20 |
| **TOTAL FOR: OVERTIME MEALS & CABS** | 5.50 |
| **TOTAL FOR: TAXICABS** | 182.78 |
| **TOTAL FOR: FILING FEES** | 1,678.20 |
| **TOTAL FOR: MEALS** | 12.79 |
| **TOTAL FOR: OUT-OF-TOWN TRANSPORTATION** | 536.00 |
| **TOTAL FOR: OUT OF TOWN LODGING** | 241.77 |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | .80 | 730.00 | 584.00 |
| JAMES M. SULLIVAN | | 18.60 | 620.00 | 11,532.00 |
| ROBERT HIRSH | BR, 1998 (NY & NJ) | 42.70 | 580.00 | 24,766.00 |
| **ASSOCIATES** | | | | |
| HEIKE M. VOGEL | BR, 2000 (NJ), 2001 (NY) | 16.80 | 480.00 | 8,064.00 |
| GEORGE ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | .70 | 460.00 | 322.00 |
| DAVID J. KOZLOWSKI | | 9.00 | 360.00 | 3,240.00 |
| ASWATHI ZACHARIAH | | 8.00 | 355.00 | 2,840.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 10.70 | 265.00 | 2,835.50 |
| NOVA A. CONSTANTINO | | 6.60 | 265.00 | 1,749.00 |
| CHAVAH S. GULLY | | 1.60 | 245.00 | 392.00 |
| | | ---------- | | ---------- |
| | | 115.50 | | 56,324.50 |

**Blended Rate: 487.66**

BF:      Banking and Finance
BR:      Bankruptcy and Reorganization
CORP:    Corporate
EMPL:    Employment Law
HEALTH:  Health Law
INTL:    International Law
LDR:     Litigation Dispute Resolution
RE:      Real Estate

| | |
|---|---|
| CURRENT CHARGES FOR ALL MATTERS | 2,756.07 |
| CURRENT FEES FOR ALL MATTERS | 56,324.50 |
| TOTAL AMOUNT OF THIS INVOICE | $59,080.57 |

# EXHIBIT B

(00000) MATTER NUMBER
RE:  General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

FOR CHARGES:

| Date | Description | Amount |
|---|---|---|
| 03/30/09 | POSTAGE User produced $1.00 in postage on 03/30/2009 at 13:05 hrs | 1.00 |
| | **TOTAL FOR: POSTAGE** | **1.00** |
| 01/16/09 | PHONE CHARGES | 79.83 |
| | **TOTAL FOR: PHONE CHARGES** | **79.83** |
| 03/31/09 | OTHER DATABASE SEARCH-PACER  02-01-2009 | 18.20 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **18.20** |
| 03/10/09 | OVERTIME MEALS & CABS -  JAMES SULLIVAN 0310:MEAL WORKING LATE | 5.50 |
| | **TOTAL FOR: OVERTIME MEALS & CABS** | **5.50** |
| 03/17/09 | TAXICABS -  ROBERT HIRSH 0317:PARKING/TAXI;TRAVEL DEST: WILMINGTON, DE | 6.70 |
| 03/10/09 | TAXICABS -  ELITE LIMOUSINE PLUS INC DEST: FORT LEE, NJ | 86.70 |
| 03/09/09 | TAXICABS -  ROBERT HIRSH 0309:PARKING/TAXI;TRAVE DEST: WILMINGTON, DE | 26.20 |
| 02/20/09 | TAXICABS -  CRC MANAGEMENT INC. DEST: 168 BAY 13TH ST | 63.18 |
| | **TOTAL FOR: TAXICABS** | **182.78** |
| 02/24/09 | FILING FEES -  CSC DHP | 1,678.20 |
| | **TOTAL FOR: FILING FEES** | **1,678.20** |
| 02/21/09 | MEALS -  SEAMLESS WEB PROFESSIONAL | 12.79 |
| | **TOTAL FOR: MEALS** | **12.79** |
| 03/17/09 | OUT-OF-TOWN TRANSPORTATION -  ROBERT HIRSH 0317:AMTRAK:TRAVEL DEST: WILMINGTON, DE | 253.00 |
| 03/09/09 | OUT-OF-TOWN TRANSPORTATION -  ROBERT HIRSH 0309:AMTRAK:TRVEL DEST: WILMINGTON, DE | 283.00 |
| | **TOTAL FOR: OUT-OF-TOWN TRANSPORTATION** | **536.00** |

| | | |
|---|---|---|
| 03/09/09 | OUT OF TOWN LODGING -  ROBERT HIRSH<br>0309:HOTEL DUPONT: TRAVEL DEST;<br>WILMINGTON,DE | 241.77 |
| | **TOTAL FOR: OUT OF TOWN LODGING** | **241.77** |

