IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DHP HOLDINGS II CORPORATION, et al.,[1] | ) | Case No. 08-13422 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No. 890 |

**ORDER GRANTING DEBTORS' FOURTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) FURTHER EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF**

This matter came before the Court on the Motion of the captioned debtors and debtors in possession (the "Debtors") for entry of an order pursuant to section 1121(d) of the Bankruptcy Code further extending the Exclusive Periods in which to file a chapter 11 plan and to solicit acceptances thereof (the "Motion").[2] The Court, having reviewed the Motion, finds that (a) jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (L), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates, creditors, and other parties in interest;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945); DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

18405-001\DOCS_DE:159266.1

IT IS HEREBY FOUND AND DETERMINED THAT the Debtors have demonstrated cause for the extension of the Exclusive Filing Period and the Exclusive Solicitation Period; and it is hereby

ORDERED that Debtors' Exclusive Filing Period is further extended through and including June 29, 2010; and it is further

ORDERED that the Debtors' Exclusive Solicitation Period is further extended through and including August 29, 2010; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order; and it is further

ORDERED that the entry of this Order is without prejudice to any party's right to seek to terminate the Exclusive Periods as extended by this Order.

Dated: May 13, 2010

The Honorable Mary F. Walrath
United States Bankruptcy Judge