# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DHP Holdings II Corporation |
| **Case Number:** | 08-13422-MFW    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 19, 2011 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matters:

**1)** Motion for Relief from Stay
   **R / M #:**   1,091 / 0

**2)** Pretrial Conferences
   **R / M #:**   0 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
   Item 1 - Continued
   Item 2 - Scheduling Order entered
   Item 3 - Continued