-------------

| | |
|---|---|
| CURRENT CHARGES | 2,756.07 |
| SUBTOTAL FOR THIS MATTER | $2,756.07 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re                                              :        Case No. 08-13422 (MFW)
                                                   :
DHP HOLDINGS II CORPORATION, *et al.*,             :        Chapter 11
                                                   :
        Debtors.                                   :        Jointly Administered
                                                   :
                                                   :        **Hearing Date: If objections filed**
                                                   :
                                                   :        **Objection Deadline: May 19, 2009 at 4:00 pm**
                                                   :
---------------------------------------------------------- x

## <u>NOTICE OF THIRD MONTHLY FEE APPLICATION</u>

TO:     (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR
        THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE PREPETITION SENIOR
        AGENT; AND (IV) ALL PARTIES WHO HAVE FILED AND SERVED REQUESTS
        FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

        PLEASE TAKE NOTICE that on April 29, 2009, Arent Fox LLP, counsel to the

Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors

(the "Debtors") filed the attached **Third Monthly Application of Arent Fox LLP for**

**Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as**

**Counsel to the Official Committee of Unsecured Creditors for the Period from March 1,**

**2009 through March 31, 2009** (the "Application") with the United States Bankruptcy Court for

the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"), seeking

an allowance of fees in the amount of **$56,324.50 (80%, $45,059.60)** and reimbursement of

expenses in the amount of **$2,756.07**.

        PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application

must be made in accordance with this Court's administrative order establishing procedures for

interim compensation and reimbursement of expenses of professionals, dated January 16, 2009

[Docket No. 89] (the "Administrative Order"), and must be filed with the Clerk of the United

States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the Debtors, 2701 Industrial Drive, Bowling Green, KY 42101, Attn: Craig Dean, CRO; (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899- 8705 (Courier 19801), Attn: Laura Davis Jones, Esquire; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207,844 N. King Street, Wilmington, Delaware 19801 Attn: Richard Schepacarter, Esq.; and (iv) counsel for Official Committee of Unsecured Creditors, Arent Fox LLP, 1675 Broadway, New York, New York 10019 Attn: Robert M. Hirsh by no later than **May 19, 2009 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: April 29, 2009　　　**ELLIOTT GREENLEAF**
　　　　Wilmington, Delaware

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

and

Robert M. Hirsh (admitted *pro hac vice*)
George P. Angelich (admitted *pro hac vice*)
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: hirsh.robert@arentfox.com
E-mail: angelich.george@arentfox.com

*Counsel for the Official Committee
of Unsecured Creditors*

## CERTIFICATION

I, Robert M. Hirsh, hereby certify under the penalty of perjury under the laws of the State of Delaware that the following is true to the best of my knowledge, information and belief:

1.     I am a member of the firm of Arent Fox LLP ("Arent Fox"), with offices located at 1675 Broadway, New York, New York 10019, as well as in Washington, DC and Los Angeles, CA, and have been duly admitted to practice before, among others, the United States District Court for the Southern, Eastern, Western and Northern Districts of New York and have been admitted to the United States District Court for the District of Delaware *pro hac vice*.

2.     This certification is submitted in support of the attached application (the "Application") and all capitalized terms not otherwise defined herein are defined in accordance with their usage in the Application.

3.     I am familiar with the legal services rendered by Arent Fox as counsel to the Committee during the Compensation Period and I am familiar with the compensation and reimbursement sought by the Application.

4.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order and submit that the Application substantially complies with such Rule and Order.

Dated:  April 28, 2009
        New York, New York

                                    _____/s/ Robert M. Hirsh_____
                                    Robert M. Hirsh

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  | : | Chapter 11 |
|---|---|---|
| In re: | : |  |
|  | : | Case No. 08-13422 (MFW) |
| DHP HOLDINGS II CORPORATION, *et al.*,[1] | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Re: Docket No. ____ |

## CERTIFICATE OF SERVICE REGARDING THE THIRD MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009

I, Rafael X. Zahralddin-Aravena, Esquire, Delaware and conflicts counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the Third Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured for the Period from March 1, 2009 through March 31, 2009 (the "Application") to be served on all Notice Parties as defined in the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 89) on April 29, 2009. I have caused a copy of the Notice of the Application to be served on April 29, 2009 via hand delivery on all local parties, via U.S. First Class Mail, and via Foreign First Class Mail upon the remaining parties listed on the attached service list.

DATED: April 29, 2009

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
*Delaware Counsel for the Official*
*Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945);DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

***Hand Delivery***
(Counsel for Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***First Class Mail***
(Counsel for Debtors)
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

***Hand Delivery***
Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

***Hand Delivery***
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

***Hand Delivery***
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

***Hand Delivery***
(Counsel to DHP Acquisition Corp.)
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

***Hand Delivery***
(Counsel to GE Business Financial Services)
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
L. Katherine Good, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Airgas)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

***Hand Delivery***
(Counsel to WARN Act Claimants)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

*First Class Mail*
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

*First Class Mail*
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

*First Class Mail*
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
(United States Attorney General)
Michael B. Mukasey, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

*First Class Mail*
(Counsel to DHP Acquisition Corp.)
Nancy M. Mitchell, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

*First Class Mail*
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

*First Class Mail*
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Counsel to O'Neal Steel, Inc.)
Donald M. Wright, Esquire
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

*First Class Mail*
MAAS-HANSEN STEEL CORP.
Chris
1.0. PO Box 58364
Vernon, CA 90058

*First Class Mail*
RYERSON COIL PROCESSING
Verla
24491 Network Place
Chicago, IL 60673

*First Class Mail*
SCHEU MANUFACTURING CO
Phil Chiazza
PO Box 250
Upland, CA 91785

*First Class Mail*
KBK FINANCIALS INC
301 Commerce Street
Fort Worth, TX 76102

*First Class Mail*
S.I.T. CONTROLS
Michelle Plyler
900 Center Park Dr., Suite J
Charlotte, NC 28217

*First Class Mail*
COPRECI, S. COOP
Ruben Matteos
N9443 Narcisa Marquez
730 Fifth Ave. - 7th Floor
New York, NY 10019

*First Class Mail*
REGAL BELOIT ELECTRIC MOT
Jill Roe
Bin# 88159
Milwaukee, WI 53288

*First Class Mail*
LEWISBURG CONTAINER COMPA
Tami or D Kessler
PO Box 933931
Atlanta, GA 31193

*First Class Mail*
PLASPROS INC
Mark Doner
PO Box 66116
Chicago, IL  60666

*First Class Mail*
AMMUNITION ACCESSORIES
SDS 12-2268
PO Box 86
Minneapolis, MN  55486

*First Class Mail*
BURNER SYSTEMS INTERNATIO
John Long/Sue Moran
General Post Office
PO Box 27035
New York, NY  10087

*First Class Mail*
REVCOR
Jim White
12809 Collections Center Dr
Chicago, IL  60693

*First Class Mail*
CONSTRUCTION BOLT
Ben Morton
PO Box 8092
409 Waco Street
Wichita Falls, TX  76307

*First Class Mail*
COLUMBUS ENGINEERING, INC
Mike Noblitt
6600 South 50 West
Columbus, IN  47201

*First Class Mail*
KELLY HART & HALLMAN LLP
Suite 2500
201 Main Street
Fort Worth, TX  76102

*First Class Mail*
CREATIONS IN WOOD
Shawn
6401 Centennial Blvd
PO Box 90966
Nashville, TN  37209

*First Class Mail*
WORGAS, INC
Myra/Don Denton
PO Box 51023
Bowling Green, KY  42102

*First Class Mail*
O'Neal Steel Inc.
Attn:  Dean Hutson
PO Box 71900
Chattanooga, TN  37407

*First Class Mail*
PACKAGING CORP OF AMERICA
Robin Hamm
PO Box 532058
Atlanta, GA  30353

*First Class Mail*
PERFORMANCE STEEL,LLC
Jim Russell
817 South 7th Street
Las Vegas, NV  89101

*First Class Mail*
MCGREGOR & ASSOCIATES
Greg Wartinger
365 CARR DRIVE
Brookville, OH  45309

*First Class Mail*
OLIN/WINCHESTER
Susan Brown
5065 Collections Center Drive
Lock Box 5065
Chicago, IL  60693

*First Class Mail*
DUPONT POWDER COATINGS
Charles Quiller
E.I. Du Pont De Nemours & Co.
PO Box 2277
Carol Stream, IL  60132

*First Class Mail*
SPEC PRINT
Angela Bart x227/Lori
PO Box 890642
Charlotte, NC  28289

*First Class Mail*
C.H. ROBINSON WORLDWIDE I
JJ Rodeheffer
PO Box 9121
Minneapolis, MN  55480

*First Class Mail*
NORTON IGNITOR PRODUCTS
Bilerca Walter
Saint-Gobain Igniter Products
PO Box 640835
Pittsburgh, PA  15264

*First Class Mail*
NATIONAL KWIKMETAL SERVIC
560 Santa Rosa Dr
Des Plaines, IL  60018

*First Class Mail*
DIRECT METALS
John Loguidice
555 S. State College Blvd.
Fullerton, CA  92831

*First Class Mail*
MOZAIK
200 N Berry Street, Building B
Brea, CA 92821

*First Class Mail*
(Counsel to GE Business Financial Services)
David S. Heller, Esquire
Latham & Watkins LLP
Sears Tower Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
Keith A. Simon, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

*Hand Delivery*
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*First Class Mail*
(Counsel to Airgas)
David Boyle, Esquire
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-3187

*First Class Mail*
(Counsel to WARN Act Claimants)
Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm, P.C.
1119 Government Street
P.O. Boxes Drawer 3103
Mobile, AL 36652

*Foreign First Class Mail*
SAKURA
Rill Zhong
No. 2 Ronggui Avenue South, Ronggui, Shunde,
Foshan,
Guangdong, China

*Foreign First Class Mail*
HONGDA GROUP. CO., LTD
Daxu Industrial Area, Yongkang
Zhejiang, China 321300

*Foreign First Class Mail*
WINNSPEC INTERNATIONAL CO
Norman Jou
13F-1 207, Fu Sing Road
Taoyuan City, Taiwan Roc

*Foreign First Class Mail*
WINNERS PRODUCTS ENGINEER
Desmond
25/F Top Glory Tower, 262 Gloucester Rd
Causeway Bay, Hong Kong

*Foreign First Class Mail*
GARDEN FLAME GAS APPLIANC
4-402 Hua Jiang Rd, Hua Lin Ju, Dashi, Panyu,
Guangzhou
Guangzhou, China 511430

*Foreign First Class Mail*
INTERPRO MANUFACTURING, L
5/F, New Bright Industrial Ctr, 11 Sheung Yuet
Rd
Kowloon Bay, Hong Kong

*First Class Mail*
Missouri Department of Revenue
Bankruptcy Unit
Attention: Sheryl L. Moreau
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
William G. Wright, Esquire
CAPEHART & SCATCHARD, P.A.
A Professional Corporation
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, New Jersey 08054

*First Class Mail*
Mark G. Ledwin, Esq. (ML-6873)
3 Gannett Drive
White Plains, New York 10604
Counsel to Twin City Fire Insurance Company

*First Class Mail*
Robert S. Winner, Esquire
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

*Hand Delivery*
Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

*First Class Mail*
Damarr M. Butler, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

*First Class Mail*
Kimberly J. Robinson, Esq.
Barack Ferrazzano Kirschbaum
& Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*First Class Mail*
Eliza M. Reyes
VON BRIESEN & ROPER, S.C.
3 South Pinckney Street, Suite 1000
Madison, WI 53703
(Counsel for United Buyers Group, Inc.)

*First Class Mail*
/s/ Benjamin Z. Heywood
Benjamin Z. Heywood (0079590)
Lyden, Liebenthal & Chappell, Ltd.
5470 Main Street, Suite 300
Sylvania, Ohio 43560

*Hand Delivery*
"J" Jackson Shrum, Esq.
Archer & Greiner, PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*First Class Mail*
Attn: Craig Dean, CRO
2701 Industrial Drive
Bowling Green, KY 42101

*First Class Mail*
ATTN: Keith A. Simon
Latham & Watkins LLP
855 Third Avenue
New York, New York 10022-4834

*First Class Mail*
David H. Conaway
David A. Matthews
Shumaker, Loop & Kendrick, LLP
128 S. Tyron Street, Suite 1800
Charlotte, NC 28202

*First Class Mail*
John D. Silk
Rothschild, Barry & Myers LLP
55 W. Monroe Street
Suite 3900
Chicago, Illinois 60603

*First Class Mail*
IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA 31210

*First Class Mail*
Kurt M. Carlson
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

*Hand Delivery*
Rachel B. Mersky
MONZACK MERSKY McLAUGHLIN and
BROWDER, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*First Class Mail*
Richard Golubow, Esquire
WINTHROP COUCHOT PC
660 Newport Center Drive
Fourth Floor
Newport Beach, CA 92660

***Hand Delivery***
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

***First Class Mail***
Alan M. Koschik, Esq.
Mark Merklin, Esq.
Brouse McDowell
A Legal Professional Association
388 South Main Street, Suite 500
Akron, Ohio 44311-4407

***First Class Mail***
Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

***Hand Delivery***
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

***Hand Delivery***
Ian Connor Bifferato, Esquire
Kevin G. Collins, Esquire
BIFFERATO LLC
800 N. King Street, First Floor
Wilmington, DE 19801

***First Class Mail***
Alan M. Koschik, Esquire
Marc Merklin, Esquire
Brouse McDowell
A Legal Professional Association
388 South Main Street, Suite 500
Akron, OH 44311-4407

***First Class Mail***
Brian W. Bisignani, Esquire
Post & Schell P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601